Discount Warehouses, LP – Monthly Budget

Gross Rents:                                    $ 28,000

Expenses:

    Internet Service:          $    260

    Telephone:                 $    250

    Property Insurance:        $ 1,100

    Payroll:                   $ 3,500

    Trash Removal:             $    500

    Utilities:                 $ 6,000

    Property Taxes:            $ 1,800

    Building Supplies:         $ 2,000

    Landscaping:               $ 1,400

    Apartment Turnover:        $ 1,500

    Building Renovations:      <u>$ 5,000</u>

    Total Expenses             $ 23,310          <u>$ 23,310</u>

Cash Flow:                                      $   4,690