UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Discount Warehouses LP                                   Case No. 26-
                                                         Chapter 11 proceeding

          Debtor.                                 Judge: Joel D. Applebaum

_____/

**DECLARATION UNDER 28 U.S.C. §1746 IN SUPPORT OF FIRST DAY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL**

Barry Cohen states for his declaration as follows:

1.      I have reviewed the Motion Authorizing the Debtor to Use Collateral prepared by Discount Warehouses' counsel.

2.      I am the controlling partners of Discount Warehouses.

3.      I can state from personal knowledge that the financial information contained in that motion is true and correct.

The declarant states the above is true and correct to the best of his knowledge, information and belief.

/s/ *Barry Cohen*
    Barry Cohen (Jun 28, 2026 20:34:02 PDT)

Barry Cohen