# UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Discount Warehouses LP

Case No. 26-31510
Chapter 11 proceeding

Debtor.

Judge: Mark A. Randon

/

## ORDER SETTING HEARING ON DEBTOR'S MOTION FOR USE OF CASH COLLATERAL

THE COURT HAVING reviewed Debtor's Motion for Use of Cash Collateral;

IT IS HEREBY ORDRED that this Court shall hold a preliminary, expedited hearing on Debtor's motion on July 6, 2026 at 11:00 am.

**EFFECTIVE: JANUARY 1, 2024.** Note: Judge Randon is conducting all conferences and non-evidentiary hearings by telephone. At least five minutes prior to scheduled time for hearing, counsel and parties should call (202) 503-1666, Conference ID 231 911 059#  Please place phone on mute and wait until your case is called. Once case is called,  unmute  phone and participate.

**Signed on July 1, 2026**

/s/ Mark A. Randon

**Mark A. Randon**
**United States Bankruptcy Judge**