# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Discount Warehouses LP

Case No. 26-31510-MAR
Chapter 11 proceeding

Debtor.

Judge: Mark A. Randon

_____/

## AMENDED DECLARATION UNDER 28 U.S.C. §1746 IN SUPPORT OF FIRST DAY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL

Barry Cohen states for his declaration as follows:

1. I have reviewed the Motion Authorizing the Debtor to Use Collateral prepared by Discount Warehouses' counsel.

2. I am the controlling partner of Discount Warehouses.

3. I can state from personal knowledge that the financial information contained in that motion is true and correct, and am submitting this declaration to provide additional information in support of the motion.

4. The $26,000.00 monthly budget Discount Warehouses has requested authority to spend is, I believe, sufficient for maintaining operations for the next four months.

5. As noted in the motion, the sole asset of Discount Warehouses, LP is an apartment building in Flint located at 6914 Clio Court. A 2024 appraisal of that building, prepared by Bowery Valuation, put the value of that building at $5.2 million.

6.    Discount Warehouses is renovating the apartment building, and is seeking additional financing to complete that renovation. I anticipate that the remaining work on 6914 Clio Court will take approximately 3 months.

The declarant states the above is true and correct to the best of his knowledge, information and belief.

Dated July 1, 2026

/s/ Barry Cohen
Barry Cohen (Jul 1, 2026 14:59:47 PDT)

Barry Cohen