UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                      Chapter 11

Discount Warehouses, LP,                                    Case No. 26-31510

    Debtor.                                       Hon. Mark A. Randon

_____/

### ORDER FOR INITIAL CHAPTER 11 STATUS CONFERENCE

The debtor filed this Chapter 11 case on June 26, 2026. Pursuant to § 105(d) of the Bankruptcy Code,

**IT IS HEREBY ORDERED** that a **status conference** shall be held on **July 27, 2026, at 11:00 a.m.,** before the Honorable Mark A. Randon. The debtor-in-possession and the attorney for the debtor-in-possession shall appear. All interested parties must call 1-202-503-1666 and use conference code 231 911 059#.

At this conference, the following matters will be addressed:

(1)    The appointment and fees of professionals.
(2)    The obligations of the debtor-in-possession under Chapter 11.
(3)    A deadline for filing a plan.
(4)    The issues in the case.
(5)    Whether and when motions might be filed.
(6)    Cash collateral matters.
(7)    Whether to use an expedited confirmation procedure in order to reduce delay and expense.
(8)    Other matters contemplated by § 105(d)(2) of the Bankruptcy Code.

Creditors are invited, but not required, to attend.

**The debtor's attorney shall immediately serve a copy of this order on the 20 largest creditors, all secured creditors (and any known counsel for same), and the U.S. Trustee's Office and promptly file a proof of service**. The failure of the debtor to comply with terms of this order may result in dismissal.

**Signed on July 4, 2026**



/s/ Mark A. Randon

**Mark A. Randon**
**United States Bankruptcy Judge**