UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Discount Warehouses, LP                              Case No. 26-31510
                                                     Chapter 11 proceeding

               Debtor.                               Judge: Mark A. Randon
_____/

## MOTION FOR ENTRY OF ORDER EXTENDING THE STAY AND/OR ENJOINING CONTINUING LITIGATION AGAINST DEBTOR'S PRINCIPAL

NOW COMES Discount Warehouses, LP ("Discount Warehouses"), and files this motion (the "Motion") for to extend the stay to Debtor's principal and/or enjoin the litigation against co-debtor Barry Cohen:

1. Discount Warehouses L.P. filed this case on June 26, 2026.

2. Prior to this case being filed, Debtor was a defendant in a case filed by creditor Churchill MRA Funding I, LLC ("Churchill") seeking the following: the appointment of a receiver, judicial foreclosure, damages and other relief in Genesee County Circuit Court case no. 26-62110-CB. Debtor's principal, Barry Cohen, was a co-defendant in that case.

3. That case was stayed by order of the Genesee County court entered on June 29, 2026.

4. Churchill has filed a motion, currently pending before Genesee County Circuit Court judge Chris Christenson, seeking to set aside the stay as to Defendant Barry Cohen.

### JURISDICTION AND VENUE

5. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

6. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

7. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

8. Debtor would acknowledge that a Chapter 11 bankruptcy does not typically stay or enjoin claims against guarantors.

9. There is Bankruptcy Court authority for this Court to enter an order enjoining the Genesee County case against Barry Cohen citing among things this Court's authority under 11 U.S.C. §105. *In re Bailey Ridge Partners, LLC*, 571 B.R. 430 (Bankr. N.D. Iowa 2017).

10. The factors cited by the Court in *Bailey Ridge* included whether the debtor had a real likelihood of successfully reorganizing, where there was close relationship between debtor and guarantor who would continue to contribute time, money and expertise to debtor's reorganization effort, whether the lender was protected by an equity cushion, and where there was likelihood that debtor, over time, would be able to pay lender's claim.

11. Consistent with the factors in *Bailey Ridge*, Barry Cohen has supported the Debtor financially, contributes time and expertise to this reorganization, there is a substantial equity cushion and debtor intends to pay Churchill in full. See declaration of Barry Cohen attached as exhibit one.

12. Churchill has indicated that its primary source of recovery is Debtor's primary asset, the apartment building at 6914 Clio Court in Flint. Churchill filed a motion for summary disposition in the Genesee County Circuit case prior to this case being filed. In that motion's supporting brief, Churchill states that "Plaintiff seeks to recover unpaid principal and interest due under the Note – together with default interest, late fees, costs, and attorneys' fees recoverable under the loan

documents – by obtaining judicial foreclosure and sale of the property and by holding Defendants jointly and severally liable for any remaining deficiency after application of the foreclosure sale proceeds." Given that Churchill's motion sought to determine Mr. Cohen's net liability only after disposing of the collateral a delay in the state court proceedings should not be overly prejudicial.

13. Debtor's plan in this case is to seek Debtor-in-Possession financing initially to complete renovations and then to seek subsequent financing to satisfy Churchill's claim in full. The most recent appraisal indicates that Churchill is over secured.

14. This motion merely seeks "breathing space" to allow Mr. Cohen to devote his energies to a successful confirmation of this case, and is not seeking a discharge absent full payment of Churchill's claim.

15. Debtor would request entry of an order in the form attached at exhibit two.

Respectfully submitted

/s/ Peter T. Mooney
Peter T. Mooney (P47012)
5206 Gateway Centre #200
Flint, MI 48507
(810) 235-9000

Dated: July 8, 2026