# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:

Discount Warehouses LP                          Case No. 26-31510
                                                Chapter 11 proceeding


            Debtor.                             Judge: Mark A. Randon

_____/

## NOTICE OF REQUIREMENT OF WRITTEN RESPONSE

Counsel for Debtor has filed its motion to enjoin continuing litigation against co-debtor.

**Your rights may be affected**.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the application of counsel, or if you want the court to consider your views on the Motion, within 14 days you or your attorney must:

1.      File with the court a written response or an answer, explaining your position at:

            United States Bankruptcy Court
            226 W. Second Street
            Flint, MI 48502

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the expiration of the period stated above.

You must also mail a copy to:

PETER T. MOONEY, 5206 GATEWAY CENTRE #200, FLINT, MI 48507
US TRUSTEE, 211 W. FORT STREET, STE. 700, DETROIT, MI 48226

2.      If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion or Objection and may enter an Order granting that relief.

Date: July 12, 2026

/s/ Peter T. Mooney
SIMEN, FIGURA & PARKER, P.L.C.
BY:  PETER T. MOONEY (P47012)
5206 Gateway Centre #200
Flint, MI 48507
(810) 235-9000
Email:  pmooney@sfplaw.com