**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN**

IN RE:

Discount Warehouses LP

Debtor.
________________________________/

Case No. 26-31510
Chapter 11 proceeding

Judge: Mark A. Randon

**ORDER ALLOWING INTERIM USE OF CASH COLLATERAL AND SETTING A FINAL HEARING ON THE DEBTOR'S MOTION TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. § 361**

THIS MATTER came before the Court upon Discount Warehouses LP's First Day Motion for Entry of an Order Authorizing the Debtor to Use Cash Collateral Pursuant to 11 U.S.C. § 363 ("the Motion" filed at docket 6). The Court held an interim hearing on July 6, 2026 on the Motion, reviewed the stipulation of counsel for the United States Trustee, Debtor and Objecting Creditor MRA Funding I, LLC, and having been fully advised in the premises, therefore, the Court finds good cause for entry of this Order for these reasons, and for the reasons stated on the record:

IT IS HEREBY ORDERED that objections to the Motion and/or this Order should be filed with this Court in writing on or before 5:00 pm, July 20, 2026 and served on Debtor's counsel, Peter T. Mooney, Simen, Figura & Parker, PLC, 5206 Gateway Centre, Ste 200, Michigan 48507. If objections are or have been raised in writing on or before the July 20, 2026 deadline set forth herein, this Court shall hold a final hearing on the Motion on **July 24, 2026 at 10:00 am,** which hearing will be held be in person at the United States Bankruptcy Court located at 211 W. Fort St., Detroit, MI 48226 though Debtor's principal

may participate telephonically;

IT IS HEREBY FURTHER ORDERED that based on the filed motion, and representations at the July 6, 2026 hearing, the Debtor shall be permitted to spend up to $26,000.00 of cash collateral per month;

IT IS HEREBY FURTHER ORDERED that upon entry, this Order shall be served on all secured creditors, the 20 largest unsecured creditors, and the United States Trustee by email and first class mail within 24 hours of the entry of this order.

**Signed on July 13, 2026**

**/s/ Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**