**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

| | |
|---|---|
| Discount Warehouses LP | Case No. 26-31510<br>Chapter 11 proceeding |
| Debtor.<br>_____________________________/ | Judge: Mark A. Randon |

**STIPULATION FOR ENTRY OF INTERIM ORDER**
**REGARDING CASH COLLATERAL**

The Debtor, Discount Warehouses LP, the United States Trustee ("UST"), and Secured Creditor, Churchill MRA Funding I, LLC ("Churchill"), by their undersigned counsel, stipulate to the entry of the proposed second interim order regarding use of cash collateral in the form attached hereto (the "Interim Order"); provided, however, that all objections of the UST and Churchill to the Interim Order becoming a final order are preserved.

[SIGNATURE PAGE FOLLOWS]

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**

By /s/ _Kelley Callard___________________
Kelley Callard (P68537)
Trial Attorney, Office of the U.S. Trustee
211West Fort St - Suite 700
Detroit, Michigan 48226
(313) 226-7259
Kelley.callard@usdoj.gov

**TAFT STETTINIUS & HOLLISTER LLP**

By /s/ _Kimberly R. Clayson_____________
Kimberly R Clayson (P69804)
27777 Franklin Rd Ste 2500
Southfield, MI 48034-8222
248-727-1635
kclayson@taftlaw.com

*Counsel for Secured Creditor, Churchill MRA Funding I LLC*

SIMEN, FIGURA & PARKER

/s/Peter T. Mooney_________
Peter T. Mooney (P47012)
Attorney for Debtor
5206 Gateway Centre, #200
Flint, MI 48507
(810) 235-9000
pmooney@sfplaw.com

*Counsel for the Debtor*

Discount Warehouses, LP – Monthly Budget

| | | |
|---|---|---|
| Gross Rents: | | $ 28,000 |
| Expenses: | | |
| Internet Service: | $ 260 | |
| Telephone: | $ 250 | |
| Property Insurance: | $ 1,100 | |
| Commissions on new tenants: | | |
| Trash Removal: | $ 500 | |
| Utilities: | $ 6,000 | |
| Property Taxes: | | |
| Building Supplies: | $ range of 1,000 to 2,000 | |
| Landscaping: | $ 1,400 | |
| Apartment Turnover: | $ range of 500 to 1000 | |
| Building Renovations: | $ 1000 to 2,500 | |
| Total Expenses | Lower end of range | $ 12,010.00 |
| Cash Flow: | | $15,990 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

Discount Warehouses LP

Case No. 26-31510
Chapter 11 proceeding

Debtor.

Judge: Mark A. Randon

_______________________________________/

**SECOND ORDER ALLOWING INTERIM USE OF CASH COLLATERAL AND SETTING A FINAL HEARING ON THE DEBTOR'S MOTION TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. § 361**

THIS MATTER came before the Court upon Discount Warehouses LP's First Day Motion for Entry of an Order Authorizing the Debtor to Use Cash Collateral Pursuant to 11 U.S.C. § 363 (the "Motion" filed at docket 6). The Court held an interim hearing on July 6, 2026 on the Motion, having entered a stipulated order providing for a final hearing on this matter on July 24, 2026 at 10:00 am at docket 36, having reviewed the objections to the Motion filed by Churchill MRA Funding I, LLC ("Churchill") and having reviewed a second Stipulation to entry of this Order between the Debtor, Churchill and the United States Trustee to adjourn this matter to August 10, 2026 at 11:00 am, therefore, the Court finds good cause for entry of this Order for these reasons, and for the reasons stated on the record.

IT IS HEREBY ORDERED that this Court shall hold a final hearing on the Motion on August 10, 2026 at 11:00 am, which hearing will be held be in person at the United States Bankruptcy Court located at 211 W. Fort St., Detroit, MI 48226, except that Debtor's

principal may participate telephonically;

IT IS HEREBY FURTHER ORDERED that based on the Motion, representations at the July 6, 2026 hearing and the Stipulation of the parties, the Debtor is authorized to spend up to $14,290.00 of cash collateral in accordance with the budget attached as **Exhibit 1** (the "Budget") to the Stipulation for the period between July 24, 2026 and August 10, 2026 (the "Second Interim Period"). The Debtor shall be allowed a budget variance to spend up to $15,000.00 of cash collateral during this Second Interim Period for costs actually incurred between July 24, 2026 and August 10, 2026 in connection with any of the line item expenses set forth in the Budget. In addition to expenses set forth in the Budget, the Debtor is authorized to and shall pay any insurance premiums for the Debtor's insurance policies that insure the Debtor, the Debtor's estate and the property of the Debtor and the Debtor's estate and Churchill, as may actually become due and payable prior to the expiration of the Second Interim Period. Debtor shall provide a budget reconciliation together with copies of contracts and invoices or any other record of payment to Churchill and the US Trustee documenting all expenses incurred and/or paid between July 24, 2026 and July 30, 2026 by no later than July 31, 2026, between July 31, 2026 and August 6, 2026 by no later than August 7, 2026 and between August 7 and August 10, 2026, no later than August 11, 2026;

IT IS HEREBY FURTHER ORDERED that upon entry, this Order shall be served on all secured creditors, the 20 largest unsecured creditors, and the United States Trustee by email and first class mail within 24 hours of the entry of this order.