UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                          Chapter 11

Discount Warehouses, LP,                        Case Number 26-31510

     Debtor.                                   Hon. Mark A. Randon

_____/

## ORDER DENYING DEBTOR'S MOTION TO
## STAY LITIGATION AGAINST BARRY COHEN

     This matter is before the Court on Debtor's motion to stay litigation against Barry Cohen.

The Court heard argument on August 10, 2026.  For the reasons stated on the record, Debtor's

motion is **DENIED**.  The case may continue against Barry Cohen, only, in the Genesee County

Circuit Court.

     **IT IS ORDERED**.

**Signed on August 10, 2026**



               **/s/ Mark A. Randon**
               **Mark A. Randon**
               **United States Bankruptcy Judge**