**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>Discount Warehouses, LP,<br><br>Debtor. | Case No. 26-31510-mar<br>Chapter 11<br><br><br>Hon. Mark A. Randon |

## MOTION TO DISMISS CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b)

Churchill MRA Funding I LLC ("Churchill"), by and through its undersigned counsel, hereby moves this Court, pursuant to section 1112(b) of title 11 of the United States Code (the "Bankruptcy Code"), for entry of an order dismissing the above-captioned chapter 11 case (the "Motion"). In support of the Motion, Churchill states as follows:

## PRELIMINARY STATEMENT

This case should be dismissed. The Debtor filed this chapter 11 case with a single asset, a single secured creditor holding a first-priority mortgage and assignment of rents, and no realistic prospect of reorganizing. Nearly two months into the case, that prognosis has only worsened. The Debtor has failed to timely comply with the conditions the Court and Churchill relied upon to permit continued use of Churchill's cash collateral, has delayed in providing the financial transparency necessary for Churchill or the Court to evaluate adequate protection, and has

demonstrated a pattern of diverting and mismanaging cash collateral prior to filing this case.

Most recently, at the further cash collateral hearing held on August 10, 2026, Churchill agreed on the record to the Debtor's continued interim use of cash collateral only on the condition that the Debtor promptly deliver (i) a three-week budget for the interim period from August 10, 2026 through August 31, 2026, and by August 17, 2026 (ii) a 13-week budget projection together with a $5,000 payment to Churchill. More than a week has now passed since the August 10, 2026 hearing and the Debtor only produced a complete interim budget and a 13-week budget on August 19, 2026 in response to Churchill's request for concurrence to the relief sought in this Motion. Additionally, the Debtor failed to timely complete its budget reconciliation for the period of July 31, 2026 to August 6, 2026 which was due to be produced no later than August 7, 2026 and period of August 7, 2026 to August 10, 2026, which was due to be produced no later than August 11, 2026 pursuant to the Second Interim Order (defined below). Finally, the Debtor has failed to timely file its Monthly Operating Report for the July 2026 reporting period. It was due on August 20, 2026.

The Debtor's delay demonstrates a continuing pattern, documented across this case, of missed deadlines, incomplete and unreliable financial disclosure and use of Churchill's collateral without court approval and to pay expenses unrelated to the

preservation of the Property. Considered together with the Debtor's inability to service its debt, its failure to pay real property taxes for two years, and its failure to demonstrate any realistic path to reorganization, cause exists under section 1112(b) to dismiss this case. Dismissal rather than appointment of a trustee or conversion to Chapter 7 is in the best interests of creditors and the estate.

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A).

3. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The legal predicate for the relief requested herein is 11 U.S.C. § 1112(b).

## BACKGROUND

### The Chapter 11 Case and the Property

5. On June 26, 2026 (the "Petition Date"), Discount Warehouses, LP (the "Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned case.

6. The Debtor operates a single asset, an apartment complex known as "Clio Gardens Apartments," located at 6914 Clio Court, Flint, Michigan 48504 (the

"Property"), which constitutes the Debtor's sole business and its only material asset. The Debtor is a Nevada limited partnership controlled by its principal, Barry Cohen ("Cohen").

7. Churchill holds a duly perfected first-priority mortgage encumbering the Property, together with an absolute and irrevocable assignment of all rents, issues, revenues, income, proceeds, royalties, profits, and other benefits derived from the Property (the "Rents"). As of the Petition Date, the Debtor's outstanding obligations to Churchill totaled not less than $2,838,905.25, exclusive of attorneys' fees and costs, with interest continuing to accrue at not less than $12,000 per month.

8. Prior to the Petition Date, the Debtor defaulted under its loan documents with Churchill by, among other things, failing to make required monthly interest payments for February and March 2026, and by failing to pay property taxes assessed against the Property since 2024, which as of the Petition Date totaled $17,758.32. Since the default, apart from the $5,000 payment referenced below, the Debtor has made no interest or adequate protection payments to Churchill.

9. On April 13, 2026, prior to the Petition Date, Churchill commenced a foreclosure action against the Debtor in the Genesee County Circuit Court, State of Michigan (Case No. 26-62110-CB), together with a motion to appoint a receiver, which motion was pending and stayed as of the Petition Date.

**Debtor's prepetition transfers of cash to another entity apparently owned and controlled by the Debtor's principal**

10. During the course of this bankruptcy case, Churchill requested the Debtor's production of certain of the Debtor's books and records including the Debtor's bank account statements for the two-year period prior to the Petition Date.

11. The Debtor's produced bank records reveal at least $284,810 of Churchill's cash collateral was transferred from the Debtor's operating account to two other Chase accounts between May 2025 and May 2026 (the June 2025 statement was not provided).

12. When Churchill questioned the Debtor on these transfers, the Debtor produced additional bank records which showed that the transferee accounts that received the $284,810 in cash appear to be held at Chase Bank and end in account numbers 6363 and 6652.

13. The additional Chase account records revealed that the Chase account ending in 6652 belonged to the Debtor and the Chase account ending in 6363 was owned by an entity named Affordable Communities LP, a Nevada LP ("ACLP")

14. According to the ACLP Chase account, at least $129,284 in Rents, constituting Churchill's cash collateral, were transferred from the Debtor's operating account to ACLP's account. (**Exhibit 1**, ACLP Chase Account Records).

**The Contested Use of Cash Collateral and the Debtor's Repeated Failure to Provide Financial Transparency**

15. On June 30, 2026, the Debtor filed its first-day motion seeking authority to use Churchill's cash collateral [Doc 6]. Churchill objected to that motion, contending, among other things, that it is entitled to adequate protection in the form of monthly payments and that Debtor failed to provide a sufficiently detailed budget to justify authorizing the Debtor's use of cash collateral [Doc 15].

16. Following a hearing on July 6, 2026, the Court approved the Debtor's interim use of cash collateral over Churchill's objection. Churchill consented to entry of the resulting interim order as to form only, expressly preserving its substantive objections.

17. On July 20, 2026, Churchill objected to entry of a final order authorizing the Debtor's continued use of cash collateral without adequate protection payments. As detailed in that objection, the Debtor's proposed budget in support of its cash collateral motion was generic, undated, and unsupported, and the Debtor had failed, despite Churchill's repeated requests, to produce records substantiating the value of the Property, the Debtor's claimed renovation expenditures, or the basis for a newly proposed $3,500 monthly payroll expense that did not correspond to any pre-petition expense of the Debtor and that the Debtor had used $10,000 of cash collateral to pay a pre-petition retainer to its bankruptcy counsel.

18. Thereafter, the Debtor and Churchill agreed to a *Second Order Allowing Interim Use of Cash Collateral and Setting a Final Hearing on the Debtor's Motion to Use Cash Collateral Pursuant to 11 U.S.C. §363 and Granting Adequate Protection Pursuant to 11 U.S.C. §361* [Doc 45] (the "Second Interim Order") authorizing cash collateral for the period of July 24, 2026 through August 10, 2026 to allow the Debtor an opportunity to formulate a 13-week budget projection to correspond to a final order authorizing the Debtor's use of cash. Pursuant to the Second Interim Order, the Debtor was ordered to provide a budget reconciliation to the United States Trustee and Churchill "documenting all expenses incurred and/or paid between July 24, 2026 and July 30, 2026 by no later than July 31, 2026, between July 31, 2026 and August 6, 2026 by no later than August 7, 2026 and between August 7 and August 10, 2026, no later than August 11, 2026." Second Interim Order, Page 2. Notwithstanding these reporting requirements, the Debtor produced a single budget reconciliation through August 7, 2026. No further reconciliation through August 10, 2026 has been produced as of the date of this Motion.

19. At a further cash collateral hearing held on August 10, 2026, Churchill and the Debtor agreed on the record to a further interim arrangement permitting the Debtor's continued use of cash collateral, conditioned on the Debtor providing: (i) a three-week budget covering the interim period from August 10, 2026 through

August 31, 2026; and (ii) a 13-week budget projection as of August 17, 2026, together with a payment of $5,000 to Churchill. No written order memorializing this agreement has been entered because the Debtor did not produce its complete interim three-week budget or its 13-week budget projection until August 19, 2026.

20. The Debtor paid Churchill the $5,000 payment. However, the Debtor failed to meet the agreed August 17, 2026 deadline for production of the 13-week budget and took over a week since the August 10, 2026 cash collateral hearing to provide a complete proposed three-week interim budget. These budgets were only produced on August 19, 2026 in response to Churchill's request to the Debtor for concurrence to the relief sought in this Motion.

21. The Debtor's proposed 13-week budget that was produced nearly 2 months into this case (**Exhibit 2**) demonstrates that the Debtor is not expected to see any increase in rental revenue over the next 13 weeks – through week-ending November 30, 2026 despite the Debtor's request to continue to spend Churchill's cash collateral on construction and turnover costs and commissions.

22. As a direct result of the Debtor's failure to timely satisfy the conditions to which it agreed, no order is currently in place authorizing the Debtor's use of cash collateral. The delay in obtaining a further order authorizing the Debtor's continued use of cash collateral is directly attributable to the Debtor's failure to timely meet reporting requirements and Churchill's conditions for agreeing to the Debtor's use

of cash collateral. Upon information and belief, the Debtor nonetheless continues to collect and use Churchill's Rents in the ordinary course of operating the Property, without Churchill's consent and without authorization from this Court.

## ARGUMENT

### A. Cause exists under section 1112(b) of the Bankruptcy Code to dismiss this case.

23. Section 1112(b)(1) of the Bankruptcy Code provides that, on request of a party in interest and after notice and a hearing, the court "shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate." 11 U.S.C. § 1112(b)(1).

24. Section 1112(b)(4) sets forth a non-exhaustive list of circumstances constituting "cause," including, as relevant here: (A) substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation; (B) gross mismanagement of the estate; and (E) failure to comply with an order of the court. 11 U.S.C. § 1112(b)(4)(A), (B), (E).

25. In addition to the enumerated grounds in section 1112(b)(4), "cause" also exists to dismiss a case for lack of good faith. Good faith is required at the commencement of, and throughout, a chapter 11 case, and its absence constitutes

cause for dismissal under section 1112(b)(1). A case may be found to have been filed or prosecuted in bad faith where the debtor seeks merely to delay or frustrate the legitimate efforts of secured creditors to enforce their rights, particularly where there is no realistic possibility of an effective reorganization. The ultimate question is whether it is clear that there was no reasonable likelihood the debtor intended to reorganize and no reasonable probability it would eventually emerge from bankruptcy.

26. Courts, including in this Circuit, have identified an extensive, non-exclusive list of factors relevant to evaluating good faith, including: the debtor has one asset; the pre-petition conduct of the debtor has been improper; there are few unsecured creditors; the debtor's property has been posted for foreclosure and the debtor has been unsuccessful in defending against the foreclosure in state court; the filing effectively allows the debtor to evade court orders; and the lack of any possibility of reorganization. No single factor is dispositive, and courts examine the totality of the circumstances.

**B. The Debtor's failure to timely comply with the agreed conditions for the use of cash collateral and its continued use of cash collateral without authorization constitute cause for dismissal.**

27. The Debtor has not honored the terms on which Churchill agreed, on the record at the August 10, 2026 hearing, to permit continued interim use of its cash collateral. More specifically, Churchill requested and the Debtor agreed to provide

by August 17, 2026, a three-week budget for the immediate interim period, a 13-week projection due within a week, and a $5,000 adequate protection payment. No further interim cash collateral order has been entered as of the date of this Motion due to the Debtor's failure to timely produce budget reconciliations due under the Second Interim Order and due to the Debtor's delay in providing an interim three-week budget and the 13-week projected budget.

28. Additionally, the Debtor has failed to file its July 2026 monthly operating report by its August 20, 2026 deadline.

29. Budget and cash-flow transparency is a fundamental predicate for any consensual or court-ordered cash collateral arrangement, because it is the only means by which a secured creditor and the Court can test whether a debtor's continued use of collateral is preserving or eroding the creditor's interest. A debtor that cannot or will not timely produce budget reconciliations or a basic 13-week (or even three-week) budget, has not demonstrated that it can respect the most basic condition placed on its continued use of estate property, let alone that it can steer this single-asset case toward a confirmable plan.

30. With no order in place to currently authorize the Debtor's use of cash collateral, and, upon information and belief, the Debtor's continued collection and use of Churchill's rents leaves Churchill's collateral being used and diminished in a vacuum, with no court-sanctioned budget, no revenue disclosure, and no adequate

protection framework of any kind currently in place. A debtor's continued unauthorized use of a secured creditor's cash collateral, particularly following the debtor's own failure to timely satisfy conditions it agreed to in order to obtain that continued use, constitutes cause for dismissal under section 1112(b), including as a failure to comply with the process contemplated by an order of the Court and as further evidence of an absence of good faith in the prosecution of this case.

**C. The Debtor has demonstrated gross mismanagement and a continuing pattern of diminishing Churchill's collateral without a reasonable likelihood of rehabilitation.**

31. Independent of, and reinforcing, the Debtor's most recent default, the record in this case already reflects the gross mismanagement and continuing loss and diminution of the estate that constitute cause for dismissal under section 1112(b)(4)(A) and (B).

32. First, the Debtor's own bank records reveal that at least $129,284 in Rents, constituting Churchill's cash collateral, was transferred from the Debtor's operating account to the ACLP Chase account.

33. Second, the Debtor used $10,000 of Churchill's cash collateral to pay a pre-petition retainer to its own bankruptcy counsel, notwithstanding that courts, including the Sixth Circuit Bankruptcy Appellate Panel, have held that cash collateral subject to an assignment of rents generally may not be used to fund the administrative costs of the bankruptcy case itself.

34. Third, the Debtor has failed to pay property taxes assessed against the Property since 2024, now totaling $17,758.32 and growing, creating a lien that threatens to prime Churchill's first-priority mortgage and directly diminishing the value of Churchill's collateral.

35. Fourth, the Debtor has repeatedly failed to substantiate the basic financial information necessary to evaluate its own case: it proposed an inaccurate budget reflecting expenses that did not exist prepetition, and its renovation expenditures do not reconcile with its own bank records. The Debtor also failed to provide Churchill and the United States Trustee all of the weekly budget reconciliation reports that are now past-due pursuant to the Second Interim Order. Finally, the Debtor failed to timely produce a 13-week budget projection in response to the August 10, 2026 agreement on the record to do so.

36. Finally, the Debtor has not complied with the Second Interim Order that required the Debtor produce budget reconciliations by certain dates.

37. The Debtor's failure to comply with court orders and to accurately and timely report basic financial information demonstrates that the Debtor cannot be trusted to administer this estate or preserve Churchill's collateral, and that there is no reasonable likelihood of rehabilitation. The Debtor's continued operation of its business without a court order authorizing the use of cash collateral and its failure to comply with the conditions attached to continued use of cash collateral,

demonstrates an absence of good faith and an intent to use the protections of chapter 11 to hinder and delay Churchill's enforcement of its rights rather than to reorganize.

**D. Dismissal of the case is in the best interests of creditors and the estate.**

38. Section 1112(b)(1) of the Bankruptcy Code requires the Court to select whichever of dismissal, conversion, or the appointment of a trustee or examiner is in the best interests of creditors and the estate. Continued administration of this case serves no legitimate purpose. The Debtor has a single asset, a single secured creditor whose claim substantially exceeds any reliable evidence of the Property's value, no unencumbered assets of consequence, and no ability or willingness to provide the financial transparency that any further use of cash collateral, by consent or by court order, necessarily requires. Continuing to permit the Debtor to use Churchill's cash collateral without an order authorizing the same only compounds the diminution of Churchill's collateral and delays the inevitable, while offering creditors nothing in return.

39. Dismissal will permit Churchill to resume the foreclosure and receivership proceedings already pending in the Genesee County Circuit Court prior to the Petition Date, restoring the parties to the position contemplated by applicable non-bankruptcy law and avoiding further erosion of Churchill's collateral through an estate that cannot fund its own reorganization.

## CONCLUSION

WHEREFORE, Churchill MRA Funding I LLC respectfully requests that this Court enter an Order: (a) dismissing this chapter 11 case pursuant to 11 U.S.C. § 1112(b); and (b) granting Churchill such other and further relief as the Court deems just and equitable.

Respectfully submitted,

**TAFT STETTINIUS & HOLLISTER LLP**

By: /s/ Kimberly Ross Clayson

Kimberly Ross Clayson (P69804)
Ethan Holtz (P71884)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000
kclayson@taftlaw.com
eholtz@taftlaw.com

Dated: August 21, 2026

*Counsel to Creditor, Churchill MRA Funding I LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>Discount Warehouses, LP,<br><br>Debtor. | Case No. 26-31510-mar<br>Chapter 11<br><br>Hon. Mark A. Randon |

**ORDER GRANTING MOTION OF CHURCHILL MRA FUNDING I LLC TO DISMISS CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b)**

This matter came before the Court on the *Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b)* [Doc __] (the "Motion") filed by of Churchill MRA Funding I LLC ("Churchill"); the Court having reviewed the Motion, no response was timely filed or served; and the Court has found that cause exists under 11 U.S.C. § 1112(b) to dismiss this chapter 11 case:

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. This chapter 11 case, Case No. 26-31510-mar, is hereby DISMISSED.

3. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated as of the date of this Order.

4. All parties are restored to their respective rights and positions as they existed immediately prior to the filing of this chapter 11 case, without prejudice to any claims, defenses, or rights of any party under applicable non-bankruptcy law.

5. Churchill is authorized to resume and continue any and all state court proceedings, including the foreclosure and receivership proceedings pending in the Genesee County Circuit Court, State of Michigan (Case No. 26-62110-CB), as if this chapter 11 case had not been filed.

6. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

Discount Warehouses, LP,

Debtor.

Case No. 26-31510-mar
Chapter 11

Hon. Mark A. Randon

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

Churchill MRA Funding I LLC ("Churchill") has filed its *Motion to Dismiss Chapter 11 Case* Pursuant to 11 U.S.C. §1112(b) ("Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to approve the Motion, or if you want the court to consider your views on the motion, within 21 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

United States Bankruptcy Court
Eastern District of Michigan
211 West Fort Street, Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also send a copy to:

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

Taft Stettinius & Hollister LLP
Kimberly Ross Clayson
27777 Franklin Road, Suite 2500
Southfield, MI 48034

Office of the United States Trustee
Kelley Callard
211 W. Fort Street, Suite 700
Detroit, MI 48226

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Respectfully submitted,

**TAFT STETTINIUS & HOLLISTER LLP**

By: /s/ Kimberly Ross Clayson
Kimberly Ross Clayson (P69804)
Ethan Holtz (P71884)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000
kclayson@taftlaw.com
eholtz@taftlaw.com

Dated: August 21, 2026

*Counsel to Creditor, Churchill MRA Funding I LLC*

**EXHIBIT 1**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

April 01, 2026 through April 30, 2026
Account Number: [redacted]

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00000244 DDI 111 211 12126 NNNNNNNNNNN P1 000000000 60 0000
AFFORDABLE COMMUNITIES LP, A NEVADA LP
7065 W ANN RD STE 130-683
LAS VEGAS NV 89130-4990

00002440301000000023

## CHECKING SUMMARY

JPMorgan Classic Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$4,445.79** |
| Deposits and Additions | 10 | 30,290.00 |
| Checks Paid | 1 | - 180.00 |
| Electronic Withdrawals | 42 | - 23,975.57 |
| **Ending Balance** | **53** | **$10,580.22** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | Online Transfer From Chk ...8270 Transaction#: 28673067842 | $5,500.00 |
| 04/06 | Online Transfer From Chk ...8270 Transaction#: 28708206559 | 5,240.00 |
| 04/08 | Online Transfer From Chk ...8270 Transaction#: 28752180803 | 1,600.00 |
| 04/09 | Online Transfer From Chk ...8270 Transaction#: 28760796187 | 9,400.00 |
| 04/15 | Online Transfer From Chk ...6074 Transaction#: 28838477265 | 2,000.00 |
| 04/16 | Online Transfer From Chk ...8270 Transaction#: 28851771600 | 1,000.00 |
| 04/20 | Online Transfer From Chk ...8270 Transaction#: 28890844612 | 150.00 |
| 04/27 | Online Transfer From Chk ...8270 Transaction#: 28969320274 | 700.00 |
| 04/29 | Online Transfer From Chk ...8270 Transaction#: 29011285080 | 3,300.00 |
| 04/30 | Online Transfer From Chk ...8270 Transaction#: 29022831892 | 1,400.00 |
| **Total Deposits and Additions** | | **$30,290.00** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 5406 | 04/02 | $180.00 |
| **Total Checks Paid** | | **$180.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | Online Transfer To Chk ...6074 Transaction#: 28673085490 | $400.00 |
| 04/03 | Online Transfer To Chk ...6074 Transaction#: 28689693786 | 3,600.00 |
| 04/06 | Online Transfer To Chk ...6074 Transaction#: 28708228100 | 700.00 |
| 04/06 | Online Transfer To Chk ...6074 Transaction#: 28710343511 | 600.00 |
| 04/06 | Online Transfer To Chk ...6074 Transaction#: 28715243998 | 500.00 |
| 04/07 | Consumers Energy Energybill 103016119721 Web ID: 2380442310 | 705.01 |
| 04/07 | Consumers Energy Energybill 103048967428 Web ID: 2380442310 | 600.21 |
| 04/07 | Consumers Energy Energybill 103052409812 Web ID: 2380442310 | 471.99 |
| 04/07 | Consumers Energy Energybill 103049007620 Web ID: 2380442310 | 414.81 |
| 04/07 | Consumers Energy Energybill 103048967436 Web ID: 2380442310 | 369.74 |
| 04/07 | Consumers Energy Energybill 103048967154 Web ID: 2380442310 | 317.09 |
| 04/07 | Consumers Energy Energybill 103048967139 Web ID: 2380442310 | 297.25 |
| 04/07 | Consumers Energy Energybill 103049794813 Web ID: 2380442310 | 256.60 |
| 04/07 | Consumers Energy Energybill 103049885975 Web ID: 2380442310 | 235.88 |
| 04/07 | Consumers Energy Energybill 103049795448 Web ID: 2380442310 | 234.95 |
| 04/07 | Consumers Energy Energybill 103052622810 Web ID: 2380442310 | 209.65 |
| 04/07 | Consumers Energy Energybill 103048967469 Web ID: 2380442310 | 206.65 |
| 04/07 | Consumers Energy Energybill 103049794797 Web ID: 2380442310 | 205.62 |
| 04/08 | Online Transfer To Chk ...6074 Transaction#: 28746725528 | 400.00 |
| 04/08 | Online Transfer To Chk ...6005 Transaction#: 28752166789 | 2,500.00 |
| 04/09 | Online Transfer To Chk ...6074 Transaction#: 28760843863 | 300.00 |
| 04/10 | Online Domestic Wire Transfer Via: Coastal Comm Bk WA/125109019 A/C: Rocket Reporters Las Vegas NV 89119 US Ref: Partial Payment Imad: 0410Mmqfmp2N006626 Trn: 3138176100Es | 319.36 |
| 04/10 | Online Domestic Wire Transfer Via: Coastal Comm Bk WA/125109019 A/C: Rocket Reporters Las Vegas NV 89119 US Ref: Partial Payment Imad: 0410Mmqfmp2N006734 Trn: 3162656100Es | 111.37 |
| 04/13 | Online Transfer To Chk ...6074 Transaction#: 28793550569 | 350.00 |
| 04/13 | Online Transfer To Chk ...6074 Transaction#: 28799577264 | 300.00 |
| 04/13 | Online Transfer To Chk ...8270 Transaction#: 28812751346 | 200.00 |
| 04/13 | Online Transfer To Chk ...6074 Transaction#: 28815184797 | 550.00 |
| 04/15 | Online Transfer To Chk ...8270 Transaction#: 28838479107 | 1,200.00 |
| 04/15 | Online Transfer To Chk ...8270 Transaction#: 28838546647 | 1,900.00 |
| 04/15 | Online Transfer To Chk ...6074 Transaction#: 28838808252 | 500.00 |
| 04/16 | Consumers Energy Energybill 103048967154 Web ID: 2380442310 | 14.96 |
| 04/16 | Online Transfer To Chk ...6074 Transaction#: 28851789718 | 600.00 |
| 04/16 | Comcast-Xfinity Cable Svcs 6796409 Web ID: 0000213249 | 304.43 |
| 04/17 | Online Transfer To Chk ...6074 Transaction#: 28871033995 | 500.00 |
| 04/20 | Online Transfer To Chk ...6074 Transaction#: 28890845585 | 300.00 |
| 04/21 | Online Transfer To Chk ...6074 Transaction#: 28910396191 | 1,000.00 |
| 04/23 | Online Transfer To Chk ...8270 Transaction#: 28936215642 | 50.00 |
| 04/23 | Online Transfer To Chk ...6074 Transaction#: 28936218175 | 400.00 |

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/27 | Online Transfer To Chk ...6074 Transaction#: 28969334962 | 700.00 |
| 04/27 | Online Transfer To Chk ...6074 Transaction#: 28986786278 | 400.00 |
| 04/28 | Online Transfer To Chk ...6074 Transaction#: 29003041471 | 300.00 |
| 04/30 | Online Transfer To Chk ...6074 Transaction#: 29022817600 | 450.00 |
| **Total Electronic Withdrawals** | | **$23,975.57** |

10002440302000000063

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 04/02 | $9,365.79 | 04/16 | 9,130.22 |
| 04/03 | 5,765.79 | 04/17 | 8,630.22 |
| 04/06 | 9,205.79 | 04/20 | 8,480.22 |
| 04/07 | 4,680.34 | 04/21 | 7,480.22 |
| 04/08 | 3,380.34 | 04/23 | 7,030.22 |
| 04/09 | 12,480.34 | 04/27 | 6,630.22 |
| 04/10 | 12,049.61 | 04/28 | 6,330.22 |
| 04/13 | 10,649.61 | 04/29 | 9,630.22 |
| 04/15 | 9,049.61 | 04/30 | 10,580.22 |

## FEES AND CHARGES FOR BUSINESS ACCOUNTS

**Fees**

| DESCRIPTION | VOLUME | UNIT PRICE | CHARGES |
|---|---|---|---|
| [redacted] | | | |
| Monthly Service Fee | 1 | $0.00 | $0.00 |
| Check / Debit Posted | 18 | $0.20 | 0.00 |
| Online Domestic Wire Fee | 2 | $0.00 | 0.00 |
| **Total Fees** | | | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# IMAGES

ACCOUNT # [redacted]


AFFORDABLE COMMUNITIES, LP
7065 W. ANN ROAD
SUITE 130-683
LAS VEGAS, NV 89130-3865

JPMORGAN CHASE BANK, NA

5406

3/14/26

PAY TO THE ORDER OF Michael J. Blade $ 180 xx/00

One hundred and eighty & 00/100 DOLLARS

MEMO Service for February 2026

⑈005406⑈ [redacted]

004770268069 APR 02 #0000005406 $180.00

10002440303000000063

Need more information about any of these images of cleared items? Registered users of Chase Online see BOTH front and back of images of cleared items. Chase Online is a free service. Visit www.Chase.com to enroll or log in.

This Page Intentionally Left Blank

CHASE
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2025 through August 29, 2025
Account Number: [redacted]

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00002382 DDA 111 211 24225 NNNNNNNNNNN 1 000000000 60 0000
AFFORDABLE COMMUNITIES LP, A NEVADA LP
7065 W ANN RD STE 130-683
LAS VEGAS NV 89130-4990

00023820101000000021

## How we treat third-party endorsed check deposits is changing

A third-party endorsed check is a check that was originally payable to another person/entity that you attempt to deposit or cash. Beginning September 1, 2025, we may not accept a third-party check for deposit or to cash or we may require verification of endorsements. If we refuse a deposit, we may return the check or provide a substitute check to you.

You can find this update in Section III. A. *Our rights and responsibilities for deposits*, within the Deposit Account Agreement at **chase.com/Business/Disclosures**.

If you have questions, please don't hesitate to contact us by calling the number on this statement.

**Effective on the dates indicated below, the following are amendments to your Combined Terms and Conditions ("Combined Terms and Conditions") and/or International General Terms for Accounts and Services Account Agreements ("International Combined Terms and Conditions"), and may contain additional information about the features of your accounts.**

Unless indicated below, all other terms and conditions of your Combined Terms and Conditions and/or International Combined Terms and Conditions still apply. Please contact your J.P. Morgan team if you have any questions about these changes or would like additional information.

**Effective October 15, 2025**

**DEPOSITS OR CASHED ITEMS**

**A new paragraph is added after the last paragraph of the section entitled "Deposits or Cashed Items" in the Deposit Account Agreement in your Combined Terms and Conditions and/or International Combined Terms and Conditions. The new paragraph shall read as follows:**

Check writing services may not be available for certain Non-U.S. Clients.

**Effective December 1, 2025**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**

**The last paragraph of the section entitled "In Case of Errors or Questions About Your Electronic Funds Transfers" in the Deposit Account Agreement in your Combined Terms and Conditions and/or International Combined Terms and Conditions shall be revised and read as follows:**

For Business Accounts, the Following Procedures Apply: Our practice is to follow the procedures described above, but we are not legally required to do so. For example, we are not required to give provisional credit, or to finalize the claim during the periods stated above. You are required to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. You are required to notify us to return any ACH debit entry as unauthorized by the business day following the business day the ACH debit entry is posted. If you don't notify us in this timeframe, we will not reimburse your claim. We may make an effort to recover the funds on your behalf from the originating financial institution. Please note that claims for ACH payments on business accounts may require up to 75 days to finalize or reverse your provisional credit. As a reminder, when your Account is a type listed under "Business Accounts" in our product information, you agree not to use it for personal purposes.

## CHECKING SUMMARY

JPMorgan Classic Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$73.91** |
| **Ending Balance** | **0** | **$73.91** |

## FEES AND CHARGES FOR BUSINESS ACCOUNTS

**Fees**

| DESCRIPTION | VOLUME | UNIT PRICE | CHARGES |
|---|---|---|---|
| [redacted] | | | |
| Monthly Service Fee | 1 | $0.00 | $0.00 |
| **Total Fees** | | | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 29, 2025 through December 31, 2025
Account Number: [redacted]

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00004808 DDA 111 211 00126 NNNNNNNNNNN 1 000000000 60 0000
AFFORDABLE COMMUNITIES LP, A NEVADA LP
7065 W ANN RD STE 130-683
LAS VEGAS NV 89130-4990

00048080201000000022

## Effective February 15, 2026, the following are amendments to your Combined Terms and Conditions ("Combined Terms and Conditions") and/or International General Terms for Accounts and Services Account Agreements ("International Combined Terms and Conditions"), and may contain additional information about the features of your accounts.

Unless indicated below, all other terms and conditions of your Combined Terms and Conditions and/or International Combined Terms and Conditions still apply. Please contact your J.P. Morgan team if you have any questions about these changes or would like additional information.

**YOUR REPRESENTATIONS AND WARRANTIES**

**The second-to-last paragraph of the section entitled Your Representations and Warranties in the General Terms for Accounts and Services in your Combined Terms and Conditions and/or International Combined Terms and Conditions is removed. Such section shall now read as follows:**

All information provided in the Application or otherwise given to us from time to time is accurate, true and complete.

For individual and joint accounts, the identified Accountholders are the beneficial owners. For entity accounts, beneficial ownership is as you have told us. You will notify us immediately if the beneficial ownership of any Account changes.

If you are a natural person, you represent and warrant that you are of the age of majority according to the law of your place of residence and of the place of your Accounts.

If you establish the Account when acting in a fiduciary capacity, (i) all beneficial interests in the estate, trust or Account for which you are a fiduciary are owned by individuals or by non-profit organizations; and (ii) you are legally empowered to enter into and perform this Agreement in such capacity.

If the Account is to be maintained in the name of a sole proprietorship, (i) you are the sole owner of the sole proprietorship; (ii) the sole proprietorship is doing business under the name and style of, and at the location, given in the Application; (iii) you will be personally responsible for any debts, deficiencies or overdrafts in the sole proprietorship Account; and (iv) checks drawn on the sole proprietorship's Account may be debited against any Account you hold, in your individual name or jointly, with us.

For Accounts opened other than by a natural person, (i) the Accountholder has the power to enter into and perform under the Agreement, (ii) all necessary actions have been taken and approvals received in accordance with its

26-31510-mar Doc 61 Filed 08/21/26 Entered 08/21/26 15:13:54 Page 29 of 64

organizational documents and applicable law and regulation, and (iii) the Accountholder is duly organized and in good standing in the jurisdiction in which it is organized. The persons signing the Application have the authority to bind the Accountholder to the Agreement. We will not open new accounts for companies that have issued shares in bearer form except if the shares are publicly traded on a recognized exchange. In the case that the Accountholder is an entity, you must provide us with information related to the Accountholder that includes, but is not limited to, a current version of the Accountholder's Articles of Incorporation and a certified copy of the Accountholder's Shareholder Register. You agree that you will immediately inform us if there are changes to: (i) the Accountholder's share capital; (ii) the ownership of the Accountholder's shares; (iii) the beneficial ownership of, and control over, the Accountholder; and (iv) if the Accountholder contemplates issuing bearer shares.

We may rely on these representations and warranties, which are made as of the date of the Agreement and which will continue until the Agreement is terminated.

**AFFILIATIONS**

**The last paragraph of the section entitled Affiliations in the Brokerage Account Agreement in your Combined Terms and Conditions and/or International Combined Terms and Conditions is removed. Such section shall now read as follows:**

If the client is a natural person, the client represents that unless the client has notified J.P. Morgan to the contrary, neither the client nor any member of the client's immediate family is: (i) an employee or member of any exchange, (ii) an employee or member of FINRA, (iii) an employee of any corporation or firm engaged in the business of dealing, as broker or principal, in securities, options or futures, or (iv) an employee of any bank, trust company or insurance company. Persons signing on behalf of others should indicate the titles or capacities in which they are signing. If any of the foregoing information changes, the client agrees to notify J.P. Morgan promptly. If the client is required to obtain his or her employer's consent before opening a securities account, the client has obtained such consent.

**INACTIVE AND UNCLAIMED ACCOUNTS**

**The second paragraph of the section entitled Inactive and Unclaimed Accounts in the Deposit Account Agreement in your Combined Terms and Conditions and/or International Combined Terms and Conditions shall be revised and read as follows:**

Inactive Accounts. Accounts must have customer-initiated activity to remain in an active status. If your account doesn't meet this criteria for a minimum of 24 months, the account may become inactive. For Certificate of Deposit (CD) accounts, the CD is considered inactive from the day the CD is funded until either the CD matures, or a customer initiated early withdrawal and closure occurs.

**STATEMENTS**

**The first paragraph of the section entitled Statements in the Deposit Account Agreement in your Combined Terms and Conditions and/or International Combined Terms and Conditions shall be revised and read as follows:**

We will maintain appropriate records of your Account. An Account statement for checking and savings accounts will be sent to you at your current address listed on our records on a monthly basis, unless there have been no deposits or withdrawals made to your accounts within a 30-month (12 months in Texas) period, in which case annual statements will be sent, unless otherwise specifically indicated in the personal accounts or business accounts sections of this Agreement. Statements will be sent via ordinary U.S. mail, unless you and the Bank agree otherwise. We will send at least one statement per Account, even if that Account has more than one owner. Combined statements for linked accounts will be sent to the primary account holder's address, unless a new mailing address is designated for the account. You agree that sending the Account statement as described qualifies as sending the Account statement to all owners of the Account, even if all owners do not have access to the mailing address of record for the Account. You agree you will keep your mailing address up-to-date with us. We may change your postal address of record if we receive an address change notice from the U.S. Postal Service or if we receive information from another party in the business of providing correct address information that the address in our records no longer corresponds to your address.

**LIMITATIONS ON TRANSFERS, AMOUNTS, AND FREQUENCY OF TRANSACTIONS**

**A new paragraph is added paragraph (6) of the section entitled Limitations on Transfers, Amounts, and Frequency of Transactions in the Deposit Account Agreement in your Combined Terms and Conditions and/or International Combined Terms and Conditions. The new paragraph shall read as follows:**

(7) We may also limit your ability to make electronic funds transfers if you do not use a trusted device to access such services or complete certain tasks relating to your account, digital profile, and/or payments. Refer to the section below entitled Using Trusted Devices for more information.

**USING TRUSTED DEVICES**

**A new section entitled Using Trusted Devices is added after the section entitled Alerts and J.P. Morgan Mobile® Services in the Deposit Account Agreement in your Combined Terms and Conditions and/or International Combined Terms and Conditions. The new section shall read as follows:**

To help protect your account, we may require that you use a trusted device to:

- manage your account and/or digital profile,
- access certain account services,
- make certain payments and transfers, or
- authorize or approve payments and transfers.

A trusted device is an eligible device that has been successfully enrolled with us based on specific criteria we set and may modify from time to time in our sole discretion. This criteria includes, but is not limited to, using an eligible device and establishing device trust by verifying your identity and authenticating. Your eligible device may already be trusted if you meet our criteria and have used that device with us for a certain period of time. If your eligible device is not already trusted, you may be presented with the opportunity to establish device trust, or reestablish trust in a previously trusted device.

Not all devices will be eligible to become a trusted device. A mobile smartphone device with a current operating system that we support (such as iOS or Android) is an eligible device; currently, tablets, laptops and personal or desktop computers are not. We may add, remove, or modify the qualifying eligible devices at any time.

During the process of making your eligible device a trusted device, we may require you to verify your identity and authenticate by taking certain actions, which may include, but are not limited to, one or more of the following:

- taking a photo with your mobile phone camera of your acceptable form of identification,
- entering information from your Chase debit card (e.g., CVV), or
- providing biometrics (e.g., selfie), or
- using a token where available.

Valid driver's licenses and state identifications qualify as acceptable forms of identification; additional qualifying forms of identification may be added by us periodically. The image of your identification will be stored or retained only to the extent permitted by applicable law and will be used as permitted under our privacy policy. You must agree to additional disclosures and specific terms that we may present relating to trusted devices when you enroll in jpmorganonline.com or J.P. Morgan Online.

**SPECIAL RULES FOR CDs**

**The section entitled Special Rules for CDs in the Appendix: Asset Account and Deposit Account—Funds Availability Policy Statement in your Combined Terms and Conditions and/or International Combined Terms and Conditions shall be revised and read as follows:**

Generally, funds you deposit will be available within one business day except when you deposit checks that total more than $6,725 in a business day. The amount exceeding $6,725 will be available no later than the tenth business day after the day of your deposit. However, we are not required to let you withdraw principal from a CD before it matures.

## CHECKING SUMMARY

JPMorgan Classic Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$50.00** |
| Deposits and Additions | 1 | 2,120.00 |
| Electronic Withdrawals | 1 | - 2,119.32 |
| **Ending Balance** | **2** | **$50.68** |

10048080202000000062

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | Online Transfer From Chk ...6652 Transaction#: 27219666986 | $2,120.00 |
| **Total Deposits and Additions** | | **$2,120.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | Online Domestic Wire Transfer Via: First Horizon Bank/084000026 A/C: Martin Tate Morrow Marston Memphis TN 38119 US Ref: Ref.: Bill Number W23196.916/Time/18:21 Imad: 1205Mmqfmp2N024696 Trn: 3582555339Es | $2,119.32 |
| **Total Electronic Withdrawals** | | **$2,119.32** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/05 | $50.68 |

## FEES AND CHARGES FOR BUSINESS ACCOUNTS

**Fees**

| DESCRIPTION | VOLUME | UNIT PRICE | CHARGES |
|---|---|---|---|
| [redacted] | | | |
| Monthly Service Fee | 1 | $0.00 | $0.00 |
| Check / Debit Posted | 1 | $0.20 | 0.00 |
| Online Domestic Wire Fee | 1 | $0.00 | 0.00 |
| **Total Fees** | | | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 31, 2026 through February 27, 2026
Account Number: [redacted]

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00005119 DDA 111 211 05926 NNNNNNNNNNN 1 000000000 60 0000

AFFORDABLE COMMUNITIES LP, A NEVADA LP
7065 W ANN RD STE 130-683
LAS VEGAS NV 89130-4990

00051190201000000022

## CHECKING SUMMARY

JPMorgan Classic Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$7,550.68** |
| Deposits and Additions | 4 | 11,200.00 |
| Electronic Withdrawals | 13 | - 12,545.00 |
| **Ending Balance** | **17** | **$6,205.68** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/05 | Online Transfer From Chk ...8270 Transaction#: 27959097383 | $5,300.00 |
| 02/12 | Online Transfer From Chk ...6652 Transaction#: 28041560170 | 900.00 |
| 02/24 | Online Transfer From Chk ...8270 Transaction#: 28187648812 | 600.00 |
| 02/25 | Online Transfer From Chk ...8270 Transaction#: 28199187119 | 4,400.00 |
| **Total Deposits and Additions** | | **$11,200.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/02 | Online Transfer To Chk ...6074 Transaction#: 27897603140 | $1,500.00 |
| 02/02 | Online Transfer To Chk ...6074 Transaction#: 27909090517 | 500.00 |
| 02/05 | Online Transfer To Chk ...6074 Transaction#: 27965171455 | 500.00 |
| 02/06 | Online Transfer To Chk ...6652 Transaction#: 27974451648 | 2,500.00 |
| 02/13 | Online Domestic Wire Transfer Via: First Horizon Bank/084000026 A/C: Martin Tate Morrow Marston Memphis TN 38119 US Ref: Additional Retainer/Time/16:12 Imad: 0213Mmqfmp2M020526 Trn: 3437266044Es | 1,000.00 |
| 02/17 | Online Transfer To Chk ...6074 Transaction#: 28078264865 | 500.00 |
| 02/17 | Online Transfer To Chk ...6074 Transaction#: 28105109233 | 250.00 |

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/17 | Online Transfer To Chk ...8270 Transaction#: 28109920739 | 1,120.00 |
| 02/17 | Online Transfer To Chk ...8270 Transaction#: 28109940084 | 25.00 |
| 02/18 | Online Transfer To Chk ...8270 Transaction#: 28114841382 | 1,950.00 |
| 02/24 | Online Transfer To Chk ...6074 Transaction#: 28187645116 | 1,500.00 |
| 02/25 | Online Transfer To Chk ...6074 Transaction#: 28203141516 | 700.00 |
| 02/27 | Online Transfer To Chk ...6074 Transaction#: 28239483469 | 500.00 |
| **Total Electronic Withdrawals** | | **$12,545.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/02 | $5,550.68 |
| 02/05 | 10,350.68 |
| 02/06 | 7,850.68 |
| 02/12 | 8,750.68 |
| 02/13 | 7,750.68 |
| 02/17 | 5,855.68 |
| 02/18 | 3,905.68 |
| 02/24 | 3,005.68 |
| 02/25 | 6,705.68 |
| 02/27 | 6,205.68 |

## FEES AND CHARGES FOR BUSINESS ACCOUNTS

**Fees**

| DESCRIPTION | VOLUME | UNIT PRICE | CHARGES |
|---|---|---|---|
| [redacted] | | | |
| Monthly Service Fee | 1 | $0.00 | $0.00 |
| Check / Debit Posted | 1 | $0.20 | 0.00 |
| Online Domestic Wire Fee | 1 | $0.00 | 0.00 |
| **Total Fees** | | | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

10051190202000000062

This Page Intentionally Left Blank

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2026 through January 30, 2026
Account Number: [redacted]

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00002667 DDA 111 211 03126 NNNNNNNNNNN 1 000000000 60 0000
AFFORDABLE COMMUNITIES LP, A NEVADA LP
7065 W ANN RD STE 130-683
LAS VEGAS NV 89130-4990

00026670101000000021

## CHECKING SUMMARY

JPMorgan Classic Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$50.68** |
| Deposits and Additions | 3 | 10,900.00 |
| Electronic Withdrawals | 3 | - 3,400.00 |
| **Ending Balance** | **6** | **$7,550.68** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/28 | Online Transfer From Chk ...6652 Transaction#: 27852888060 | $7,000.00 |
| 01/28 | Online Transfer From Chk ...6652 Transaction#: 27852899733 | 2,000.00 |
| 01/29 | Online Transfer From Chk ...6652 Transaction#: 27870529584 | 1,900.00 |
| **Total Deposits and Additions** | | **$10,900.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/28 | Online Domestic Wire Transfer Via: First Horizon Bank/084000026 A/C: Martin Tate Morrow Marston Memphis TN 38119 US Ref: Retainer/Time/18:05 Imad: 0128Mmqfmp2K025469 Trn: 3424506028Es | $2,000.00 |
| 01/29 | Online Transfer To Chk ...6652 Transaction#: 27862329056 | 400.00 |
| 01/30 | Online Transfer To Chk ...6652 Transaction#: 27881227536 | 1,000.00 |
| **Total Electronic Withdrawals** | | **$3,400.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01/28 | $7,050.68 |
| 01/29 | 8,550.68 |
| 01/30 | 7,550.68 |

## FEES AND CHARGES FOR BUSINESS ACCOUNTS

**Fees**

| DESCRIPTION | VOLUME | UNIT PRICE | CHARGES |
|---|---|---|---|
| [redacted] | | | |
| Monthly Service Fee | 1 | $0.00 | $0.00 |
| Check / Debit Posted | 1 | $0.20 | 0.00 |
| Online Domestic Wire Fee | 1 | $0.00 | 0.00 |
| **Total Fees** | | | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 01, 2025 through July 31, 2025
Account Number: [redacted]

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00002533 DDA 111 211 21325 NNNNNNNNNNN 1 000000000 60 0000

AFFORDABLE COMMUNITIES LP, A NEVADA LP
7065 W ANN RD STE 130-683
LAS VEGAS NV 89130-4990

00025330101000000021

## CHECKING SUMMARY

JPMorgan Classic Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$73.91** |
| **Ending Balance** | **0** | **$73.91** |

## FEES AND CHARGES FOR BUSINESS ACCOUNTS

**Fees**

| DESCRIPTION | VOLUME | UNIT PRICE | CHARGES |
|---|---|---|---|
| [redacted] | | | |
| Monthly Service Fee | 1 | $0.00 | $0.00 |
| **Total Fees** | | | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 31, 2025 through June 30, 2025

Account Number: [redacted]

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00002542 DDA 111 211 18225 NNNNNNNNNNN 1 000000000 60 0000

AFFORDABLE COMMUNITIES LP, A NEVADA LP
7065 W ANN RD STE 130-683
LAS VEGAS NV 89130-4990

00025420101000000021

## CHECKING SUMMARY

JPMorgan Classic Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$73.91** |
| **Ending Balance** | **0** | **$73.91** |

## FEES AND CHARGES FOR BUSINESS ACCOUNTS

**Fees**

| DESCRIPTION | VOLUME | UNIT PRICE | CHARGES |
|---|---|---|---|
| [redacted] | | | |
| Monthly Service Fee | 1 | $0.00 | $0.00 |
| **Total Fees** | | | **$0.00** |

CHASE

May 31, 2025 through June 30, 2025
Account Number: [redacted]

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

May 30, 2026 through June 30, 2026
Account Number: [redacted]

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00005557 DDA 111 211 18226 NNNNNNNNNNN 1 000000000 60 0000
AFFORDABLE COMMUNITIES LP, A NEVADA LP
7065 W ANN RD STE 130-683
LAS VEGAS NV 89130-4990

00055570201000000022

## CHECKING SUMMARY

JPMorgan Classic Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$7,550.22** |
| Deposits and Additions | 11 | 22,924.00 |
| Electronic Withdrawals | 32 | - 26,674.00 |
| **Ending Balance** | **43** | **$3,800.22** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/02 | Online Transfer From Chk ...8270 Transaction#: 29461594877 | $6,144.00 |
| 06/05 | Online Transfer From Chk ...8270 Transaction#: 29506889801 | 1,400.00 |
| 06/08 | Online Transfer From Chk ...8270 Transaction#: 29523294193 | 6,200.00 |
| 06/11 | Online Transfer From Chk ...8270 Transaction#: 29579938861 | 2,000.00 |
| 06/12 | Online Transfer From Chk ...8270 Transaction#: 29595503950 | 660.00 |
| 06/16 | Online Transfer From Chk ...8270 Transaction#: 29647424753 | 1,000.00 |
| 06/17 | Online Transfer From Chk ...6074 Transaction#: 29653029974 | 3,000.00 |
| 06/17 | Online Transfer From Chk ...8270 Transaction#: 29653032904 | 570.00 |
| 06/22 | Online Transfer From Chk ...8270 Transaction#: 29685727314 | 100.00 |
| 06/25 | Online Transfer From Chk ...8270 Transaction#: 29754870611 | 750.00 |
| 06/26 | Online Transfer From Chk ...8270 Transaction#: 29767500816 | 1,100.00 |
| **Total Deposits and Additions** | | **$22,924.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | Online Transfer To Chk ...6074 Transaction#: 29422068276 | $400.00 |
| 06/01 | Online Transfer To Chk ...6074 Transaction#: 29446362171 | 150.00 |
| 06/01 | Online Transfer To Chk ...8270 Transaction#: 29446373307 | 500.00 |
| 06/01 | Online Transfer To Chk ...8270 Transaction#: 29446394308 | 50.00 |
| 06/02 | Online Transfer To Chk ...8270 Transaction#: 29462848506 | 400.00 |
| 06/02 | Online Transfer To Chk ...6074 Transaction#: 29466124236 | 150.00 |
| 06/03 | Online Transfer To Chk ...6074 Transaction#: 29479462925 | 3,500.00 |
| 06/04 | Online Transfer To Chk ...6074 Transaction#: 29492165764 | 400.00 |
| 06/04 | Online Transfer To Chk ...8270 Transaction#: 29492186713 | 850.00 |
| 06/05 | Online Transfer To Chk ...6074 Transaction#: 29506892425 | 690.00 |
| 06/08 | Online Transfer To Chk ...6074 Transaction#: 29523323242 | 200.00 |
| 06/08 | Online Transfer To Chk ...6074 Transaction#: 29541708492 | 300.00 |
| 06/08 | Online Transfer To Chk ...8270 Transaction#: 29541709445 | 600.00 |
| 06/09 | Online Transfer To Chk ...6074 Transaction#: 29553556919 | 300.00 |
| 06/10 | Online Transfer To Chk ...6074 Transaction#: 29565532088 | 700.00 |
| 06/11 | Online Transfer To Chk ...6074 Transaction#: 29579931564 | 400.00 |
| 06/12 | Online Transfer To Chk ...6074 Transaction#: 29595532102 | 300.00 |
| 06/15 | Online Transfer To Chk ...8270 Transaction#: 29610973953 | 300.00 |
| 06/15 | Online Transfer To Chk ...6074 Transaction#: 29610999557 | 350.00 |
| 06/16 | Online Transfer To Chk ...6074 Transaction#: 29647509695 | 400.00 |
| 06/17 | Online Transfer To Chk ...8270 Transaction#: 29656271822 | 10,100.00 |
| 06/18 | Online Transfer To Chk ...6074 Transaction#: 29670252775 | 400.00 |
| 06/18 | Online Transfer To Chk ...8270 Transaction#: 29672053701 | 1,070.00 |
| 06/22 | Online Transfer To Chk ...6074 Transaction#: 29685702029 | 500.00 |
| 06/23 | Online Transfer To Chk ...6074 Transaction#: 29729406976 | 500.00 |
| 06/24 | Online Transfer To Chk ...8270 Transaction#: 29743377607 | 500.00 |
| 06/24 | Online Transfer To Chk ...6074 Transaction#: 29743369580 | 500.00 |
| 06/25 | Online Transfer To Chk ...6074 Transaction#: 29754831984 | 100.00 |
| 06/25 | Online Transfer To Chk ...8270 Transaction#: 29754845988 | 1,550.00 |
| 06/25 | Online Transfer To Chk ...8270 Transaction#: 29754873502 | 50.00 |
| 06/29 | Online Transfer To Chk ...6074 Transaction#: 29783732258 | 264.00 |
| 06/30 | Online Transfer To Chk ...6074 Transaction#: 29817580092 | 200.00 |
| **Total Electronic Withdrawals** | | **$26,674.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 06/01 | $6,450.22 | 06/11 | 13,704.22 |
| 06/02 | 12,044.22 | 06/12 | 14,064.22 |
| 06/03 | 8,544.22 | 06/15 | 13,414.22 |
| 06/04 | 7,294.22 | 06/16 | 14,014.22 |
| 06/05 | 8,004.22 | 06/17 | 7,484.22 |
| 06/08 | 13,104.22 | 06/18 | 6,014.22 |
| 06/09 | 12,804.22 | 06/22 | 5,614.22 |
| 06/10 | 12,104.22 | 06/23 | 5,114.22 |

## DAILY ENDING BALANCE *(continued)*

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 06/24 | 4,114.22 | 06/29 | 4,000.22 |
| 06/25 | 3,164.22 | 06/30 | 3,800.22 |
| 06/26 | 4,264.22 | | |

10055570202000000062

## FEES AND CHARGES FOR BUSINESS ACCOUNTS

**Fees**

| DESCRIPTION | VOLUME | UNIT PRICE | CHARGES |
|---|---|---|---|
| [redacted] | | | |
| Monthly Service Fee | 1 | $0.00 | $0.00 |
| **Total Fees** | | | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

This Page Intentionally Left Blank

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

February 28, 2026 through March 31, 2026
Account Number: [redacted]

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00005054 DDA 111 211 09126 NNNNNNNNNNN 1 000000000 60 0000
AFFORDABLE COMMUNITIES LP, A NEVADA LP
7065 W ANN RD STE 130-683
LAS VEGAS NV 89130-4990

00050540201000000022

## Effective May 1, 2026, the following is an amendment to your Combined Terms and Conditions ("Combined Terms and Conditions") and/or International General Terms for Accounts and Services Account Agreements ("International Combined Terms and Conditions"), and may contain additional information about the features of your accounts.

Unless indicated below, all other terms and conditions of your Combined Terms and Conditions and/or International Combined Terms and Conditions still apply. Please contact your J.P. Morgan team if you have any questions about these changes or would like additional information.

### IMPORTANT INFORMATION ABOUT ACCESSIBILITY

**A new section entitled Important Information about Accessibility is added to the General Terms for Accounts and Services in your Combined Terms and Conditions and/or International Combined Terms and Conditions. Such section shall read as follows:**

**37. Important Information about Accessibility**

We are committed to making our services accessible to meet the financial services needs of all our clients. If you have accessibility needs and require assistance, please contact your J.P. Morgan team.

This disclosure provides information about how certain services we provide to you function.

(a) Description of the services and operation of the services

We provide private banking services including investment advice, order execution, discretionary investment management, lending, custody and payment services.

We offer certain services listed above via our website, mobile app, telephone or in person, depending on your location and the specific services you receive. In certain circumstances we also provide the ability for you to enter into agreements online.

(b) Accessibility of J.P. Morgan Private Bank online banking website and mobile app

We design our website and mobile app to be perceivable, operable, understandable, and robust, in line with legal requirements for each jurisdiction.

For example:

- We strive to ensure that our website, app and other digital channels are compatible with screen readers and other assistive technologies (AT) and tools.
- The content of our website, app and digital channels is clear, concise and, where possible, free from jargon.
- We aim to adhere to a high-contrast color palette to optimize readability and detectability.

You can find more information on website and mobile app accessibility at privatebank.jpmorgan.com/nam/en/disclosures/accessibility.

(c) Accessible documents.

We can arrange for PDFs downloadable from the J.P. Morgan Private Bank online banking website or mobile app to be provided in an accessible format, for no charge within a reasonable timeframe. Please contact your J.P. Morgan team if you need to request documents in an accessible format.

(d) Complaint handling

We have procedures for handling complaints fairly and promptly. If you are located in the European Union and have a complaint about the accessibility of our services that remains unresolved, you may have a right to refer your complaint to your market surveillance authority. Your market surveillance authority depends on your location.

## CHECKING SUMMARY

JPMorgan Classic Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$6,205.68** |
| Deposits and Additions | 8 | 21,900.00 |
| Electronic Withdrawals | 39 | - 23,659.89 |
| **Ending Balance** | **47** | **$4,445.79** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | Online Transfer From Chk ...8270 Transaction#: 28279672898 | $1,600.00 |
| 03/02 | Online Transfer From Chk ...8270 Transaction#: 28252676463 | 300.00 |
| 03/04 | Online Transfer From Chk ...8270 Transaction#: 28304100572 | 7,700.00 |
| 03/09 | Online Transfer From Chk ...8270 Transaction#: 28367185479 | 3,000.00 |
| 03/10 | Online Transfer From Chk ...8270 Transaction#: 28380248788 | 5,100.00 |
| 03/11 | Online Transfer From Chk ...8270 Transaction#: 28389409686 | 2,000.00 |
| 03/23 | Online Transfer From Chk ...8270 Transaction#: 28522550874 | 400.00 |
| 03/25 | Online Transfer From Chk ...8270 Transaction#: 28564556133 | 1,800.00 |
| **Total Deposits and Additions** | | **$21,900.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | Online Transfer To Chk ...6074 Transaction#: 28252708658 | $300.00 |
| 03/02 | Online Transfer To Chk ...6074 Transaction#: 28279657060 | 800.00 |
| 03/05 | Online Transfer To Chk ...6074 Transaction#: 28320228556 | 1,700.00 |
| 03/06 | Online Transfer To Chk ...6074 Transaction#: 28337388995 | 750.00 |
| 03/09 | Online Transfer To Chk ...6074 Transaction#: 28369035907 | 1,500.00 |
| 03/10 | Consumers Energy Energybill 103016119721 Web ID: 2380442310 | 698.52 |
| 03/10 | Consumers Energy Energybill 103048967428 Web ID: 2380442310 | 489.94 |
| 03/10 | Consumers Energy Energybill 103049794813 Web ID: 2380442310 | 445.51 |
| 03/10 | Consumers Energy Energybill 103052409812 Web ID: 2380442310 | 404.19 |
| 03/10 | Consumers Energy Energybill 103049795448 Web ID: 2380442310 | 384.44 |
| 03/10 | Consumers Energy Energybill 103049885975 Web ID: 2380442310 | 371.91 |

CHASE



## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/10 | Consumers Energy Energybill 103049794797 Web ID: 2380442310 | 350.25 |
| 03/10 | Consumers Energy Energybill 103049794789 Web ID: 2380442310 | 340.29 |
| 03/10 | Consumers Energy Energybill 103048967436 Web ID: 2380442310 | 327.85 |
| 03/10 | Consumers Energy Energybill 103049007646 Web ID: 2380442310 | 325.90 |
| 03/10 | Consumers Energy Energybill 103049007687 Web ID: 2380442310 | 317.95 |
| 03/10 | Consumers Energy Energybill 103049795141 Web ID: 2380442310 | 296.35 |
| 03/10 | Consumers Energy Energybill 103049795190 Web ID: 2380442310 | 285.70 |
| 03/10 | Consumers Energy Energybill 103016133771 Web ID: 2380442310 | 260.14 |
| 03/10 | Consumers Energy Energybill 103048967139 Web ID: 2380442310 | 245.16 |
| 03/10 | Consumers Energy Energybill 103049007620 Web ID: 2380442310 | 129.75 |
| 03/10 | Consumers Energy Energybill 103048967469 Web ID: 2380442310 | 61.68 |
| 03/10 | Consumers Energy Energybill 103049007695 Web ID: 2380442310 | 57.72 |
| 03/10 | Online Transfer To Chk ...6074 Transaction#: 28380456761 | 200.00 |
| 03/11 | City of Flint Utility 4292436 CCD ID: 0000063576 | 2,178.62 |
| 03/11 | City of Flint Utility 4292436 CCD ID: 0000063576 | 1,496.83 |
| 03/11 | Online Transfer To Chk ...8270 Transaction#: 28389981013 | 500.00 |
| 03/12 | Online Transfer To Chk ...6074 Transaction#: 28402097644 | 500.00 |
| 03/16 | Online Transfer To Chk ...6074 Transaction#: 28434338919 | 700.00 |
| 03/16 | Online Transfer To Chk ...6074 Transaction#: 28437029951 | 3,000.00 |
| 03/16 | Online Transfer To Chk ...6074 Transaction#: 28454803617 | 400.00 |
| 03/17 | State Farm Ro 08 Cpc-Client 04 S 1481642404 CCD ID: 9000313004 | 891.19 |
| 03/23 | Online Transfer To Chk ...6074 Transaction#: 28522552107 | 450.00 |
| 03/23 | Online Transfer To Chk ...6074 Transaction#: 28543976769 | 500.00 |
| 03/25 | Online Transfer To Chk ...6074 Transaction#: 28564557779 | 400.00 |
| 03/26 | Online Transfer To Chk ...6074 Transaction#: 28579996609 | 400.00 |
| 03/30 | Online Transfer To Chk ...6074 Transaction#: 28605267048 | 600.00 |
| 03/30 | Online Transfer To Chk ...6074 Transaction#: 28615842150 | 300.00 |
| 03/31 | Online Transfer To Chk ...6074 Transaction#: 28639462529 | 300.00 |
| **Total Electronic Withdrawals** | | **$23,659.89** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 03/02 | $7,005.68 | 03/16 | 6,086.98 |
| 03/04 | 14,705.68 | 03/17 | 5,195.79 |
| 03/05 | 13,005.68 | 03/23 | 4,645.79 |
| 03/06 | 12,255.68 | 03/25 | 6,045.79 |
| 03/09 | 13,755.68 | 03/26 | 5,645.79 |
| 03/10 | 12,862.43 | 03/30 | 4,745.79 |
| 03/11 | 10,686.98 | 03/31 | 4,445.79 |
| 03/12 | 10,186.98 | | |

10050540202000000062

# FEES AND CHARGES FOR BUSINESS ACCOUNTS

**Fees**

| DESCRIPTION | VOLUME | UNIT PRICE | CHARGES |
|---|---|---|---|
| [redacted] | | | |
| Monthly Service Fee | 1 | $0.00 | $0.00 |
| Check / Debit Posted | 21 | $0.20 | 0.00 |
| **Total Fees** | | | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 01, 2025 through May 30, 2025
Account Number [redacted]

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00002549 DDA 111 211 15125 NNNNNNNNNNN 1 000000000 60 0000
AFFORDABLE COMMUNITIES LP, A NEVADA LP
7065 W ANN RD STE 130-683
LAS VEGAS NV 89130-4990

00025490101000000021

## CHECKING SUMMARY

JPMorgan Classic Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$73.91** |
| **Ending Balance** | **0** | **$73.91** |

## FEES AND CHARGES FOR BUSINESS ACCOUNTS

**Fees**

| DESCRIPTION | VOLUME | UNIT PRICE | CHARGES |
|---|---|---|---|
| [redacted] | | | |
| Monthly Service Fee | 1 | $0.00 | $0.00 |
| **Total Fees** | | | **$0.00** |

CHASE



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

May 01, 2026 through May 29, 2026
Account Number: [redacted]

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00005431 DDA 111 211 15026 NNNNNNNNNNN 1 000000000 60 0000
AFFORDABLE COMMUNITIES LP, A NEVADA LP
7065 W ANN RD STE 130-683
LAS VEGAS NV 89130-4990

00054310201000000022

## CHECKING SUMMARY

JPMorgan Classic Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$10,580.22** |
| Deposits and Additions | 9 | 20,950.00 |
| Electronic Withdrawals | 28 | - 23,980.00 |
| **Ending Balance** | **37** | **$7,550.22** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/04 | Online Transfer From Chk ...8270 Transaction#: 29062831610 | $1,700.00 |
| 05/05 | Online Transfer From Chk ...8270 Transaction#: 29100183660 | 1,800.00 |
| 05/06 | Online Transfer From Chk ...8270 Transaction#: 29112300901 | 5,400.00 |
| 05/11 | Online Transfer From Chk ...8270 Transaction#: 29158155287 | 1,100.00 |
| 05/14 | Online Transfer From Chk ...8270 Transaction#: 29212574143 | 6,000.00 |
| 05/21 | Online Transfer From Chk ...8270 Transaction#: 29303424548 | 900.00 |
| 05/22 | Online Transfer From Chk ...8270 Transaction#: 29324345533 | 2,000.00 |
| 05/27 | Online Transfer From Chk ...8270 Transaction#: 29378657335 | 1,800.00 |
| 05/29 | Online Transfer From Chk ...8270 Transaction#: 29404826717 | 250.00 |
| **Total Deposits and Additions** | | **$20,950.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/04 | Online Transfer To Chk ...6074 Transaction#: 29062852303 | $500.00 |
| 05/04 | Online Transfer To Chk ...6074 Transaction#: 29077401851 | 500.00 |
| 05/04 | Online Transfer To Chk ...6074 Transaction#: 29087699551 | 1,500.00 |
| 05/05 | Online Transfer To Chk ...6074 Transaction#: 29100346142 | 550.00 |

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/06 | Online Transfer To Chk ...6074 Transaction#: 29112310898 | 400.00 |
| 05/07 | Online Transfer To Chk ...8270 Transaction#: 29132637428 | 3,400.00 |
| 05/11 | Online Transfer To Chk ...8270 Transaction#: 29156987991 | 2,300.00 |
| 05/11 | Online Transfer To Chk ...6074 Transaction#: 29158172014 | 1,200.00 |
| 05/11 | Online Transfer To Chk ...6074 Transaction#: 29159072107 | 200.00 |
| 05/11 | Online Transfer To Chk ...6074 Transaction#: 29167459730 | 500.00 |
| 05/12 | Online Transfer To Chk ...8270 Transaction#: 29186721601 | 1,550.00 |
| 05/12 | Online Transfer To Chk ...6074 Transaction#: 29186722481 | 500.00 |
| 05/12 | Online Transfer To Chk ...6074 Transaction#: 29190082633 | 350.00 |
| 05/14 | Online Transfer To Chk ...6074 Transaction#: 29212566350 | 200.00 |
| 05/15 | Online Transfer To Chk ...8270 Transaction#: 29226889961 | 1,100.00 |
| 05/15 | Online Transfer To Chk ...8270 Transaction#: 29226989133 | 2,000.00 |
| 05/15 | Online Transfer To Chk ...8270 Transaction#: 29237270795 | 1,830.00 |
| 05/18 | Online Transfer To Chk ...8270 Transaction#: 29248051576 | 350.00 |
| 05/18 | Online Transfer To Chk ...6074 Transaction#: 29248019340 | 650.00 |
| 05/18 | Online Transfer To Chk ...6074 Transaction#: 29248047495 | 200.00 |
| 05/18 | Online Transfer To Chk ...6074 Transaction#: 29268475648 | 200.00 |
| 05/21 | Online Transfer To Chk ...6074 Transaction#: 29303429004 | 900.00 |
| 05/22 | Online Transfer To Chk ...6074 Transaction#: 29324346751 | 300.00 |
| 05/26 | Online Transfer To Chk ...6074 Transaction#: 29342410202 | 800.00 |
| 05/26 | Online Transfer To Chk ...6074 Transaction#: 29354867256 | 300.00 |
| 05/27 | Online Transfer To Chk ...6074 Transaction#: 29378672103 | 500.00 |
| 05/28 | Online Transfer To Chk ...8270 Transaction#: 29389564073 | 500.00 |
| 05/29 | Online Transfer To Chk ...6074 Transaction#: 29404844438 | 700.00 |
| **Total Electronic Withdrawals** | | **$23,980.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 05/04 | $9,780.22 | 05/18 | 6,600.22 |
| 05/05 | 11,030.22 | 05/21 | 6,600.22 |
| 05/06 | 16,030.22 | 05/22 | 8,300.22 |
| 05/07 | 12,630.22 | 05/26 | 7,200.22 |
| 05/11 | 9,530.22 | 05/27 | 8,500.22 |
| 05/12 | 7,130.22 | 05/28 | 8,000.22 |
| 05/14 | 12,930.22 | 05/29 | 7,550.22 |
| 05/15 | 8,000.22 | | |

## FEES AND CHARGES FOR BUSINESS ACCOUNTS

**Fees**

| DESCRIPTION | VOLUME | UNIT PRICE | CHARGES |
|---|---|---|---|
| [redacted] | | | |
| Monthly Service Fee | 1 | $0.00 | $0.00 |
| **Total Fees** | | | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

10054310202000000062

This Page Intentionally Left Blank

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2025 through November 28, 2025
Account Number: [redacted]

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00002703 DDA 111 211 33325 NNNNNNNNNNN 1 000000000 60 0000
AFFORDABLE COMMUNITIES LP, A NEVADA LP
7065 W ANN RD STE 130-683
LAS VEGAS NV 89130-4990

00027030101000000021

## CHECKING SUMMARY

JPMorgan Classic Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5,083.91** |
| Electronic Withdrawals | 4 | - 5,033.91 |
| **Ending Balance** | **4** | **$50.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/03 | Online Transfer To Chk ...6074 Transaction#: 26816985164 | $83.91 |
| 11/06 | Online Transfer To Chk ...6074 Transaction#: 26863455859 | 1,000.00 |
| 11/12 | Online Transfer To Chk ...6074 Transaction#: 26933502514 | 1,700.00 |
| 11/12 | Online Transfer To Chk ...6074 Transaction#: 26934168950 | 2,250.00 |
| **Total Electronic Withdrawals** | | **$5,033.91** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/03 | $5,000.00 |
| 11/06 | 4,000.00 |
| 11/12 | 50.00 |

# FEES AND CHARGES FOR BUSINESS ACCOUNTS

**Fees**

| DESCRIPTION | VOLUME | UNIT PRICE | CHARGES |
|---|---|---|---|
| [redacted] | | | |
| Monthly Service Fee | 1 | $0.00 | $0.00 |
| **Total Fees** | | | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2025 through October 31, 2025
Account Number: [redacted]

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00002338 DDA 111 211 30525 NNNNNNNNNNN 1 000000000 60 0000

AFFORDABLE COMMUNITIES LP, A NEVADA LP
7065 W ANN RD STE 130-683
LAS VEGAS NV 89130-4990

00023380101000000021

## CHECKING SUMMARY

JPMorgan Classic Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$33.91** |
| Deposits and Additions | 5 | 16,000.00 |
| Electronic Withdrawals | 8 | - 10,950.00 |
| **Ending Balance** | **13** | **$5,083.91** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Online Transfer From Chk ...6074 Transaction#: 26424403833 | $4,000.00 |
| 10/01 | Online Transfer From Chk ...8270 Transaction#: 26424415301 | 2,900.00 |
| 10/02 | Online Transfer From Chk ...8270 Transaction#: 26437568967 | 1,300.00 |
| 10/07 | Online Transfer From Chk ...8270 Transaction#: 26505871706 | 2,800.00 |
| 10/28 | Online Transfer From Chk ...6652 Transaction#: 26748528317 | 5,000.00 |
| **Total Deposits and Additions** | | **$16,000.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | Online Transfer To Chk ...6074 Transaction#: 26437589491 | $200.00 |
| 10/06 | Online Transfer To Chk ...6074 Transaction#: 26471559750 | 700.00 |
| 10/06 | Online Transfer To Chk ...6074 Transaction#: 26473582944 | 200.00 |
| 10/07 | Online Transfer To Chk ...6652 Transaction#: 26505890846 | 2,000.00 |
| 10/07 | Online Transfer To Chk ...6074 Transaction#: 26505934825 | 350.00 |

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/08 | Online Transfer To Chk ...6652 Transaction#: 26516435848 | 400.00 |
| 10/08 | Online Transfer To Chk ...6074 Transaction#: 26516420205 | 500.00 |
| 10/10 | Online Transfer To Chk ...6652 Transaction#: 26543427910 | 6,600.00 |
| **Total Electronic Withdrawals** | | **$10,950.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/01 | $6,933.91 |
| 10/02 | 8,033.91 |
| 10/06 | 7,133.91 |
| 10/07 | 7,583.91 |
| 10/08 | 6,683.91 |
| 10/10 | 83.91 |
| 10/28 | 5,083.91 |

## FEES AND CHARGES FOR BUSINESS ACCOUNTS

**Fees**

| DESCRIPTION | VOLUME | UNIT PRICE | CHARGES |
|---|---|---|---|
| [redacted] | | | |
| Monthly Service Fee | 1 | $0.00 | $0.00 |
| **Total Fees** | | | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 30, 2025 through September 30, 2025
Account Number: [redacted]

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00002354 DDA 111 211 27425 NNNNNNNNNNN 1 000000000 60 0000
AFFORDABLE COMMUNITIES LP, A NEVADA LP
7065 W ANN RD STE 130-683
LAS VEGAS NV 89130-4990

00023540101000000021

**Important Update: We are extending the processing time of ACH payment claims for Chase business accounts beginning December 1, 2025**

Effective **December 1**, claims for ACH payments on business accounts may require up to 75 days to finalize or reverse your provisional credit.

If you have questions, please call the number on this statement. We accept operator relay calls.

## CHECKING SUMMARY

JPMorgan Classic Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$73.91** |
| Deposits and Additions | 1 | 50.00 |
| Electronic Withdrawals | 1 | - 90.00 |
| **Ending Balance** | **2** | **$33.91** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | Online Transfer From Chk ...6652 Transaction#: 26088155538 | $50.00 |
| **Total Deposits and Additions** | | **$50.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | Online Domestic Wire Transfer A/C: Jg Contracting LLC Flint MI 48504-1541 US Ref: Winchester Grove Apartments Trn: 3479875246Es | $90.00 |
| **Total Electronic Withdrawals** | | **$90.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/03 | $33.91 |

## FEES AND CHARGES FOR BUSINESS ACCOUNTS

**Fees**

| DESCRIPTION | VOLUME | UNIT PRICE | CHARGES |
|---|---|---|---|
| [redacted] | | | |
| Monthly Service Fee | 1 | $0.00 | $0.00 |
| Check / Debit Posted | 1 | $0.20 | 0.00 |
| Online Domestic Wire Fee | 1 | $0.00 | 0.00 |
| **Total Fees** | | | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**EXHIBIT 2**

**Discount Warehouses, LP A/B/A Clio Gardens Apartments**

**Budget (9/1/2026 to 11/30/2026)**

| | 9/01 to 9/07 | 9/08 to 9/14 | 9/15 to 9/21 | 9/22 to 9/28 | 9/29 to 10/05 | 10/06 to 10/12 | 10/13 to 10/19 | 10/20 to 10/26 | 10/27 to 11/02 | 11/03 to 11/09 | 11/10 to 11/16 | 11/17 to 11/23 | 11/24 to 11/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Rents** | 15,000.00 | 4,000.00 | 3,000.00 | 1,000.00 | 16,000.00 | 4,000.00 | 1,000.00 | 2,000.00 | 5,000.00 | 13,000.00 | 4,000.00 | 2,000.00 | 5,000.00 |
| **Expenses** | | | | | | | | | | | | | |
| Internet Service | | | 250.00 | | | | 250.00 | | | | 250.00 | | |
| Telephone | | | 200.00 | | | | 200.00 | | | | 200.00 | | |
| Software | | | 300.00 | | | | 300.00 | | | | 300.00 | | |
| Property Insurnace | | | | 1,200.00 | | | | 1,200.00 | | | | 1,200.00 | |
| Consulting | | 600.00 | | | | 600.00 | | | | 600.00 | | | |
| Trash Removal | 300.00 | | | | 300.00 | | | | 300.00 | | | | |
| Dumpster Rental | | | | | 385.00 | | | | 385.00 | | | | 385.00 |
| Utilities | 3,000.00 | | | 3,500.00 | | 3,000.00 | | | 3,500.00 | 3,000.00 | | | 3,500.00 |
| Landscaping | | 700.00 | | | | 700.00 | | | | | | 700.00 | |
| Apartment Turnover | 6,000.00 | 5,000.00 | | | | 5,000.00 | 4,000.00 | | | 4,000.00 | 3,000.00 | | |
| **Total Expense** | 9,300.00 | 6,300.00 | 750.00 | 4,700.00 | 685.00 | 9,300.00 | 4,750.00 | 1,200.00 | 4,185.00 | 7,600.00 | 3,750.00 | 1,900.00 | 3,885.00 |
| **Cash Flow** | **5,700.00** | **-2,300.00** | **2,250.00** | **-3,700.00** | **15,315.00** | **-5,300.00** | **-3,750.00** | **800.00** | **815.00** | **5,400.00** | **250.00** | **100.00** | **1,115.00** |