**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

Discount Warehouses LP

Debtor.
_______________________________/

Case No. 26-31510
Chapter 11 proceeding

Judge: Mark A. Randon

**THIRD ORDER ALLOWING INTERIM USE OF CASH COLLATERAL AND SETTING A FINAL HEARING ON THE DEBTOR'S MOTION TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. § 361**

THIS MATTER came before the Court upon Discount Warehouses LP's *First Day Motion for Entry of an Order Authorizing the Debtor to Use Cash Collateral Pursuant to 11 U.S.C. § 363* [Doc 6] (the "Motion"). The Court held an interim hearing on July 6, 2026 on the Motion, having entered a stipulated order providing for a final hearing on this matter on July 24, 2026 at 10:00 am at docket 36, having entered a *Second Order Allowing Interim Use of Cash Collateral and Setting a Final Hearing* [Doc 45] adjourning the final hearing to August 10, 2026 at 11:00 am, having reviewed the objections to the Motion filed by Churchill MRA Funding I, LLC ("Churchill") and having reviewed the *Third Stipulation to Entry of an Order Allowing Interim Use of Cash Collateral and Setting a Final Hearing* [Doc 68 the "Stipulation") between the Debtor, Churchill and the United States Trustee to adjourn this matter to August 31, 2026, therefore, the Court finds good cause for entry of this Order for these reasons, and for the reasons stated on the record.

IT IS HEREBY ORDERED that this Court shall hold a final hearing on the Motion on **August 31, 2026 @ 11:00 am,** which hearing will be held **in person** at the United States Bankruptcy Court located at 211 W. Fort St., Detroit, MI 48226, except that Debtor's principal may participate telephonically;

IT IS HEREBY FURTHER ORDERED that based on the Motion, representations at prior hearings and the Stipulation of the parties, the Debtor is authorized to spend cash collateral in accordance with the budget attached as **Exhibit 1** (the "Budget") to the Stipulation for the period between August 10, 2026 and August 31, 2026 (the "Third Interim Period") for costs actually incurred during the Third Interim Period in connection with the line item expenses set forth in the Budget. In addition to expenses set forth in the Budget, the Debtor is authorized to and shall pay any insurance premiums for the Debtor's insurance policies that insure the Debtor, the Debtor's estate and the property of the Debtor and the Debtor's estate and Churchill, as may actually become due and payable prior to the expiration of the Third Interim Period. Debtor shall provide a budget reconciliation together with copies of contracts and invoices or any other record of payment to Churchill and the US Trustee documenting all expenses incurred and/or paid between August 10, 2026 and August 17, 2026 by no later than August 18, 2026, and between August 18, 2026 and August 24, 2026 by no later than August 25, 2026, and between August 25, 2026 and August 31, 2026 by no later than September 1, 2026. To the extent this order is entered subsequent to part of the period in

question the parties' stipulation does not constitute a waiver of any objection, or right to object, to the use of cash collateral during that period prior to the entry of this order;

IT IS HEREBY FURTHER ORDERED that no later than August 17, 2026, the Debtor shall (a) pay Churchill an adequate protection payment in the amount of $5,000.00, and (b) produce to Churchill and the United States Trustee a 13-week budget projection for the Debtor's operations;

IT IS HEREBY FURTHER ORDERED that upon entry, this Order shall be served on all secured creditors, the 20 largest unsecured creditors, and the United States Trustee by email and first class mail within 24 hours of the entry of this order.

**Signed on August 28, 2026**

**/s/ Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**