Discount Warehouses, LP – Monthly Budget (8/29/2026)

**<u>Monthly Budget</u>**

| | | |
|---|---|---|
| Gross Rents: | | $ 25,000 |
| Expenses: | | |
| Internet Service: | $ 260 | |
| Telephone: | $ 250 | |
| Software: | $ 300 | |
| Property Insurance: | $ 1,200 | |
| Leasing Commissions: | $ 1,500 | |
| Trash Removal: | $300 | |
| Utilities: | $6,500 | |
| Landscaping: | $700 | |
| Apartment Turnover/Maintenance: | $8,500 | |
| Adequate Protection Payment | $5,000.00 | |
| Total Expenses: | $ 24,510 | $ 24,510 |
| Cash Flow: | | $490 |