UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| In re: | Chapter 11 |
| Discount Warehouses, LP, | Case Number 26-31510 |
| Debtor. | Hon. Mark A. Randon |

______________________________/

**FOURTH ORDER ALLOWING INTERIM USE OF CASH COLLATERAL AND SETTING A FINAL HEARING ON THE DEBTOR'S MOTION TO USE CASH COLLATERAL**

This matter is before the Court on Debtor's motion for entry of an order authorizing the use of cash collateral. The Court heard argument on August 31, 2026. For the reasons stated on the record, the Court finds Churchill MRA Funding I, LLC is adequately protected by the substantial equity cushion in has in the value of the property along with replacement liens and the monthly payments Debtor proposes to pay Churchill. As such, the Court orders as follows:

1. Debtor is authorized to spend cash collateral in accordance with the revised budget through October 5, 2026.

2. Debtor is required to make monthly adequately protection payments to Churchill MRA Funding I, LLC in the amount of $5,000 on or before September 15, 2026, increasing to $10,000 on or before October 15, 2026, and every month thereafter.

3. The Court will hold a final hearing IN PERSON on ***October 5, 2026, at 11:00 a.m.*** at which time the Court will determine if Debtor may use cash collateral for the remainder of the case.

**IT IS ORDERED**.

**Signed on September 2, 2026**

**/s/ Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**