UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Discount Warehouses LP

Debtor.
_______________________________/

Case No. 26-31510-MAR
Chapter 11 proceeding

Judge: Mark A. Randon

**DISCOUNT WAREHOUSES LP'S RESPONSE TO CHURCHILL MRA FUNDING I LLC'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. §1112(b)**

Discount Warehouses L.P. ("Discount Warehouses" or "Debtor") states for its response to Churchill MRA Funding I LLC's ("Churchill") Motion to Dismiss as follows:

1. Admitted that this Court has jurisdiction.

2. Admitted.

3. Admitted.

4. Admitted that 11 U.S.C. §1112(b) applies to motions to dismiss.

5. Admitted.

6. Admitted.

7. Admitted that Churchill is a secured creditor, but Discount Warehouses leaves Churchill to its proofs as to the account balance, costs and other allegations.

8. Admitted that Debtor was not current on its obligations to Churchill as of the petition date and owed property taxes. As noted, Debtor has made an adequate protection payment.

9. Admitted.

10. Admitted that a volume of books and records has been requested and provided.

11. Admitted that Debtor transferred funds between accounts for use in connection with the Clio Gardens project.

12. Admitted that Debtor used more than one account pre-filing.

13. Admitted that the account ending in 6352, controlled by Debtor's principal, was used in connection with this project pre-petition.

14. Admitted that funds were transferred to the account ending in 6363 due to the fact that Merchant Cash Advance creditors had access to and were in fact diverting funds from Debtor's operating account. See declaration of Barry Cohen attached as exhibit one.

15. Admitted.

16. Admitted.

17. Admitted that Churchill filed an objection to a final order allowing the use of cash collateral.

18. Denied. Discount Warehouses has submitted the August 10 to August 17 reconciliation (see exhibit two) and the August 18 to August 24 reconciliation on August 25, 2026 (see attached exhibit three). On August 19, 2026 Debtor provided the 13-week projection (see exhibit four).

19. An interim order was entered by this Court on August 28 shortly after it was stipulated to by all parties.

20. Debtor acknowledges that the 13-week projection was two days late but disputes that that had a material impact that would justify dismissal. Debtor has supplied all

requested budgets in connections with the various motions to allow the use of cash collateral.

21. As noted at the last hearing before this Court, there have been some issues relating to revenue generation beyond Debtor's control such as a tenant passing away. Debtor anticipates that its ongoing work will result tenant move-ins and increased revenues.

22. The third interim order was entered at docket 70. While Debtor acknowledges that some of the information sought by Churchill took longer than anticipated to provide the proposed order had been prepared well before the date all parties stipulated to its entry, which was a prerequisite to it entered.

23. Debtor acknowledges that the language of Section 1112(b) is accurately quoted.

24. Denied that the factors cited justify dismissal.

25. Denied that Debtor has acted with a lack of good faith.

26. Denied that these factors justify dismissal in this case.

27. Debtor has provided a budget that this Court relied on in granting its most recent order on August 31 2026. Debtor has provided reconciliations and a 13-week projection.

28. Debtor's monthly report for August has been filed.

29. Denied that Debtor has failed to demonstrate transparency during the course of this case.

30. Debtor is operating under an order entered by this Court at docket 75. It has provided the promised financial documentation.

31. Denied.

32. As noted above these funds were used in the operation or in connection with the obligations of the Debtor. See declaration of Barry Cohen attached as exhibit one.

33. Denied that this payment was improper or a basis to dismiss.

34. Denied that the existence of a property tax claim, especially in a case with substantial equity, is cause to dismiss. Debtor intends to plan this balance in full, subject to Court approval, by March, 2026. Debtor would note that lender has not prior to this motion indicated a concern about this issue or indicated an intent to pay all or part of this balance and add it to the loan.

35. Denied. Reconciliation reports and a 13-week projection were provided and are attached as noted above.

36. Denied. These reports have been provided

37. Denied. This Court has entered cash collateral orders for all periods at issue.

38. Denied. The apartment complex at issue has substantial equity and cash collateral orders have been entered for all periods at issue.

39. Denied that dismissal is the appropriate result or that there is material erosion in Churchill's position given the substantial equity position.

**WHEREFORE**, Discount Warehouses respectfully requests Churchill's motion be denied.

Respectfully submitted

/s/ Peter T. Mooney
Peter T. Mooney (P47012)
5206 Gateway Centre #200
Flint, MI 48507
(810) 235-9000

Dated: September 9, 2026

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Discount Warehouses, LP

Debtor.
______________________________/

Case No. 26-31510-MAR
Chapter 11 proceeding

Judge: Mark A. Randon

**DECLARATION OF BARRY COHEN UNDER 28 U.S.C. §1746 IN SUPPORT OF RESPONSE TO MOTION TO DISMISS**

Barry Cohen states for his declaration as follows:

1. I am the controlling partner of Discount Warehouses, LP.

2. I have reviewed Churchill MRA Funding I LLC's motion to dismiss.

3. Regarding the property tax balance, Discount Warehouses has owned this property since 2014. I have been in regular contact with the Genesee County Treasurer and have made ongoing payments. The balance is relatively low given the value of the property. It will be paid in full by March, 2027 subject to this Court's approval. In my experience if a mortgage lender feels insecure about property taxes it indicates its intention to pay them and add that amount to the loan. That did not happen in this case.

4. Regarding the accounts and transfers between them, originally, Discount Warehouses had one account, ending in 6652.

5. In 2025, Monitor Capital bought out part of my interest in Discount Warehouses and as part of that transaction required me to open a new account so that Monitor could track deposits using a program called Buildium. That new account ended in 7002.

6. The funds paid to me for my interest in Discount Warehouses by Monitor were substantially for the renovations and other expenses of Clio Gardens.

7. After the opening of the account ending in 7002, all deposits went into that account, and all expenses were paid from 6652.

8. In the months prior to this filing Discount's merchant cash advance lenders began seizing funds from the account ending in 6652. After that I began using the account ending in 6363 to pay obligations of and related to Debtor.

9. Regarding the issues raised regarding the submission of reconciliations and monthly reports I worked diligently with my attorney to provide that information. While I acknowledge that these were submitted a few days past the agreed dates they have been submitted and will be in the future.

The declarant states the above is true and correct to the best of his knowledge, information and belief.

Dated September 10, 2026

/s/ Barry Cohen
Barry Cohen

# EXHIBIT 2

Discount Warehouses, LP – Monthly Budget vs. Actual

| **Monthly Budget** | | **Actual** (8/10/2026 to 8/17/2026) |
|---|---|---|
| Gross Rents: | $ 28,000 | |
| Expenses: | | |
| Internet Service: | $ 260 | |
| Telephone: | $ 250 | |
| Property Insurance: | $ 1,100 | |
| Payroll: | $ 3,500 | |
| Trash Removal: | $ 500 | |
| Utilities: | $ 6,000 | $ 234.61 |
| Property Taxes: | $ 1,800 | |
| Building Supplies: | $ 2,000 | |
| Landscaping: | $ 1,400 | |
| Apartment Turnover: | $ 1,500 | |
| Building Renovations: | $ 5,000 | $ 4,500.00 |
| Wire Fee: | | $ 50.00 |
| Adequate Protection Payment: | | $ 5,000.00 |
| Total Expenses | $ 23,310 | $ 9,784.61 |
| Cash Flow: | $ 4,690 | ($ 9,784.61) |

You've scheduled this wire.

**Please print and save this page for your records.**

## Account details

| | |
|---|---|
| Wire to | Churchill (...9451) |
| Wire from | BUS COMPLETE CHK (...8270) |
| Wire status | Processing |
| Transaction number | 12058563124 |

## Sender information

| | |
|---|---|
| Wire date | Aug 17, 2026 |
| Wire amount | $5,000.00 USD (U.S. Dollars) |
| Outgoing wire transfer fee | $25.00 USD (U.S. Dollars) |
| Total | **$5,025.00 USD (U.S. Dollars)** Your account activity will show separate charges for wire amount and wire transfer fee. |

## Additional information

| | |
|---|---|
| Additional routing info | None |
| Message to recipient | Loan E-1656 |
| Memo | Adequate Protection Payment |

You've scheduled this wire.

Please print and save this page for your records.

## Account details

| | |
|---|---|
| Wire to | JGC (...9800) |
| Wire from | BUS COMPLETE CHK (...8270) |
| Wire status | Processing |
| Transaction number | 12058267643 |

## Sender information

| | |
|---|---|
| Wire date | Aug 12, 2026 |
| Wire amount | $4,500.00 USD (U.S. Dollars) |
| Outgoing wire transfer fee | $25.00 USD (U.S. Dollars) |
| Total | **$4,525.00 USD (U.S. Dollars)** Your account activity will show separate charges for wire amount and wire transfer fee. |

## Additional information

| | |
|---|---|
| Additional routing info | None |
| Message to recipient | Clio Woods Apartments |
| Memo | Advance |

J.P.Morgan

Printed from J.P. Morgan Online

Overview / Account: BUS COMPLETE CHK (...8270)

BUS COMPLETE CHK (...8270)
DISCOUNT WAREHOUSES, LP, A NEVADA

# $8,922.63

Present balance

| $8,922.63 | $0.00 | $8,922.63 | **Business Checking** |
|---|---|---|---|
| Available balance | Available credit | Available plus credit | Type |

## Transactions

Showing: All transactions

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Aug 17, 2026 | ONLINE DOMESTIC WIRE FEE | Fee | **−$25.00** | $8,922.63 |
| | ONLINE DOMESTIC WIRE TRANSFER VIA: U S BK CINCINNATI/042000013 A/C: CHURCHILL MRA FUNDING I LLC CHARLOTTE NC 28203 US REF: LOAN E-1656 IMAD: 0817MMQFMP2N032989 TRN: 3721516229ES 08/17 | Outgoing wire transfer | **−$5,000.00** | $8,947.63 |
| Aug 12, 2026 | ONLINE DOMESTIC WIRE FEE | Fee | **−$25.00** | $13,947.63 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| | ONLINE DOMESTIC WIRE TRANSFER A/C: JG CONTRACTING LLC FLINT MI 48504-1541 US REF: CLIO WOODS APARTMENTS TRN: 3436686224ES 08/12 | Outgoing wire transfer | **−$4,500.00** | $13,972.63 |
| Aug 11, 2026 | ORIG CO NAME:CONSUMERS ENERGY ORIG ID:2380442310 DESC DATE:260809 CO ENTRY DESCR:ENERGYBILLSE C:WEB TRACE#:02100002293 4982 EED:260811 IND ID:103049007687 IND NAME:Barry Cohen DIRECT DEBITING TRN: 2222934982TC | ACH debit | **−$115.44** | $18,472.63 |
| | ORIG CO NAME:CONSUMERS ENERGY ORIG ID:2380442310 DESC DATE:260809 CO ENTRY DESCR:ENERGYBILLSE C:WEB TRACE#:02100002293 4981 EED:260811 IND ID:103049794789 IND NAME:Barry Cohen DIRECT DEBITING TRN: 2222934981TC | ACH debit | **−$119.17** | $18,588.07 |
| Aug 7, 2026 | ORIG CO NAME:PRIORITY WASTE ORIG ID:1870370820 DESC DATE:260806 CO ENTRY DESCR:5862281200SE C:WEB | ACH debit | **−$297.95** | $18,707.24 |

# EXHIBIT 3

Discount Warehouses, LP – Monthly Budget vs. Actual

| | Monthly Budget | Actual (8/18/2026 to 8/24/2026) |
|---|---|---|
| Gross Rents: | $ 28,000 | $ 3,830 |
| Expenses: | | |
| Internet Service: | $ 260 | |
| Telephone: | $ 250 | |
| Property Insurance: | $ 1,100 | |
| Payroll: | $ 3,500 | |
| Trash Removal: | $ 500 | |
| Utilities: | $ 6,000 | |
| Property Taxes: | $ 1,800 | |
| Building Supplies: | $ 2,000 | |
| Landscaping: | $ 1,400 | |
| Apartment Turnover: | $ 1,500 | |
| Building Renovations: | $ 5,000 | |
| Tree Damage Repairs: | | $ 4,700 |
| Wire Fee: | | $ 25 |
| Total Expenses | $ 23,310 | $ 4,725 |
| Cash Flow: | $ 4,690 | ($ 895) |

You've scheduled this wire.

Please print and save this page for your records.

## Account details

| | |
|---|---|
| Wire to | JGC (...9800) |
| Wire from | BUS COMPLETE CHK (...8270) |
| Wire status | Scheduled |
| Transaction number | 12058817716 |

## Sender information

| | |
|---|---|
| Wire date | Aug 21, 2026 |
| Wire amount | $4,700.00 USD (U.S. Dollars) |
| Outgoing wire transfer fee | $25.00 USD (U.S. Dollars) |
| Total | **$4,725.00 USD (U.S. Dollars)**<br>Your account activity will show separate charges for wire amount and wire transfer fee. |

## Additional information

| | |
|---|---|
| Additional routing info | None |
| Message to recipient | Clio Gardens Apartments |
| Memo | Advance to Repair Tree Damages |

J.P.Morgan

Printed from J.P. Morgan Online

Overview / Account: BUS COMPLETE CHK (...8270)

BUS COMPLETE CHK (...8270)
DISCOUNT WAREHOUSES, LP, A NEVADA

**$27,302.95**
Present balance

| $23,747.95 | $0.00 | $23,747.95 | Business Checking |
|---|---|---|---|
| Available balance | Available credit | Available plus credit | Type |

## Transactions

Showing: All transactions

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Pending | DEPOSIT | Other | $3,830.00 | — |
| Aug 21, 2026 | ONLINE DOMESTIC WIRE FEE | Fee | −$25.00 | $23,472.95 |
| | ONLINE DOMESTIC WIRE TRANSFER A/C: JG CONTRACTING LLC FLINT MI 48504-1541 US REF: CLIO GARDENS APARTMENTS TRN: 3085306233ES 08/21 | Outgoing wire transfer | −$4,700.00 | $23,497.95 |
| Aug 19, 2026 | DEPOSIT ID NUMBER 910683 | Other | $19,275.32 | $28,197.95 |

# EXHIBIT 4

**Discount Warehouses, LP A/B/A Clio Gardens Apartments**

**Budget (9/1/2026 to 11/30/2026)**

| | 9/01 to 9/07 | 9/08 to 9/14 | 9/15 to 9/21 | 9/22 to 9/28 | 9/29 to 10/05 | 10/06 to 10/12 | 10/13 to 10/19 | 10/20 to 10/26 | 10/27 to 11/02 | 11/03 to 11/09 | 11/10 to 11/16 | 11/17 to 11/23 | 11/24 to 11/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Rents** | 15,000.00 | 4,000.00 | 3,000.00 | 1,000.00 | 16,000.00 | 4,000.00 | 1,000.00 | 2,000.00 | 5,000.00 | 13,000.00 | 4,000.00 | 2,000.00 | 5,000.00 |
| **Expenses** | | | | | | | | | | | | | |
| Internet Service | | | 250.00 | | | | 250.00 | | | | 250.00 | | |
| Telephone | | | 200.00 | | | | 200.00 | | | | 200.00 | | |
| Software | | | 300.00 | | | | 300.00 | | | | 300.00 | | |
| Property Insurnace | | | | 1,200.00 | | | | 1,200.00 | | | | 1,200.00 | |
| Consulting | | 600.00 | | | | 600.00 | | | | 600.00 | | | |
| Trash Removal | 300.00 | | | | 300.00 | | | | 300.00 | | | | |
| Dumpster Rental | | | | | 385.00 | | | | 385.00 | | | | 385.00 |
| Utilities | 3,000.00 | | | 3,500.00 | | 3,000.00 | | | 3,500.00 | 3,000.00 | | | 3,500.00 |
| Landscaping | | 700.00 | | | | 700.00 | | | | | | 700.00 | |
| Apartment Turnover | 6,000.00 | 5,000.00 | | | | 5,000.00 | 4,000.00 | | | 4,000.00 | 3,000.00 | | |
| **Total Expense** | 9,300.00 | 6,300.00 | 750.00 | 4,700.00 | 685.00 | 9,300.00 | 4,750.00 | 1,200.00 | 4,185.00 | 7,600.00 | 3,750.00 | 1,900.00 | 3,885.00 |
| **Cash Flow** | **5,700.00** | **-2,300.00** | **2,250.00** | **-3,700.00** | **15,315.00** | **-5,300.00** | **-3,750.00** | **800.00** | **815.00** | **5,400.00** | **250.00** | **100.00** | **1,115.00** |