| Fill in this information to identify the case: |
|---|
| Debtor Name Discount Warehouses, LP |
| United States Bankruptcy Court for the: Easter District of Michigan |
| Case number: 26-31510 |

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: August 2026

Date report filed: 09/14/2026 MM / DD / YYYY

Line of business: Lessors of Res. Buildings

NAISC code: 531110

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Barry Cohen

Original signature of responsible party: Barry Cohen

Printed name of responsible party: Barry Cohen

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 11,118.93

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 41,707.32

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*. - $ 22,451.30

Report the total from *Exhibit D* here.

22. **Net cash flow** + $ 19,256.02

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 30,374.95

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ 0.00

## 5. Employees

26. What was the number of employees when the case was filed? 0
27. What is the number of employees as of the date of this monthly report? 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** | | *Column B* **Actual** | | *Column C* **Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | – | Copy lines 20-22 of this report. | = | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 22,000.00 | – | $ 41,707.32 | = | $ 19,707.32 |
| 33. **Cash disbursements** | $ 17,000.00 | – | $ 22,451.30 | = | $ -5,451.30 |
| 34. **Net cash flow** | $ 5,000.00 | – | $ 19,256.02 | = | $ 14,256.02 |

35. Total projected cash receipts for the next month: $ 28,000.00
36. Total projected cash disbursements for the next month: - $ 23,000.00
37. Total projected net cash flow for the next month: = $ 5,000.00

Debtor Name Discount Warehouses, LP Case number 26-31510

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

# Exhibit A

Explanation to item 5: Do to processing delays from Chase Bank the DIP account was not set-up until August 25,2026.

Explanation to item 6: The filing of the 2025 income tax return was extended to October 15, 2026

# Exhibit B

Explanation to item 10: Once the housing agencies, which supplement tenant rental payments, implement the new payee DIP account information into their payment records, the other debtor accounts will be closed. Starting August 25, 2026, the date the DIP account was opened, funds were and will continue to be transferred to the DIP account.

**Discount Warehouses, LP**

**August 2026 P&L**

| | | |
|---|---|---|
| Income: | | |
| Total Income: | $ 41,707.32 | $ 41,707.32 |
| Less Expenses: | | |
| Consulting: | $ 1,135.00 | |
| Contractor Work: | $ 12,163.25 | |
| Priority Waste: | $ 297.95 | |
| Comcast-Xfinity: | $ 300.00 | |
| State Farm Insurance: | $ 1,145.91 | |
| Consumers Energy (electric/natural gas): | $ 2,244.19 | |
| Adequate Protection Payment: | $ 5,000.00 | |
| Wire fees: | $ 165.00 | |
| Total Expenses: | $ 22,451.30 | $ 22,451.30 |
| Cash Flow: | | $ 19,256.02 |

**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244-4959

August 01, 2026 through August 31, 2026
Account Number: 8270

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00276177 DRE 703 219 24426 NNNNNNNNNNN 1 000000000 64 0099 AT 00
HOLD - RETURN MAIL
DISCOUNT WAREHOUSES, LP, A NEVADA
276 SEVEN DWARFS RD
MOUNT CHARLESTON NV 89124-9195

02761770201000020022

## CHECKING SUMMARY

Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$11,118.93** |
| Deposits and Additions | 10 | 41,707.32 |
| Electronic Withdrawals | 21 | -22,286.30 |
| Other Withdrawals | 1 | -27,202.00 |
| Fees | 7 | -165.00 |
| **Ending Balance** | **39** | **$3,172.95** |

Your Monthly Service Fee was $15 this statement period.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking[SM] account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:

- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $100.95.
- $2,000 Chase Payment Solutions[SM] Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:

- Maintain a linked Chase Private Client Checking[SM] account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Deposit 2123621507 | $4,746.00 |
| 08/03 | Deposit | 1,120.00 |
| 08/03 | Deposit 1943914891 | 1,032.50 |
| 08/03 | Orig CO Name:Michigan State H Orig ID:2386000134 Desc Date:Aug 26 CO Entry Descr:Vendor Pmtsec:CCD Trace#:072000805751744 Eed:260803 Ind ID:M0429129 Ind Name:Discount Warehouses 375011505449 Trn: 2155751744Tc | 1,515.00 |
| 08/03 | Orig CO Name:Flint H 8 Orig ID:9737032001 Desc Date:260803 CO Entry Descr:Hcv Operatsec:CCD Trace#:021000021019814 Eed:260803 Ind ID: Ind Name:Discount Warehouses 200002994 072000326 637737032 Trn: 2121019814Tc | 961.00 |

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | Orig CO Name:Buildium Orig ID:7201463633 Desc Date:260804 CO Entry Descr:Funding Sec:CCD Trace#:091000016372731 Eed:260805 Ind ID:ACH-0804-5E347 Ind Name:Clio Gardens Apartment Trn: 2166372731Tc | 561.00 |
| 08/07 | Deposit 2123621540 | 5,579.50 |
| 08/19 | Deposit 1290910683 | 19,275.32 |
| 08/24 | Deposit 2123621541 | 3,830.00 |
| 08/31 | Deposit 2123621544 | 3,087.00 |
| **Total Deposits and Additions** | | **$41,707.32** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Orig CO Name:Consumers Energy Orig ID:2380442310 Desc Date:260731 CO Entry Descr:Energybillsec:Web Trace#:021000022108016 Eed:260803 Ind ID:103016133789 Ind Name:Barry Cohen Direct Debiting Trn: 2122108016Tc | $232.80 |
| 08/03 | Orig CO Name:Consumers Energy Orig ID:2380442310 Desc Date:260731 CO Entry Descr:Energybillsec:Web Trace#:021000022108020 Eed:260803 Ind ID:103049007646 Ind Name:Barry Cohen Direct Debiting Trn: 2122108020Tc | 202.89 |
| 08/03 | Orig CO Name:Consumers Energy Orig ID:2380442310 Desc Date:260731 CO Entry Descr:Energybillsec:Web Trace#:021000022108022 Eed:260803 Ind ID:103049795190 Ind Name:Barry Cohen Direct Debiting Trn: 2122108022Tc | 196.66 |
| 08/03 | Orig CO Name:Consumers Energy Orig ID:2380442310 Desc Date:260731 CO Entry Descr:Energybillsec:Web Trace#:021000022108017 Eed:260803 Ind ID:103048967212 Ind Name:Barry Cohen Direct Debiting Trn: 2122108017Tc | 195.08 |
| 08/03 | Orig CO Name:Consumers Energy Orig ID:2380442310 Desc Date:260731 CO Entry Descr:Energybillsec:Web Trace#:021000022108021 Eed:260803 Ind ID:103049794797 Ind Name:Barry Cohen Direct Debiting Trn: 2122108021Tc | 193.48 |
| 08/03 | Orig CO Name:Consumers Energy Orig ID:2380442310 Desc Date:260731 CO Entry Descr:Energybillsec:Web Trace#:021000022108019 Eed:260803 Ind ID:103049007620 Ind Name:Barry Cohen Direct Debiting Trn: 2122108019Tc | 193.20 |
| 08/03 | Orig CO Name:Consumers Energy Orig ID:2380442310 Desc Date:260731 CO Entry Descr:Energybillsec:Web Trace#:021000022108015 Eed:260803 Ind ID:103016119721 Ind Name:Barry Cohen Direct Debiting Trn: 2122108015Tc | 190.47 |
| 08/03 | Orig CO Name:Consumers Energy Orig ID:2380442310 Desc Date:260731 CO Entry Descr:Energybillsec:Web Trace#:021000022108018 Eed:260803 Ind ID:103048967469 Ind Name:Barry Cohen Direct Debiting Trn: 2122108018Tc | 188.25 |
| 08/03 | 08/03 Online Domestic Wire Transfer Via: Central Corp CU/272478075 A/C: Aba/272480128 Flint MI US Ben: Mttahtinen Com LLC Burton MI 48509 US Ref: Clio Gardens Apartments Imad: 0803Mmqfmp2L011415 Trn: 3339146215Es | 1,135.00 |
| 08/04 | 08/04 Online Domestic Wire Transfer A/C: Jg Contracting LLC Flint MI 48504-1541 US Ref: Clio Woods Apartments Trn: 3288616216Es | 413.25 |
| 08/05 | Orig CO Name:State Farm Ro 08 Orig ID:9000313400 Desc Date: CO Entry Descr:Cpc-Clientsec:CCD Trace#:021000027762013 Eed:260805 Ind ID:04 S 1481642404 Ind Name:Discount Warehouses, Trn: 2167762013Tc | 1,145.91 |
| 08/05 | Orig CO Name:Comcast-Xfinity Orig ID:0000213249 Desc Date:260805 CO Entry Descr:Cable Svcssec:Web Trace#:021000028462639 Eed:260805 Ind ID:5922099 Ind Name:Mary *Cohen 800-266-2278 Trn: 2178462639Tc | 300.00 |

CHASE

August 01, 2026 through August 31, 2026
Account Number: 8270

12761770202000000062

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/06 | Orig CO Name:Consumers Energy Orig ID:2380442310 Desc Date:260805 CO Entry Descr:Energybillsec:Web Trace#:021000023931326 Eed:260806 Ind ID:103048967436 Ind Name:Barry Cohen Direct Debiting Trn: 2173931326Tc | 230.71 |
| 08/06 | Orig CO Name:Consumers Energy Orig ID:2380442310 Desc Date:260805 CO Entry Descr:Energybillsec:Web Trace#:021000023931325 Eed:260806 Ind ID:103048967139 Ind Name:Barry Cohen Direct Debiting Trn: 2173931325Tc | 186.04 |
| 08/06 | 08/06 Online Domestic Wire Transfer A/C: Jg Contracting LLC Flint MI 48504-1541 US Ref: Clio Woods Apartments Trn: 3445626218Es | 2,550.00 |
| 08/07 | Orig CO Name:Priority Waste Orig ID:1870370820 Desc Date:260806 CO Entry Descr:5862281200Sec:Web Trace#:242071758009274 Eed:260807 Ind ID:731928527 Ind Name:Discount Warehouses Ag8De Trn: 2188009274Tc | 297.95 |
| 08/11 | Orig CO Name:Consumers Energy Orig ID:2380442310 Desc Date:260809 CO Entry Descr:Energybillsec:Web Trace#:021000022934981 Eed:260811 Ind ID:103049794789 Ind Name:Barry Cohen Direct Debiting Trn: 2222934981Tc | 119.17 |
| 08/11 | Orig CO Name:Consumers Energy Orig ID:2380442310 Desc Date:260809 CO Entry Descr:Energybillsec:Web Trace#:021000022934982 Eed:260811 Ind ID:103049007687 Ind Name:Barry Cohen Direct Debiting Trn: 2222934982Tc | 115.44 |
| 08/12 | 08/12 Online Domestic Wire Transfer A/C: Jg Contracting LLC Flint MI 48504-1541 US Ref: Clio Woods Apartments Trn: 3436686224Es | 4,500.00 |
| 08/17 | 08/17 Online Domestic Wire Transfer Via: U S Bk Cincinnati/042000013 A/C: Churchill Mra Funding I LLC Charlotte NC 28203 US Ref: Loan E-1656 Imad: 0817Mmqfmp2N032989 Trn: 3721516229Es | 5,000.00 |
| 08/21 | 08/21 Online Domestic Wire Transfer A/C: Jg Contracting LLC Flint MI 48504-1541 US Ref: Clio Gardens Apartments Trn: 3085306233Es | 4,700.00 |
| **Total Electronic Withdrawals** | | **$22,286.30** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/25 | 08/25 Withdrawal | $27,202.00 |
| **Total Other Withdrawals** | | **$27,202.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Online Domestic Wire Fee | $25.00 |
| 08/04 | Online Domestic Wire Fee | 25.00 |
| 08/06 | Online Domestic Wire Fee | 25.00 |
| 08/12 | Online Domestic Wire Fee | 25.00 |
| 08/17 | Online Domestic Wire Fee | 25.00 |
| 08/21 | Online Domestic Wire Fee | 25.00 |
| 08/31 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$165.00** |

CHASE

August 01, 2026 through August 31, 2026
Account Number: 8270

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 08/03 | $17,740.60 | 08/11 | 18,472.63 | 08/21 | 23,472.95 |
| 08/04 | 17,302.35 | 08/12 | 13,947.63 | 08/24 | 27,302.95 |
| 08/05 | 16,417.44 | 08/17 | 8,922.63 | 08/25 | 100.95 |
| 08/06 | 13,425.69 | 08/19 | 28,197.95 | 08/31 | 3,172.95 |
| 08/07 | 18,707.24 | | | | |


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

August 25, 2026 through August 31, 2026

Account Number: 3385

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00097406 DRE 703 142 24426 NNNNNNNNNNN T 1 000000000 61 0000 AT 00
DISCOUNT WAREHOUSES, LP, A NEVADA
DEBTOR IN POSSESSION CASE # 26-31510
276 SEVEN DWARFS RD
MOUNT CHARLESTON NV 89124-9195

## CHECKING SUMMARY

Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 1 | 27,202.00 |
| **Ending Balance** | **1** | **$27,202.00** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/25 | Deposit 1296910773 | $27,202.00 |
| **Total Deposits and Additions** | | **$27,202.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/25 | $27,202.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

August 25, 2026 through August 31, 2026
Account Number: 3385

This Page Intentionally Left Blank