UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

| | |
|---|---|
| Discount Warehouses, LP | Case No. 26-31510-MAR<br>Chapter 11 proceeding |
| Debtor. | Judge: Mark A. Randon |

_______________________________/

**SUPPLEMENTAL DECLARATION OF BARRY COHEN UNDER 28 U.S.C. §1746 IN SUPPORT OF MOTION FOR APPROVAL OF DEBTOR IN POSSESSION FINANCING**

Barry Cohen states for his declaration as follows:

1. I am the controlling partner of Discount Warehouses, LP.

2. I am the individual who dealt directly with any and all potential lenders that we sought financing from to complete the renovations in connection with the Clio Gardens apartments.

3. I contacted the following lenders to seek financing sufficient to complete the project -- with dates indicated where I have available information:

   a. Miles CRE, Inc. in January, 2025;
   b. Highland Capital in June, 2025
   c. Trinity Street Capital Partners in September, 2025;
   d. Bison Financial Group in March, 2026;
   e. New Day Commercial in February, 2026;
   f. Red Oak Capital Holdings in May, 2025;
   g. Shokunin, Inc. in April, 2025;
   h. Gist Group LLC in April, 2026
   i. BCREM, Inc. in May, 2026
   j. Harborview Capital Partners May, 2025;
   k. Pacific Private Money Inc.in June, 2025;
   l. Singh Capital Group in July, 2025;

m. Clearview Realty Capital in May, 2025
n. Remote Commercial in March, 2025
o. Bloomfield Capital in January, 2024
p. Red Star Mortgage Co. in January, 2024
q. Kismet Kapitalin July, 2024;
r. Rockhall Funding in August, 2023;
s. Affordable Housing Advisors in December, 2022;
t. E2M Ventures in May, 2025;
u. Willzor Capital LLC in December, 2024
v. Carlyle Capital in July, 2024
w. DLP Capital: in February, 2026
x. Archwest Capital: in February, 2026
y. Genesis Capital: in February, 2026

4. Of these potential lenders only Highland Capital, Trinity Street Capital Partners, New Day Commercial and Red Oak Capital Holdings considered offering any financing, prior to the filing of the bankruptcy petition all of which were no longer available or on worse terms than 364 Capital.

5. Regarding the "lease up" costs described in the IRR appraisal, there are waiting lists maintained by local Flint-area housing agencies of people waiting for units so I do not expect a significant delay in filling units as they come online.

6. As a principal of the Debtor and guarantor I have no incentive or interest in seeking anything other than the best possible terms in connection with this proposed financing.

7. I have decades of experience in financing real estate development, and from that experience am confident that 364 Capital's proposal is the best that can be obtained.

The declarant states the above is true and correct to the best of his knowledge, information and belief.

Dated October 1, 2026

/s/ Barry Cohen
Barry Cohen