## Stabilized Income & Expenses

| Pro Forma | Pro Forma $ | PSF | Per Unit |
|---|---|---|---|
| **Income** | | | |
| Potential Residential Income | $1,053,432 | $10.11 | $12,541 |
| **Potential Gross Income** | **$1,053,432** | **$10.11** | **$12,541** |
| Less Residential V/C Loss @ 10.00% | -$105,343 | -$1.01 | -$1,254 |
| **Effective Gross Income** | **$948,089** | **$9.10** | **$11,287** |
| | | | |
| **Operating Expenses** | | | |
| Real Estate Taxes | $54,600 | $0.52 | $650 |
| Insurance | $31,500 | $0.30 | $375 |
| Utilities | $71,400 | $0.69 | $850 |
| Repairs & Maintenance | $60,900 | $0.58 | $725 |
| Payroll & Benefits | $52,500 | $0.50 | $625 |
| General & Administrative | $25,200 | $0.24 | $300 |
| Management Fees | $47,404 | $0.46 | $564 |
| Replacement Reserves | $21,000 | $0.20 | $250 |
| **Total Operating Expenses** | **$364,504** | **$3.50** | **$4,339** |
| | | | |
| Total Expenses Excluding RE Taxes | $309,904 | $2.97 | $3,689 |
| | | | |
| **Net Operating Income** | **$583,585** | **$5.60** | **$6,947** |
| Operating Expense Ratio | 38% | | |

# Income Capitalization

In developing an opinion of the overall capitalization rate required by an investor, we will apply several methods of analyses: (1) Comparable Capitalization Rates; (2) National Survey Responses; (3) Band of Investment; and (4) Personal Surveys.

## Band of Investment Technique

We use the Band of Investment technique to estimate a capitalization rate that accounts for the combination of equity and prevailing financing. The rate developed is a weighted average, the weights being percentages of the total value, which are occupied by the mortgage and equity positions.

### Mortgage Component

Mortgage rates are influenced by the Federal Funds Rate and generally correlate with other competitive rates such as certificates of deposit (CDs), mortgage-backed securities, corporate bonds, and Treasury notes. The Federal Funds Rate and a survey of some competitive rates are summarized below.

Survey of Competitive Rates

| | |
|---|---|
| Federal Funds Rate | 3.75%-4.00% |
| 5-year CD | 3.75%-4.19% |
| 10-year Treasury Bond | 4.96% |
| 30-year Treasury Bond | 5.29% |
| Corporate Bonds (AAA) | 5.88% |

*Source: Federal Reserve Economic Data (FRED)*

A survey of active lenders in the subject property's influencing market indicates that 25-year and 30-year mortgage commitments are typically 175 to 400 basis points above 10-year treasuries. Currently, 10-year treasuries are trading at 4.96%, suggesting mortgage rates of roughly 6.71% to 8.96%. The current macro environment has resulted in higher interest rates, expanding the cost of debt, and weakening demand in the mortgage market.

After surveying several commercial mortgage lenders, it is our opinion that a typical creditworthy purchaser could obtain financing from a lending source in an amount equal to 65% of value at an annual interest rate of 6.5% and a 30-year payout. Therefore, the mortgage constant is 0.0758.

### Equity Component

As a stabilized income pro forma is expressed in constant dollars, an equity dividend rate will be applied. The consensus of those actively engaged in the marketplace for similar buildings is that Year 1 equity rates of return (based upon forecasting techniques and assumptions like those utilized herein) fall within a broad range, depending on numerous risk factors, including among others:

**Location**- the better the location, the lower the rate of return;

**Physical Characteristics**- the newer the property, the higher the quality of construction and finishes, and the better the design and layout of the physical structure, the lower the rate of return;

**Degree of Growth Forecasted for Income and Expenses**- the more aggressive and value enhancing the valuation assumptions, the higher the rate of return;

**Amount of Equity Investment Required**- the greater the required equity investment (that portion of the total acquisition cost not typically funded by conventional financing), the higher the rate of return;

**Type of Investment**- the riskier the perceived return on investment for a particular type of real estate, the higher the rate of return.

Applying an appropriate equity dividend rate to the mortgage equity technique is an integral part of the valuation process. As previously stated, the equity rate of return is sensitive to the risk associated with the property, whether it be location, income flows, functional or physical obsolescence, and most important of all, the economic climate. First, we look at national surveys to understand appropriate equity dividend rates. The latest Realty Rates survey from 2026 Q3 (2026 Q2 data) indicates an average equity dividend rate of 9.16% and ranges from 4.57% to 12.92%.

Investor Surveys

| Survey | Type of Product | Equity Dividend Rates |
|---|---|---|
| Realty Rates | National Apartment | 4.57% to 12.92% |
| 3Q 2026 | Market | 9.16% Average |

Based on our discussions with market participants, equity dividend rates for similar real estate investments typically range from 2.00% to 10.00%, depending on the above noted factors.

An investor would likely accept an initial annual return of 10% in anticipation of a stable income flow and property appreciation over time. It should be emphasized that the equity dividend rate is not necessarily the same as an equity yield rate or true rate of return on equity capital. The equity dividend rate is an equity capitalization that reflects all benefits that can be recognized by the equity investor as of the date of purchase. We selected this rate based on the subject's specific location, access, and visibility. We summarize the mortgage and equity parameters utilized in our derivation of an overall capitalization rate.

Selected Loan Terms

| Typical Loan Terms | Value |
|---|---|
| Mortgage Rate | 6.50% |
| Amortization Term (Years) | 30 |
| Number of Payments | 360 |
| Loan-to-Value Ratio (M) | 65% |
| Equity Ratio | 35% |
| Mortgage Constant | 7.58% |

Band of Investment

| Band of Investment | | Value |
|---|---|---|
| Mortgage Ratio | | 65% |
| Annual Mortgage Constant | x | 7.58% |
| **Mortgage Component** | | **4.93%** |
| | | |
| Equity Ratio | | 35% |
| Equity Dividend Rate | x | 10.00% |
| **Equity Component** | | **3.50%** |
| | | |
| **Indicated Overall Rate** | | **8.43%** |



26-31510-mar Doc 89-3 Filed 10/01/26 Entered 10/01/26 12:19:54 Page 3 of 50

## Comparable Capitalization Rates

We note that we surveyed the comparable range for similar stabilized multifamily buildings. There were no stabilized sales with capitalization rates located within the City of Flint, as a result, we were forced to expand our search in terms of location to several superior Towns and Cities throughout Michigan. We've considered this locational difference in our capitalization rate conclusion as typically superior locations feature lower capitalization rates and vice versa.

Comparable Cap Rates Table

| # | Address | Property Type | No. of Units | Year Built | Sale Date | Capitalization Rate |
|---|---|---|---|---|---|---|
| 1 | 8059 McDermitt Dr., Davison, MI | Multifamily | 123 | 1974 | Listing | 6.39% |
| 2 | 10660 East Holly Road, Springfield Township, MI | Multifamily | 22 | 1975 | 12/4/25 | 6.79% |
| 3 | 201 East Elizabeth Street, Fenton, MI | Multifamily | 65 | 1996 | 10/29/25 | 6.82% |
| 4 | 12911 Fenton Heights Blvd., Fenton, MI | Multifamily | 24 | 1989 | 11/19/24 | 7.15% |
| 5 | 10003 Dixie Hwy., Springfield Township, MI | Multifamily | 9 | 1950 | 11/12/24 | 8.98% |
| 6 | 815 E Maple St., Holly Township, MI | Multifamily | 12 | 1974 | 9/11/24 | 8.00% |
| | | | | | **Avg** | **7.36%** |

We analyzed sales of comparable assets within the subject's periphery and they exhibit overall capitalization rates from 6.39% to 8.98% with an average of 7.36%. Comparables 2, 3 and 4 are from the sales comparison approach. We have supplemented our capitalization rate comparables with additional comparables not used in our sales comparison approach. The additional rates are good indicators for capitalization rates for the subject and are recent, however, there are differences regarding the comparables which do not justify utilizing the comparable in the sales comparison approach (i.e. location, size, etc.).

## National Survey Responses

The PwC Real Estate and Real Estate Research Corporation's investment surveys summarize the expectations of institutional investors. As indicated, the going-in capitalization rates range from 4.25% to 7.30%, with an average between 5.10% and 5.29%.

## Personal Survey

On September 21, 2026, we spoke with Caleb Smith, a broker specializing in multifamily investment sales at Income Property Organization, who indicated that cap rates for multifamily properties comparable to the subject transact in the high 7.00% to low 8.00% range with the subject likely to fall in the 8.25% range given its income as a percentage of market. Additionally, he noted that properties would transact in the high $70,000 per unit range and above with multiple nearby deals transacting in the $80,000+ per unit range in the last couple of years.

On September 22, 2026, we spoke with Colin Soltis, Managing Director specializing in multifamily investment sales at GREA, who noted that for this particular deal, he believed the capitalization rate would fall in the 8.75% to 9.00% range, which would imply value closer to approximately $65,000 to $70,000 per unit. In his view, a price of $80,000 per unit would only be achievable if the property were backed by a HAP contract, given the rising ten-year treasury rate.

## Summary

| Survey | Low | Avg | High |
|---|---|---|---|
| Band of Investment | - | 8.43% | - |
| PWC 2Q 2026 | 4.25% | 5.29% | 6.50% |
| RERC - Situs 2Q 2026 | 4.40% | 5.10% | 7.30% |
| Comparable Cap Rates | 6.39% | 7.36% | 8.98% |

# Capitalization Rate Conclusion

Overall capitalization rates are influenced by numerous factors, of which the most influential are: investors' perception of risk, the potential for net income growth, and the market for competitive assets. As indicated by the local comparable sales, assets in the submarket tend to trade for going-in returns toward the higher end of the national range.

In terms of its position within the market range, it is our view that an investor would accept a return toward the higher end of the comparable range for the subject property. Our opinion is based on the following factors:

- With respect to income, the subject is projected to operate at 101.49% of market rents, suggesting short term risk to the cash flow and limited risk of future potential upside.
- Upon completion of the planned renovations, the asset will be in good condition, suggesting limited risk of unscheduled capital investment necessary during the holding period.
- The Federal Reserve concluded its September 15-16 FOMC meeting and unanimously voted to increase the federal funds target rate at 3.75% to 4.00% after decreasing rates at 3.50% to 3.75% in December 2025. Economic activity is continuing to expand at a solid pace. While uncertainty remains elevated, in part to geopolitical developments, domestic spending has been resilient. Productivity growth is strong, and capital investment is robust. Job gains have kept pace with the workforce, and the unemployment rate has changed little. Inflation remains elevated with the recent rate hike forecasted to ensure a timely return to the Committee's 2.0% goal. The next FOMC meeting is scheduled for October 27–28.

We note that comparable 1 is closest to the subject but is a listing and features amenities similar to the subject including laundry facilities, a pool and sundeck. Comparable 2 is in a superior location to the subject and is significantly smaller than the subject, expanding its buyer pool. Comparable 3 is also in a superior location as compared to the subject and features comparable amenities. Comparable 4 is in a superior location to the subject and features inferior amenities to the subject. However, comparable 4 features a similar unit mix and finishes as the subject. Comparable 5 is in a superior location to the subject and is significantly smaller than the subject, lacking similar amenities. Finally, comparable 6 is in a superior location to the subject and also lacks similar amenities to the subject due to its overall size. We note that there are no relevant capitalization rate comparables readily available within the City of Flint for stabilized multifamily buildings similar to the subject. As a result, we were forced to survey comparables in superior locations. As a result, we have concluded to a capitalization rate slightly above the comparable range surveyed.

Overall, the cap rate comparables offer similar opportunities for net income spikes as the subject property, as units are renovated and converted to market rate. Additionally, the subject property and comparables are in similar locations overall. Further, the subject property and comparables are in similar condition overall, with similar risk of necessary capital improvements during the holding period.

We note that the ten-year treasury yield, which affects interest rates, has risen over the last year and a half, increasing from ~4.25% in March 2025 to ~4.95% today. Real estate is an illiquid asset, and markets typically do not move instantaneously. As a result, increases in the ten-treasury yield have yet to reflect its impact in transactions. In our opinion, if treasury yields remain elevated, we expect the impact to become apparent in the coming months. Our value is an opinion as of the date of value and attempts to reconcile the data, which is somewhat dated, with what is happening today in the market. An overall rate of 9.00% is applied in the analysis and in line with investor expectations. The value is calculated below:




## Deductions

We make various deductions to get from the As Stabilized value to the As Is one:

- We deduct the remaining renovation budget of $986,275.
- We deduct 3 months of rent loss during the lease-up period for the residential units. We note that while the submarket data contained in this report indicates a higher absorption rate, we are comfortable applying 3 months of rent loss given the subject is superior to comparable product in the market in terms of finishes, unit size and amenities and also reportedly has a wait list for lease up of units upon completion of the ongoing renovations.
- We deduct $62,100.00 (one-month of stabilized residential rent of the vacant units) to account for the commission fee.
- We apply an entrepreneurial profit of 25%.

We note the rent loss deductions are calculated based on the effective gross income of each line item and not on the potential gross income. The effective gross income takes into account the vacancy and collection loss factor to get the monthly rent loss figure.



26-31510-mar Doc 89-3 Filed 10/01/26 Entered 10/01/26 12:19:54 Page 6 of 50

Value Opinion Via the Income Capitalization Approach

| | Date of Value | Value | Final Value (RD) |
|---|---|---|---|
| NOI | | $583,585 | - |
| Cap Rate | | 9.00% | - |
| **Prospective Market Value As Stabilized** | **August 14, 2027** | **$6,484,278** | **$6,500,000** |
| Less Renovation Budget | | ($986,275) | - |
| Residential Rent Loss (3 months) | | ($237,022) | - |
| Commission Fee | | ($62,100) | - |
| Entrepreneurial Profit (25%) | | ($321,349) | - |
| **As Is Market Value Via the Income Capitalization Approach** | **August 14, 2026** | **$4,877,531** | **$4,900,000** |

In consideration of the above analysis, the Prospective Market Value As Stabilized of $6,500,000 reflects a value of $62 per square foot, or $77,381 per unit. The final values are rounded to the nearest $100,000.

# Sales Comparison Approach

In the Sales Comparison Approach, an opinion of market value is provided by comparing the subject property to transactions of competitive assets. A major premise is the principle of substitution which holds market value is directly related to the prices of comparable properties as a knowledgeable investor will pay no more for a substitute property.

The steps taken to apply this approach include the following: (a) research, confirm and verify all pertinent data for the most relevant sales within the defined market area; (b) analyze the sales considering appropriate adjustments for material difference in comparison to the subject property; and (c) reconcile the range of adjusted sale data into an opinion of value.

In order to analyze comparable sales, it is necessary to convert the sale prices to an appropriate unit of comparison, a process which facilitates price comparisons between properties of different sizes, and it also enables adjustment for qualitative differences. Since investors typically purchase similar buildings in the subject's area in terms of value per residential unit, we have applied this unit of comparison.

We note that we surveyed the comparable range for similar stabilized multifamily buildings. There were no stabilized sales located within the City of Flint, as a result, we were forced to expand our search in terms of location to several superior Towns and Cities throughout Michigan. We've considered this locational difference in our analysis and will apply adjustments to reconcile our opinion of value for the subject against the surveyed comparables.




Comparable Sales Summary[13]

| | Address | Sale Date | Residential Unit | Sale Price | Sale Price Per Residential Unit | NOI Per Residential Unit | Cap Rate |
|---|---|---|---|---|---|---|---|
| 1 | 10660 East Holly Road, Springfield Township, MI | 12/04/2025 | 22 | $1,825,000 | $82,955 | $5,633 | 6.79% |
| 2 | 201 East Elizabeth Street, Fenton, MI | 10/29/2025 | 65 | $5,100,000 | $78,462 | $5,351 | 6.82% |
| 3 | 3512 Grange Hall Road, Holly Township, MI | 08/15/2025 | 120 | $10,200,000 | $85,000 | N/A | N/A |
| 4 | 1850 Squire Drive, Bridgeport Township, MI | 06/26/2025 | 63 | $3,150,000 | $50,000 | N/A | N/A |
| 5 | 12911 Fenton Heights Blvd., Fenton, MI | 11/19/2024 | 24 | $2,800,000 | $116,667 | $8,342 | 7.15% |

[13] *The outlines of each of the comparable sales can be found in the Addenda.*



26-31510-mar Doc 89-3 Filed 10/01/26 Entered 10/01/26 12:19:54 Page 8 of 50

## Comparable Sales Adjustment Grid

| **Comparable #** | **Subject** | **1** | **2** | **3** | **4** | **5** |
|---|---|---|---|---|---|---|
| Address | 6914 Clio Court, Flint, MI | 10660 East Holly Road | 201 East Elizabeth Street | 3512 Grange Hall Road | 1850 Squire Drive | 12911 Fenton Heights Blvd. |
| Sale Date | | 12/4/2025 | 10/29/2025 | 8/15/2025 | 6/26/2025 | 11/19/2024 |
| Cap Rate | | 6.79% | 6.82% | | | 7.15% |
| Property Rights | Leased Fee Interest | Leased Fee Interest | Leased Fee Interest | Leased Fee Interest | Leased Fee Interest | Leased Fee Interest |
| # of Residential Units | 84 | 22 | 65 | 120 | 63 | 24 |
| Average Unit Size | 1,240 | 625 | 747 | 694 | 650 | 1,000 |
| GBA | 104,184 | 15,600 | 59,340 | 95,389 | 42,648 | 24,600 |
| Condition | Good | Similar | Similar | Similar | Similar | Similar |
| Year Built | 1971 | 1975 | 1996 | 1968 | 1972 | 1989 |
| Property Type | Multifamily | Multifamily | Multifamily | Multifamily | Multifamily | Multifamily |
| Elevatored | Elevatored | Walk Up | Walk Up | Walk Up | Walk Up | Walk Up |
| Parking | 216 | 50 | 65 | 200 | 51 | 49 |
| Land to Building | 2.31 | 9.58 | 1.89 | 2.82 | 8.93 | 40.43 |
| **Price Per Residential Unit:** | | **$82,955** | **$78,462** | **$85,000** | **$50,000** | **$116,667** |
| Property Rights | | 0% | 0% | 0% | 0% | 0% |
| Financing Terms | None | 0% | 0% | 0% | 0% | 0% |
| Conditions of Sale | None | 0% | 0% | 0% | 0% | 0% |
| Market Conditions (Time): | August 14, 2027 | 0% | 0% | 0% | 0% | 0% |
| **Cumulative Price Per Residential Unit:** | | **$82,955** | **$78,462** | **$85,000** | **$50,000** | **$116,667** |
| Location | Flint | -15% | -15% | -15% | 0% | -15% |
| Utility | N/A | 0% | 0% | 0% | 0% | 0% |
| Size | 104,184 | -5% | 0% | 5% | 0% | -5% |
| Condition | Good | 0% | 0% | 0% | 0% | 0% |
| Average Unit Size | | 10% | 10% | 10% | 10% | 5% |
| Land to Building | | -10% | 5% | 0% | -5% | -15% |
| **Net Adjustments** | | **-20%** | **0%** | **0%** | **5%** | **-30%** |
| **Adjusted Price Per Residential Unit** | | **$66,364** | **$78,462** | **$85,000** | **$52,500** | **$81,667** |

| **Unadjusted** | | **Adjusted** | |
|---|---|---|---|
| Low | $50,000 | Low | $52,500 |
| Average | $82,617 | Average | $72,798 |
| High | $116,667 | High | $85,000 |
| Median | $82,955 | Median | $78,462 |

**Property Rights Appraised** The purpose of this adjustment is to account for differences in the property rights transferred with the sale. We are valuing the leased fee interest in the subject property, as reflected by all of the comparables. Thus, no adjustments were required.

**Financing Terms** The purpose of adjusting for financing terms is to determine cash equivalent sale prices for the comparables in accordance with the definition of market value for this report. To the best of our knowledge, all of the comparables used in this analysis were accomplished with cash or market-oriented financing. Therefore, no adjustments were required.

**Conditions of Sale** Condition of sale refers to the motivations of the buyer and seller involved in a particular transaction. However, all comparables used in this analysis are considered to be "arm's-length" market transactions between both knowledgeable buyers and sellers on the open market. Therefore, no adjustments were required.

**Market Conditions (Time)** The purpose of this adjustment is to account for changes in market conditions. Asset values have remained relatively steady over the last two years as seen in the chart below. As a result, no adjustments were required.




**Location** The subject property is located in the Northwest Flint/Flushing submarket which yields an average market sales price of $47,680 per unit according to CoStar.

Comparables 1 and 3 are located in the Northwest Oakland County submarket which yields an average market sale price of $131,663 per unit according to CoStar.

Comparable 2 is located in the Fenton/Argentine submarket which yields an average market sales price of $93,503 per unit according to CoStar.

Comparable 5 is located in the Livingston County submarket which yields an average market sales price of $125,968 per unit according to CoStar.

As a result, comparables 1, 2, 3 and 5 required downward adjustments.

**Utility** The subject consists of 12 multifamily, mid-block, elevatored buildings. It will feature good quality finishes upon completion of the planned renovations. The subject property will feature the following amenities: parking.

We have considered corner vs. mid-block location, unit and property finishes, walk-up vs. elevator, unit and building amenities, and commercial space within the scope of the utility adjustment. All comparables used in this analysis have similar utility; therefore, no adjustments were required.

| | |
|---|---|
| **Size** | This adjustment accounts for the difference in size between each of the comparables and the subject property. We note that there is an inverse relationship between size and value per residential unit such that smaller properties will sell for higher prices per residential unit and vice versa. Comparable 3 warranted an upward adjustment as it is significantly larger than the subject. Comparables 1 and 5 warranted downward adjustments as they are significantly smaller than the subject. |
| **Condition** | The subject property was constructed in 1971 and will be in good condition upon completion of the planned renovations. The comparables sold in similar condition to the subject, and no adjustment was warranted. |
| **Average Unit Size** | The comparable properties are analyzed on price per unit basis; however, the average unit size can vary among the comparable properties. Typically there is a direct correlation between the average size of a unit and the price per unit. Comparables 1, 2, 3, 4 and 5 have a smaller average unit size as compared to the subject, and thus required positive adjustments. |
| **Land to Building** | Typically, properties with a higher land to building ratio sell for a higher price per unit than comparable properties with a lower land to building ratio. Comparable 2 features a lower land to building ratio than the subject and thus required an upward adjustment. Comparables 1, 4 and 5 feature higher land to building ratios than the subject and thus required downward adjustments. |

After adjustments, the comparable sales exhibited a range between $52,500 per residential unit and $85,000 per residential unit with an average of $72,798 per residential unit and a median of $78,462 per residential unit. Given the lack of relevant data in close proximity to the subject and the resulting wide range of the comparable data, we place the most weight on the median of the comparable range in our analysis. Thus, considering the elements of comparison noted above, our opinion of market value is $78,000 per residential unit. We make the same deductions as in the Income Approach.

Value Opinion via the Sales Comparison Approach

| | Date of Value | Value | Final Value (RD) |
|---|---|---|---|
| Concluded Value Per Residential Unit | | $78,000 | - |
| Residential Units | | 84 | - |
| **Prospective Market Value As Stabilized** | **August 14, 2027** | **$6,552,000** | **$6,600,000** |
| Less Renovation Budget | | ($986,275) | - |
| Residential Rent Loss (3 months) | | ($237,022) | - |
| Commission Fee | | ($62,100) | - |
| Entrepreneurial Profit (25%) | | ($321,349) | - |
| **As Is Market Value Via the Sales Comparison Approach** | **August 14, 2026** | **$4,945,254** | **$4,900,000** |

The final values are rounded to the nearest $100,000.



26-31510-mar Doc 89-3 Filed 10/01/26 Entered 10/01/26 12:19:54 Page 11 of 50

# Reconciliation & Final Value

The estimated values arrived at by the approaches to value used in this report are as follows:

**Estimated Values**

| Approach | Value | Date | Conclusion |
|---|---|---|---|
| Cost Approach | Prospective Market Value As Stabilized | N/A | N/A |
| Cost Approach | As Is Market Value | N/A | N/A |
| Income Capitalization Approach | Prospective Market Value As Stabilized | August 14, 2027 | $6,500,000 |
| Income Capitalization Approach | As Is Market Value | August 14, 2026 | $4,900,000 |
| Sales Comparison Approach | Prospective Market Value As Stabilized | August 14, 2027 | $6,600,000 |
| Sales Comparison Approach | As Is Market Value | August 14, 2026 | $4,900,000 |

The Cost Approach is traditionally a good indicator of value when properties being appraised are new or close to new. The difficulty in credibly isolating the influence of physical depreciation and obsolescence affects the reliability of the Cost Approach. Investors typically give nominal weight to this analysis once a property is operating on a stabilized basis as its cost bears little relationship to the value; therefore, we exclude this approach from our analysis.

The Income Capitalization Approach is a strong indicator of value when market rents, vacancy rates, stabilized expenses, and/or capitalization/discount rates are based on reliable market data. In this case, given the depth of the market, there are numerous transactions from which to glean points of analysis, lending credibility to the results of the approach. Similar assets are generally acquired for their capacity to generate a return on and of capital, which is why this is the methodology primarily applied by investors. Balancing the previously noted factors, and available points of analysis, most weight is placed on the opinion developed by the Income Capitalization Approach.

The Sales Comparison Approach is reliable when few differences exist between the comparable sales and the subject, and the sales data collected is credible and accurate. Similar property types in competitive locations tend to sell within a consistent range, and this factor makes valuation on a per square foot and per unit basis a strong predictor of value. The Sales Comparison Approach is largely used as a secondary support for our opinion developed in the application of other approaches.

**Final Value Conclusion**

| Value Premise | Date of Value | Interest Appraised | Value Conclusion |
|---|---|---|---|
| Prospective Market Value As Stabilized | August 14, 2027 | Leased Fee Interest | $6,500,000 |
| As Is Market Value | August 14, 2026 | Leased Fee Interest | $4,900,000 |

The value conclusions are subject to the following **Extraordinary Assumptions**[14]. We note the use of this/these extraordinary assumption(s) may have affected the assignment results. If the assumption is found to be false as of the effective date of the appraisal, we reserve the right to modify our value conclusions:

- Our opinion of the prospective market values upon completion and upon stabilization assume that the proposed improvements are completed on August 14, 2027, the prospective date of completion, in accordance with the architectural plans and specifications cited within this report, in a good and workmanlike manner, and in conformance with the local planning authority's zoning codes and building's department construction codes.
- Our opinion of the prospective market values upon completion and upon stabilization assume that there will be no significant changes in the applicable economic conditions that could impact the subject property as currently perceived between the current effective date and our prospective valuation date. This extraordinary assumption considers the current expectations and perceptions of market participants.

[14] *The definition of Extraordinary Assumptions can be found in the Glossary of Terms, which is located in the Addenda.*

- We make the extraordinary assumption the buyer will complete the renovation within the estimated time frame of 6 months and will not go over the remaining estimated budget of $986,275.

If the extraordinary assumptions employed in this appraisal are proved to be false, the values reported herein may be materially impacted.

The value conclusions are based on the following **Hypothetical Conditions**[15]. We note the use of this/these hypothetical conditions(s) may have affected the assignment results:

- None.

[15] *The definition of Hypothetical Conditions can be found in the Glossary of Terms, which is located in the Addenda.*

# Certification

We certify to the best of our knowledge:

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- We have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- We have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding the agreement to perform this assignment.
- We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- Our engagement in this assignment was not contingent upon developing or reporting predetermined results.
- Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standard of Professional Practice of the Appraisal Institute, the Uniform Standards of Professional Appraisal Practice, and applicable state appraisal regulations.
- Bill Rowland has made a personal inspection of the property that is the subject of this report on 08/14/2026. Ross Wigon and Brandon Fonte have not made a personal inspection of the property that is the subject of this report.
- Brandon Fonte (analyzing the property and surrounding area, researching comparable properties, and report writing) and Bill Rowland (inspection) provided significant real property appraisal assistance to the person signing this certification.
- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.
- As of the date of this report, Ross Wigon, MAI has completed the continuing education program for Designated Members of the Appraisal Institute.
- We have experience in appraising properties similar to the subject and are in compliance with the Competency Rule of USPAP.



26-31510-mar Doc 89-3 Filed 10/01/26 Entered 10/01/26 12:19:54 Page 14 of 50

Ross Wigon, MAI
Senior Vice President
Certified General Real Estate Appraiser
MI License No. 1205078223
ross.wigon@boweryvaluation.com
(914) 582-9325

# Addenda

## Contingent & Limiting Conditions

1. Any legal description or plats reported herein are assumed to be accurate. Any sketches, surveys, plats, photographs, drawings, or other exhibits are included only to assist the intended user to better understand and visualize the subject property, the environs, and the competitive data. We have made no survey of the property and assume no responsibility in connection with such matters.
2. The appraiser has not conducted any engineering or architectural surveys in connection with this appraisal assignment. Information reported pertaining to dimensions, sizes, and areas is either based on measurements taken by the appraiser or the appraiser's staff or was obtained or taken from referenced sources and is considered reliable. No responsibility is assumed for the costs of preparation or for arranging geotechnical engineering, architectural, or other types of studies, surveys, or inspections that require the expertise of a qualified professional.
3. No responsibility is assumed for matters legal in nature. Title is assumed to be good and marketable and in fee simple unless otherwise stated in the report. The property is considered to be free and clear of existing liens, easements, restrictions, and encumbrances, except as stated.
4. Unless otherwise stated herein, it is assumed there are no encroachments or violations of any zoning or other regulations affecting the subject property and the utilization of the land and improvements is within the boundaries or property lines of the property described and that there are no trespasses or encroachments.
5. Bowery Real Estate Systems, Inc. assumes there are no private deed restrictions affecting the property which would limit the use of the subject property in any way.
6. It is assumed the subject property is not adversely affected by the potential of floods; unless otherwise stated herein.
7. It is assumed all water and sewer facilities (existing and proposed) are or will be in good working order and are or will be of sufficient size to adequately serve any proposed buildings.
8. Unless otherwise stated within the report, the depiction of the physical condition of the improvements described herein is based on visual inspection. No liability is assumed for the soundness of structural members since no engineering tests were conducted. No liability is assumed for the condition of mechanical equipment, plumbing, or electrical components, as complete tests were not made. No responsibility is assumed for hidden, unapparent, or masked property conditions or characteristics that were not clearly apparent during our inspection.
9. If building improvements are present on the site, no significant evidence of termite damage or infestation was observed during our physical inspection, unless so stated in the report. No termite inspection report was available, unless so stated in the report. No responsibility is assumed for hidden damages or infestation.
10. Any proposed or incomplete improvements included in this report are assumed to be satisfactorily completed in a workmanlike manner or will be thus completed within a reasonable length of time according to plans and specifications submitted.
11. No responsibility is assumed for hidden defects or for conformity to specific governmental requirements, such as fire, building, safety, earthquake, or occupancy codes, except where specific professional or governmental inspections have been completed and reported in the appraisal report.
12. Responsible ownership and competent property management are assumed.

13. The appraisers assume no responsibility for any changes in economic or physical conditions which occur following the effective date of value within this report that would influence or potentially affect the analyses, opinions, or conclusions in the report. Any subsequent changes are beyond the scope of the report.

14. The value estimates reported herein apply to the entire property. Any proration or division of the total into fractional interests will invalidate the value estimates, unless such proration or division of interests is set forth in the report.

15. Any division of the land and improvement values estimated herein is applicable only under the program of utilization shown. These separate valuations are invalidated by any other application.

16. Unless otherwise stated in the report, only the real property is considered, so no consideration is given to the value of personal property or equipment located on the premises or the costs of moving or relocating such personal property or equipment.

17. Unless otherwise stated, it is assumed that there are no subsurface oil, gas or other mineral deposits or subsurface rights of value involved in this appraisal, whether they are gas, liquid, or solid. Nor are the rights associated with extraction or exploration of such elements considered; unless otherwise stated. Unless otherwise stated it is also assumed that there are no air or development rights of value that may be transferred.

18. Any projections of income and expenses, including the reversion at time of resale, are not predictions of the future. Rather, they are our best estimate of current market thinking of what future trends will be. No warranty or representation is made that these projections will materialize. The real estate market is constantly fluctuating and changing. It is not the task of an appraiser to estimate the conditions of a future real estate market, but rather to reflect what the investment community envisions for the future in terms of expectations of growth in rental rates, expenses, and supply and demand. The forecasts, projections, or operating estimates contained herein are based on current market conditions, anticipated short-term supply and demand factors, and a continued stable economy. These forecasts are, therefore, subject to changes with future conditions.

19. Unless subsoil opinions based upon engineering core borings were furnished, it is assumed there are no subsoil defects present, which would impair development of the land to its maximum permitted use or would render it more or less valuable. No responsibility is assumed for such conditions or for engineering which may be required to discover them.

20. Bowery Real Estate Systems, Inc. representatives are not experts in determining the presence or absence of hazardous substances, defined as all hazardous or toxic materials, wastes, pollutants or contaminants (including, but not limited to, asbestos, PCB, UFFI, or other raw materials or chemicals) used in construction or otherwise present on the property. We assume no responsibility for the studies or analyses which would be required to determine the presence or absence of such substances or for loss as a result of the presence of such substances. Appraisers are not qualified to detect such substances. The client is urged to retain an expert in this field.

21. We are not experts in determining the habitat for protected or endangered species, including, but not limited to, animal or plant life (such as bald eagles, gophers, tortoises, etc.) that may be present on the property. We assume no responsibility for the studies or analyses which would be required to determine the presence or absence of such species or for loss as a result of the presence of such species. The appraiser hereby reserves the right to alter, amend, revise, or rescind any of the value opinions based upon any subsequent endangered species impact studies, research, and investigation that may be provided.

22. No environmental impact studies were either requested or made in conjunction with this analysis. The appraiser hereby reserves the right to alter, amend, revise, or rescind any of the value opinions based upon any subsequent environmental impact studies, research, and investigation that may be provided.

23. The appraisal is based on the premise that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless otherwise stated in the report; further, that all applicable zoning, building, and use regulations and restrictions of all types have been complied with unless otherwise stated in the report; further, it is assumed that all required licenses, consents, permits, or other legislative or administrative authority, local, state, federal and/or private entity or organization have been or can be obtained or renewed for any use considered in the value estimate.

24. Neither all nor any part of the contents of this report or copy thereof, shall be conveyed to the public through advertising, public relations, news, sales, or any other media, without the prior written consent and approval of the appraisers. This limitation pertains to any valuation conclusions, the identity of the analyst or the firm and any reference to the professional organization of which the appraiser is affiliated or to the designations thereof.

25. Although the appraiser has made, insofar as is practical, every effort to verify as factual and true all information and data set forth in this report, no responsibility is assumed for the accuracy of any information furnished the appraiser either by the client or others. If for any reason, future investigations should prove any data to be in substantial variance with that presented in this report, the appraiser reserves the right to alter or change any or all analyses, opinions, or conclusions and/or estimates of value.

26. If this report has been prepared in a so-called "public non-disclosure" state, real estate sales prices and other data, such as rents, prices, and financing, are not a matter of public record. If this is such a "non-disclosure" state, although extensive effort has been expended to verify pertinent data with buyers, sellers, brokers, lenders, lessors, lessees, and other sources considered reliable, it has not always been possible to independently verify all significant facts. In these instances, the appraiser may have relied on verification obtained and reported by appraisers outside of our office. Also, as necessary, assumptions and adjustments have been made based on comparisons and analyses using data in the report and on interviews with market participants. The information furnished by others is believed to be reliable, but no warranty is given for its accuracy.

## Subject Property Photos

All subject photos were taken on the date of value of this appraisal.

Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos




Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos




Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos




Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos




Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos

