Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos




Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos




Photos




Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos






26-31510-mar Doc 89-4 Filed 10/01/26 Entered 10/01/26 12:19:54 Page 24 of 50

Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos




Photos




Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



Photos



# Map Gallery

## Zoning Map



## Flood Map


Streets
TOWNSHIP OF MT MORRIS
AREA OF MINIMAL FLOOD HAZARD
eff. 9/25/2009
CITY OF FLINT
USGS The National Map: Orthoimagery. Data refreshed October, 2020.
esri
PIN
Approximate location based on user input and does not represent an authoritative property location
MAP PANELS
Selected FloodMap Boundary
Digital Data Available
No Digital Data Available
Unmapped
OTHER AREAS
Area of Minimal Flood Hazard Zone X
Effective LOMRs
Area of Undetermined Flood Hazard Zone D
Otherwise Protected Area
Coastal Barrier Resource System Area
SPECIAL FLOOD HAZARD AREAS
Without Base Flood Elevation (BFE)
With BFE or Depth
Regulatory Floodway
OTHER AREAS OF FLOOD HAZARD
0.2% Annual Chance Flood Hazard, Areas of 1% annual chance flood with average depth less than one foot or with drainage areas of less than one square mile
Future Conditions 1% Annual Chance Flood Hazard
Area with Reduced Flood Risk due to Levee. See Notes.
Area with Flood Risk due to Levee
OTHER FEATURES
Cross Sections with 1% Annual Chance Water Surface Elevation
Coastal Transect
Base Flood Elevation Line (BFE)
Limit of Study
Jurisdiction Boundary
Coastal Transect Baseline
Profile Baseline
Hydrographic Feature
GENERAL STRUCTURES
Channel, Culvert, or Storm Sewer
Levee, Dike, or Floodwall

# Prospective Rent Roll & Financial Statements

6914 Clio Court

| # | Unit # | Rooms | Bedrooms | Rent Type | Monthly Rent | Bowery Rent Estimate | Rent/Room |
|---|---|---|---|---|---|---|---|
| 1 | 101 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| 2 | 102 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 3 | 103 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 4 | 104 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 5 | 105 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 6 | 106 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 7 | 107 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 8 | 108 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| 9 | 110 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| 10 | 109 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 11 | 111 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 12 | 112 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 13 | 113 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 14 | 114 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 15 | 115 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| 16 | 116 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| 17 | 201 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| 18 | 202 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 19 | 203 | 4 | 2 | Market Rate | $1,000.00 | $1,025 | $250 |
| 20 | 204 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 21 | 205 | 4 | 2 | Market Rate | $940.00 | $1,025 | $235 |
| 22 | 206 | 4 | 2 | Market Rate | $967.00 | $1,025 | $242 |
| 23 | 207 | 4 | 2 | Market Rate | $975.00 | $1,025 | $244 |
| 24 | 208 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| 25 | 209 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 26 | 210 | 5 | 3 | Market Rate | $1,200.00 | $1,075 | $240 |
| 27 | 211 | 4 | 2 | Market Rate | $1,020.00 | $1,025 | $255 |
| 28 | 212 | 4 | 2 | Market Rate | $981.00 | $1,025 | $245 |
| 29 | 213 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 30 | 214 | 4 | 2 | Market Rate | $1,166.00 | $1,025 | $292 |
| 31 | 215 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| 32 | 216 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| 33 | 117 | 4 | 2 | Market Rate | $1,020.00 | $1,025 | $255 |
| 34 | 118 | 4 | 2 | Market Rate | $1,166.00 | $1,025 | $292 |
| 35 | 119 | 4 | 2 | Market Rate | $1,166.00 | $1,025 | $292 |
| 36 | 121 | 5 | 3 | Market Rate | $1,250.00 | $1,075 | $250 |
| 37 | 120 | 5 | 3 | Market Rate | $1,073.00 | $1,075 | $215 |
| 38 | 122 | 3 | 1 | Market Rate | $825.00 | $825 | $275 |
| 39 | 123 | 4 | 2 | Market Rate | $1,000.00 | $1,025 | $250 |
| 40 | 124 | 3 | 1 | Market Rate | $940.00 | $825 | $313 |
| 41 | 125 | 4 | 2 | Market Rate | $1,166.00 | $1,025 | $292 |
| 42 | 126 | 4 | 2 | Market Rate | $940.00 | $1,025 | $235 |
| 43 | 217 | 4 | 2 | Market Rate | $1,020.00 | $1,025 | $255 |
| 44 | 218 | 4 | 2 | Market Rate | $1,166.00 | $1,025 | $292 |
| 45 | 219 | 4 | 2 | Market Rate | $1,166.00 | $1,025 | $292 |
| 46 | 220 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| 47 | 221 | 5 | 3 | Market Rate | $1,320.00 | $1,075 | $264 |
| 48 | 222 | 3 | 1 | Market Rate | $940.00 | $825 | $313 |
| 49 | 223 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 50 | 224 | 3 | 1 | Market Rate | $825.00 | $825 | $275 |
| 51 | 225 | 4 | 2 | Market Rate | $938.00 | $1,025 | $235 |
| 52 | 226 | 4 | 2 | Market Rate | $1,166.00 | $1,025 | $292 |
| 53 | 127 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |



26-31510-mar Doc 89-4 Filed 10/01/26 Entered 10/01/26 12:19:54 Page 33 of 50

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 54 | 128 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 55 | 129 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 56 | 130 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 57 | 131 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 58 | 132 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 59 | 133 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 60 | 134 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| 61 | 135 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 62 | 136 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| 63 | 137 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 64 | 138 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 65 | 139 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 66 | 140 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 67 | 141 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| 68 | 142 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| 69 | 227 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| 70 | 228 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 71 | 229 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 72 | 230 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 73 | 231 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 74 | 232 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 75 | 233 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 76 | 234 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| 77 | 235 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 78 | 236 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| 79 | 237 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 80 | 238 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 81 | 239 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 82 | 240 | 4 | 2 | Market Rate | $1,025.00 | $1,025 | $256 |
| 83 | 241 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| 84 | 242 | 5 | 3 | Market Rate | $1,075.00 | $1,075 | $215 |
| **Totals/Avgs** | | **356** | **188** | | **$87,786.00** | **$86,500** | **$246.59** |
| **Annual** | | | | | **$1,053,432.00** | **$1,038,000** | |

## Provided Documents

### Pro Forma

# Clio Gardens Apartments – Pro Forma

## Income:

| | | |
|---|---|---|
| 4@ 1BD/1BA @ $ 818 | $ 3,272 | |
| 56@ 2BD/2BA @ $ 1,020 | $ 57,120 | |
| 24@ 3BD/2BA @ $ 1,277 | $ 30,648 | |
| Total Scheduled Income | $ 91,040 x 12 | $ 1,092,480 |
| Less: Vacancy (5.0 %): | | ($ 54,624) |
| Concessions/Bad Debt (2%): | | ($ 21,850) |
| Adjusted Annual Rental Income: | | $ 1,016,006 |

## Expenses:

| | | |
|---|---|---|
| Payroll: | $ 45,000 | |
| Activities/Supplies: $ 1,000/mo. x 12 | | $ 12,000 |
| Repairs/Maintenance Supplies: $ 4,000/mo. x 12 | $ 48,000 | |
| Real Estate Taxes: | | $ 25,000 |
| Utilities (water/sewer/exterior lighting): | | $ 66,000 |
| Property Insurance: | | $ 30,000 |
| Telephone: $ 300/mo. x 12 | | $ 3,600 |
| Landscape Maintenace: $ 700/mo. x12 | $ 8,400 | |
| Property Management (5 % Adj. Income): | | $ 40,261 |
| Trash Disposal: | $ 18,000 | |
| Replacement Reserve ($ 300 per unit): | | $ 25,200 |

Total Expenses: $ 321,461

**Net Operating Income (NOI):** **$ 694,545**

## Renovation Budget

# Rehab Budget

Date: 2025-05-14

| | | | |
|---|---|---|---|
| **Draw Type:** | | **Loan Number** | |
| **Borrower Financed Amount:** | | **Entity Name** | |
| **Borrower Financed Draw Type:** | | **Borrower Name** | |
| **Borrower Financed Pro Rate:** | | **Property Address** | 6910-6918 Clio Ct, Flint, MI 48504 |
| **Loan To Finance Prepaid Amounts:** | | | |
| **Construction Management Fee:** | | | |

| No | Description | Rehab Cost Borrower Estimated | Rehab Cost Lender Approved | Rehab Cost Already Prepaid By Borrower | Borrower Responsibility of Budget Item | Cost Type | What specifically is being done? |
|---|---|---|---|---|---|---|---|
| | **Grand Total** | **$1,300,000.00** | **$0.00** | **$0.00** | **$0.00** | | |
| | **PERMITS/SITE IMPROVEMENT** | **$38,700.00** | **0** | **0** | **0** | | |
| 1 | Building Permit | 5,000.00 | | | 0 | Soft costs | |
| 2 | Certifications (examples asbestos, black mold, height) | | | | 0 | Soft costs | |
| 3 | Electric Permit | 4,000.00 | | | 0 | Soft costs | |
| 4 | Engineer Report (not considered structural) | | | | 0 | Soft costs | |
| 5 | Erosion Control | | | | 0 | Soft costs | |
| 6 | Foundation Permit | | | | 0 | Soft costs | |
| 7 | Interior Design | | | | 0 | Soft costs | |
| 8 | Perc Test | | | | 0 | Soft costs | |
| 9 | Plans & Architect | | | | 0 | Soft costs | |
| 10 | Plumbing Permit | 7,000.00 | | | 0 | Soft costs | |
| 11 | Roof Permit | | | | 0 | Soft costs | |
| 12 | Septic Permit | | | | 0 | Soft costs | |
| 13 | Structural Engineer Report | | | | 0 | Soft costs | |
| 14 | Survey | | | | 0 | Soft costs | |
| 15 | Temporary Power | | | | 0 | Soft costs | |
| 16 | Temporary Utilities | 12700 | | | 0 | Soft costs | Power and gas activation to obtain final inspections |
| 17 | Well Permit | | | | 0 | Soft costs | |
| 18 | Mechanical Permit | 10,000.00 | | | 0 | Soft costs | |
| | **ONSITE WORK** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | | |
| 1 | Drainage | | | | 0 | Hard costs | |
| 2 | Equipment Rental | | | | 0 | Hard costs | |
| 3 | Excavate/Backfill | | | | 0 | Hard costs | |
| 4 | Foundation: Labor | | | | 0 | Hard costs | |
| 5 | Foundation: Material | | | | 0 | Hard costs | |
| 6 | Gas: Labor | | | | 0 | Hard costs | |
| 7 | Gas line | | | | 0 | Hard costs | |
| 8 | Gas: Materials | | | | 0 | Hard costs | |
| 9 | Import/Export Dirt | | | | 0 | Hard costs | |
| 10 | Soil Treatment | | | | 0 | Hard costs | |
| 11 | Structural Steel | | | | 0 | Hard costs | |
| 12 | Water Line: Public | | | | 0 | Hard costs | |
| 13 | Water Proofing | | | | 0 | Hard costs | |
| 14 | Well Install/Replacement | | | | 0 | Hard costs | |
| | **SITE IMPROVEMENTS** | **$60,000.00** | **$0.00** | **$0.00** | **$0.00** | | |
| 1 | Asphalt | 40,000 | | | 0 | Hard costs | Patch, reseal and strip all asphalt areas |
| 2 | Fencing (material and linear ft) | | | | 0 | Hard costs | |
| 3 | Fencing: Labor | | | | 0 | Hard costs | |
| 4 | Landscaping | 20,000 | | | 0 | Hard costs | |
| 5 | Other Site1: Please Describe | | | | 0 | Hard costs | |
| 6 | Other Site2: Please Describe | | | | 0 | Hard costs | |
| 7 | Other Site3: Please Describe | | | | 0 | Hard costs | |
| 8 | Pool | | | | 0 | Hard costs | |
| 9 | Pool: Hardscape | | | | 0 | Hard costs | |
| 10 | Utilities | | | | 0 | Hard costs | |
| 11 | Utility Dig | | | | 0 | Hard costs | |
| | **DEMO** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | | |
| 1 | Exterior Demo | | | | 0 | Hard costs | |
| 2 | Interior Demo | | | | 0 | Hard costs | |
| 3 | Other Demo1: Please Describe | | | | 0 | Hard costs | |
| 4 | Other Demo2: Please Describe | | | | 0 | Hard costs | |
| | **EXTERIOR** | **$3,000.00** | **$0.00** | **$0.00** | **$0.00** | | |
| 1 | Doors: Exterior Hardware | | | | 0 | Hard costs | |
| 2 | Doors: Exterior (quantity) | | | | 0 | Hard costs | |
| 3 | Exterior Lights (type & count) | | | | 0 | Hard costs | |
| 4 | Features (trim) | | | | 0 | Hard costs | |
| 5 | Front Porch/Portico | | | | 0 | Hard costs | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | Garage Door/s | | | | 0 | Hard costs | |
| 7 | Gutters/Downspouts | | | | 0 | Hard costs | |
| 8 | Other Exterior: Please Describe | | | | 0 | Hard costs | |
| 9 | Paint Exterior | | | | 0 | Hard costs | |
| 10 | Rear Deck/Porch/Stairs | | | | 0 | Hard costs | |
| 11 | Roof (repair and/or replace) | | | | 0 | Hard costs | |
| 12 | Shutters (count & material) | | | | 0 | Hard costs | |
| 13 | Siding 1 (type, SF, pallet count) | | | | 0 | Hard costs | |
| 14 | Siding 2 (type, SF, pallet count) | | | | 0 | Hard costs | |
| 15 | Siding 3 (type, SF, pallet count) | | | | 0 | Hard costs | |
| 16 | Trim/Soffit/Fascia | | | | 0 | Hard costs | |
| 17 | Windows: Repair/Replace | 3,000.00 | | | 0 | Hard costs | |
| | **INTERIOR** | **$758,900.00** | **$0.00** | **$0.00** | **$0.00** | | |
| 1 | Carbon Monoxide Detectors (count) | 2,300.00 | | | 0 | Hard costs | QTY 51 Material Only |
| 2 | Carpet (Sq. yards) | 55,000.00 | | | 0 | Hard costs | 5020 Sq. yards - Feather patch, new pad, tack strip, Carpet & Transition strips. |
| 3 | Ceramic (SF) | | | | 0 | Hard costs | |
| 4 | Doors: Interior Hardware | 14,800.00 | | | 0 | Hard costs | New dead bolt, entry knob, all interior knobs and blinds. |
| 5 | Doors: Interior (quantity) | 75,000.00 | | | 0 | Hard costs | Installing Pre hung doors, slabs, base, casing, shelving, window seals, shoe molding and accessories. $ 48,978.00 to be done. |
| 6 | Drywall | 115,000.00 | | | 0 | Hard costs | Fire caulking, patching and fully new sheetrock hanging, Tape and texture. |
| 7 | Electrical: Can lights | | | | 0 | Hard costs | |
| 8 | Electrical: Finish | 25,500.00 | | | 0 | Hard costs | Labor to install all devices and fixtures. |
| 9 | Electrical outlets (count) | 5,000.00 | | | 0 | Hard costs | 1721 outlets. |
| 10 | Electrical: Rough | | | | 0 | Hard costs | |
| 11 | Electrical switches (count) | 2,000.00 | | | 0 | Hard costs | 745 switch's. |
| 12 | Fireplace (count) | | | | 0 | Hard costs | |
| 13 | Framing: Labor | | | | 0 | Hard costs | |
| 14 | Framing: Material | | | | 0 | Hard costs | |
| 15 | Hardwood (SF) | | | | 0 | Hard costs | |
| 16 | Hot Water Heater: Type | 35,000.00 | | | 0 | Hard costs | Materials: 1st floor units get electric tanks & 2nd level units get gas tanks. |
| 17 | HVAC : 220 volt Condenser & Gas Furnace | 232,000.00 | | | 0 | Hard costs | Materials: New line sets, condensers, furnaces, attic duct, registers t stat wiring and tstats. $20,300.00 remains to be done. |
| 18 | HVAC Install: Finish | 25,500.00 | | | 0 | Hard costs | Trim out unit with registers, Tstats and connecting equipment for system start ups. |
| 19 | HVAC Install: Rough | 35,200.00 | | | 0 | Hard costs | Providing complete new installations and repair existing duct as well as upgrading the systems design. |
| 20 | Insulation (type & amount) | 25,000.00 | | | 0 | Hard costs | R13 batts in walls and R30 in attic. |
| 21 | Interior Stairs (type & riser count) | | | | 0 | Hard costs | |
| 22 | Light Fixtures (count) | 6,500.00 | | | 0 | Hard costs | 105 flush mounts, 100 globe fixtures, 100 vanity fixtures, 300 vanity bulbs & 200 bulbs. |
| 23 | LVP Flooring (sqft) | 8,500.00 | | | 0 | Hard costs | 2250 sqft to be installed in the utility room only. $4,734.75 to be done. |
| 24 | Marble (SF) | | | | 0 | Hard costs | |
| 25 | Mold Remediation | | | | 0 | Hard costs | |
| 26 | Other Interior1: Please Describe | | | | 0 | Hard costs | |
| 27 | Other Interior2: Please Describe | | | | 0 | Hard costs | |
| 28 | Paint Walls/Trim | 40,000.00 | | | 0 | Hard costs | New walls, ceiling and trim to be painted. |
| 29 | Plumbing: Finish | 25,500.00 | | | 0 | Hard costs | Labor to install new, faucets, traps, shower trim, sinks and toilets. |
| 30 | Plumbing: Rough | 3,000.00 | | | 0 | Hard costs | Complete the rough installation of new PEX B Type water lines. |
| 31 | Plumbing System Type if replacing | | | | 0 | Hard costs | |
| 32 | Post Repair Cleaning | | | | 0 | Hard costs | |
| 33 | Radiant Heating (linear ft) | | | | 0 | Hard costs | |
| 34 | Railings | | | | 0 | Hard costs | |
| 35 | Security System | | | | 0 | Hard costs | |
| 36 | Sewer Jetting | 25,000 | | | | | |
| 37 | Smart Systems | | | | 0 | Hard costs | |
| 38 | Smoke Detectors (count) | 3,100.00 | | | 0 | Hard costs | 135 smoke detectors. |
| 39 | Smoke/Fire Alarms | | | | 0 | Hard costs | |
| 40 | Sound System (In-House) | | | | 0 | Hard costs | |
| 41 | Sprinkler System Fire Prevention: Labor | | | | 0 | Hard costs | |
| 42 | Sprinkler System Fire Prevention: Material | | | | 0 | Hard costs | |
| 43 | Sump Pump | | | | 0 | Hard costs | |
| 44 | Vacuum System | | | | 0 | Hard costs | |
| 45 | Vinyl (SF) | | | | 0 | Hard costs | |
| | **KITCHEN** | **$235,220.00** | **$0.00** | **$0.00** | **$0.00** | | |
| 1 | Cabinets | 90,000.00 | | | 0 | Hard costs | New cabinets, parts and accessories. $52,685.00 remains to be done. |
| 2 | Ceiling/Wall Repair | | | | 0 | Hard costs | |

5/14/2025 2

## Rent Roll

**Rent Roll** 5/30/2026 **Clio Gardens Apartments**

| BLDG # | Unit | TENANT | RENT | START | DEPOSIT | Type | Floor |
|---|---|---|---|---|---|---|---|
| 6918 | 101 | Needs renovation (60 days) | | | | 3 Bed - D | 1st |
| 6918 | 102 | Needs renovation (60 days) | | | | 2 Bed - D | 1st |
| 6918 | 103 | Needs renovation (60 days) | | | | 2 Bed - D | 1st |
| 6918 | 104 | Needs renovation (60 days) | | | | 2 Bed - E | 1st |
| 6918 | 105 | Needs renovation (60 days) | | | | 2 Bed - E | 1st |
| 6918 | 106 | Needs renovation (60 days) | | | | 2 Bed - D | 1st |
| 6918 | 107 | Needs renovation (60 days) | | | | 2 Bed - D | 1st |
| 6918 | 108 | Needs renovation (60 days) | | | | 3 Bed - D | 1st |
| 6918 | 110 | Needs renovation (60 days) | | | | 3 Bed - D | 1st |
| 6918 | 109 | Needs renovation (60 days) | | | | 2 Bed - C | 1st |
| 6918 | 111 | Needs renovation (60 days) | | | | 2 Bed - D | 1st |
| 6918 | 112 | Needs renovation (60 days) | | | | 2 Bed - D | 1st |
| 6918 | 113 | Needs renovation (60 days) | | | | 2 Bed - D | 1st |
| 6918 | 114 | Needs renovation (60 days) | | | | 2 Bed - D | 1st |
| 6918 | 115 | Needs renovation (60 days) | | | | 3 Bed - D | 1st |
| 6918 | 116 | Needs renovation (60 days) | | | | 3 Bed - C | 1st |
| 6918 | 201 | Needs renovation (30 days) | | | | 3 Bed - D | 2nd |
| 6918 | 202 | Needs renovation (30 days) | | | | 2 Bed - D | 2nd |
| 6918 | 203 | Kennazha McClain & Lotaria Brown | $1,000.00 | 3/15/2026 | $1,000.00 | 2 Bed - D | 2nd |
| 6918 | 204 | Lease pending | | | | 2 Bed - E | 2nd |
| 6918 | 205 | Brian F O'Dherty | $940.00 | 3/1/2025 | $940.00 | 2 Bed - E | 2nd |
| 6918 | 206 | Lorann D Tucker | $967.00 | 3/1/2025 | $967.00 | 2 Bed - D | 2nd |
| 6918 | 207 | Devon Brown | $975.00 | 2/5/2026 | $975.00 | 2 Bed - D | 2nd |
| 6918 | 208 | Needs renovation (30 days) | | | | 3 Bed - D | 2nd |
| 6918 | 209 | Lease pending | | | | 2 Bed - C | 2nd |
| 6918 | 210 | Ashanti Reeves | $1,200.00 | 3/4/2026 | $1,200.00 | 3 Bed - D | 2nd |
| 6918 | 211 | Shelena Roland | $1,020.00 | 5/1/2025 | $1,020.00 | 2 Bed - D | 2nd |
| 6918 | 212 | Sarah Mushatt | $981.00 | 4/1/2025 | $981.00 | 2 Bed - D | 2nd |
| 6918 | 213 | Needs renovation (30 days) | | | | 2 Bed - D | 2nd |
| 6918 | 214 | Greg Miller | $1,166.00 | 12/1/2024 | $1,166.00 | 2 Bed - D | 2nd |
| 6918 | 215 | Needs renovation (30 days) | | | | 3 Bed - D | 2nd |
| 6918 | 216 | Needs renovation (30 days) | | | | 3 Bed - C | 2nd |
| 6914 | 117 | Barbara Everette | $1,020.00 | 8/1/2025 | $1,020.00 | 2 Bed - D | 1st |
| 6914 | 118 | Richard Strick | $1,166.00 | 9/16/2024 | $1,166.00 | 2 Bed - D | 1st |
| 6914 | 119 | George F Jensen | $1,166.00 | 9/1/2024 | $1,166.00 | 2 Bed - D | 1st |
| 6914 | 121A | Gregory Williams | $600.00 | 09/01/24 | $700.00 | 3 Bed - B | 1st |
| 6914 | 121B | Karaya Williams (Daughter / Caretaker-amputee) | $650.00 | 11/01/24 | $650.00 | | |
| 6914 | 120 | Marcus Stanley | $1,073.00 | 6/1/2026 | $1,073.00 | 3 Bed -AB | 1st |
| 6914 | | | | | | | |
| 6914 | 122 | Needs renovation (30 days) | | | | 1 Bed - B | 1st |
| 6914 | 123 | Deborah Washington | $1,000.00 | 6/15/2024 | $1,166.00 | 2 Bed - C | 1st |
| 6914 | 124 | Donna Terry | $940.00 | 6/10/2024 | $940.00 | Bed - AD | 1st |
| 6914 | 125 | Larry & Stacy Cristle | $1,166.00 | 8/1/2024 | $1,166.00 | 2 Bed - B | 1st |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6914 | 126 | Kelvin James | $940.00 | 9/1/2024 | $940.00 | 2 Bed - D | 1st |
| 6914 | 217 | Trashonda Alexander | $1,020.00 | 4/10/2025 | $1,020.00 | 2 Bed - D | 2nd |
| 6914 | 218 | Howard Wright | $1,166.00 | 4/1/2025 | $1,166.00 | 2 Bed - D | 2nd |
| 6914 | 219 | Robert Stemp | $1,166.00 | 11/1/2024 | $1,166.00 | 2 Bed - D | 2nd |
| 6914 | 220 | Needs renovation (30 days) | | | | 3 Bed – B | 2nd |
| 6914 | 221 | Needs renovation (30 days) | $1,320.00 | 9/1/2024 | $1,320.00 | 3 Bed - B | 2nd |
| 6914 | 222 | Edward Jackson | $940.00 | 9/15/2024 | $940.00 | 1 Bed - B | 2nd |
| 6914 | 223 | Needs renovation (30 days) | | | | 2 Bed - C | 2nd |
| 6914 | 224 | Needs renovation (30 days) | | | | 1 Bed - A | 2nd |
| 6914 | 225 | Crystal Stubbs | $938.00 | 8/25/2025 | $938.00 | 2 Bed - A | 2nd |
| 6914 | 226 | Rashunn A Douglas | $1,166.00 | 11/1/2024 | $1,166.00 | 2 Bed - D | 2nd |
| 6910 | 127 | Needs renovation (90 days) | | | | 3 Bed - D | 1st |
| 6910 | 128 | Needs renovation (90 days) | | | | 2 Bed - D | 1st |
| 6910 | 129 | Needs renovation (90 days) | | | | 2 Bed - D | 1st |
| 6910 | 130 | Needs renovation (90 days) | | | | 2 Bed - E | 1st |
| 6910 | 131 | Needs renovation (90 days) | | | | 2 Bed - E | 1st |
| 6910 | 132 | Needs renovation (90 days) | | | | 2 Bed - D | 1st |
| 6910 | 133 | Needs renovation (90 days) | | | | 2 Bed - D | 1st |
| 6910 | 134 | Needs renovation (90 days) | | | | 3 Bed - D | 1st |
| 6910 | 135 | Needs renovation (90 days) | | | | 2 Bed - C | 1st |
| 6910 | 136 | Needs renovation (90 days) | | | | 3 Bed - D | 1st |
| 6910 | 137 | Needs renovation (90 days) | | | | 2 Bed - D | 1st |
| 6910 | 138 | Needs renovation (90 days) | | | | 2 Bed - D | 1st |
| 6910 | 139 | Needs renovation (90 days) | | | | 2 Bed - D | 1st |
| 6910 | 140 | Needs renovation (90 days) | | | | 2 Bed - D | 1st |
| 6910 | 141 | Needs renovation (90 days) | | | | 3 Bed - D | 1st |
| 6910 | 142 | Needs renovation (90 days) | | | | 3 Bed - C | 1st |
| 6910 | 227 | Needs renovation (75 days) | | | | 3 Bed - D | 2nd |
| 6910 | 228 | Needs renovation (75 days) | | | | 2 Bed - D | 2nd |
| 6910 | 229 | Needs renovation (75 days) | | | | 2 Bed - D | 2nd |
| 6910 | 230 | Needs renovation (75 days) | | | | 2 Bed - E | 2nd |
| 6910 | 231 | Needs renovation (75 days) | | | | 2 Bed - E | 2nd |
| 6910 | 232 | Needs renovation (75 days) | | | | 2 Bed - D | 2nd |
| 6910 | 233 | Needs renovation (75 days) | | | | 2 Bed - D | 2nd |
| 6910 | 234 | Needs renovation (75 days) | | | | 3 Bed - D | 2nd |
| 6910 | 235 | Needs renovation (75 days) | | | | 2 Bed - C | 2nd |
| 6910 | 236 | Needs renovation (75 days) | | | | 3 Bed - D | 2nd |
| 6910 | 237 | Needs renovation (75 days) | | | | 2 Bed - D | 2nd |
| 6910 | 238 | Needs renovation (75 days) | | | | 2 Bed - D | 2nd |
| 6910 | 239 | Needs renovation (75 days) | | | | 2 Bed - D | 2nd |
| 6910 | 240 | Needs renovation (75 days) | | | | 2 Bed - D | 2nd |
| 6910 | 241 | Needs renovation (75 days) | | | | 3 Bed - D | 2nd |
| 6910 | 242 | Needs renovation (75 days) | | | | 3 Bed - C | 2nd |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | Counters | 33,000.00 | | | 0 | Hard costs | New countertops, hardware, glue and screws. $19,314.00 remains to be done. |
| 4 | Dishwasher | 17,220.00 | | | 0 | Hard costs | New dishwasher and installation. |
| 5 | Fixtures | | | | 0 | Hard costs | |
| 6 | Floors (Type & SF) | 12,000.00 | | | 0 | Hard costs | Install new LVP Plank/click. $8,234.75 remains to be done. |
| 7 | Garbage disposal | 4,000.00 | | | 0 | Hard costs | Install new garbage disposals. |
| 8 | Microwave/ hood vent | 5,100 | | | 0 | Hard costs | |
| 9 | Other Appliances: Please Describe | | | | 0 | Hard costs | |
| 10 | Other Backsplash: Please Describe | | | | 0 | Hard costs | |
| 11 | Other Kitchen: Please Describe | | | | 0 | Hard costs | |
| 12 | Refrigerator | 35,700.00 | | | 0 | Hard costs | New Fridge Installation. |
| 13 | Sink/Faucet | 10,200.00 | | | 0 | Hard costs | New sink, faucet, traps angle stops and supply lines. |
| 14 | Stove | 28,000.00 | | | 0 | Hard costs | New Stove installation. |
| 15 | Trash compactor | | | | 0 | Hard costs | |
| | **BATH 1** | **$27,600.00** | **$0.00** | **$0.00** | **$0.00** | | |
| 1 | Bath Tub/Shower | 4,000.00 | | | 0 | Hard costs | Tub resurface, shower trim kit, sink & faucet, P trap angle stops & supply Lines. |
| 2 | Cabinets | | | | 0 | Hard costs | |
| 3 | Floors | 5,000.00 | | | 0 | Hard costs | Install new LVP click per bathroom. $1,207.25 remains to be done. |
| 4 | Hardware: Please Describe (at right) | 5,100.00 | | | 0 | Hard costs | Towel bar, towel ring, toilet paper holder & shower rod. |
| 5 | Other Bath 1: Please Describe | | | | 0 | Hard costs | |
| 6 | Toilet | 3,300.00 | | | 0 | Hard costs | 1 new toilet, angle stop and supply line per bath. |
| 7 | Vanity & Top | 10,200.00 | | | 0 | Hard costs | Install new and repair existing salvageable vanity/tops. $5,257.00 remaining to be done. |
| | **BATH 2** | **$27,500.00** | **$0.00** | **$0.00** | **$0.00** | | |
| 1 | Bath Tub/Shower | 4,000.00 | | | 0 | Hard costs | Tub resurface, shower trim kit, sink & faucet, P trap angle stops & supply Lines. |
| 2 | Cabinets | | | | 0 | Hard costs | |
| 3 | Floors | 5,000.00 | | | 0 | Hard costs | Install new LVP click per bathroom. $1,207.25 remains to be done. |
| 4 | Hardware: Please Describe (at right) | 5,000.00 | | | 0 | Hard costs | Towel bar, towel ring, toilet paper holder & shower rod. |
| 5 | Other Bath 2: Please Describe | | | | 0 | Hard costs | |
| 6 | Toilet | 3,300.00 | | | 0 | Hard costs | 1 new toilet, angle stop and supply line per bath. |
| 7 | Vanity & Top | 10,200.00 | | | 0 | Hard costs | Install new and repair existing salvageable vanity/tops. $5,257.00 remaining to be done. |
| | **MISCELLANEOUS** | **$149,080.00** | **$0.00** | **$0.00** | **$0.00** | | |
| 1 | Cabinetry and Labor | | | | 0 | Hard costs | |
| 2 | Interior Carpentry/Trim | | | | 0 | Hard costs | |
| 3 | Iron Works | | | | 0 | Hard costs | |
| 4 | Mirrors | 4,080.00 | | | 0 | Hard costs | Installing new mirrors |
| 5 | MISCELLANEOUS | 15,000.00 | | | 0 | Hard costs | Dumpster swaps |
| 6 | Oil Tank (above or underground) | | | | 0 | Hard costs | |
| 7 | Other Miscellaneous 2: Please Describe | | | | 0 | Hard costs | |
| 8 | Other Miscellaneous 3: Please Describe | | | | 0 | Hard costs | |
| 9 | Other Miscellaneous 4: Please Describe | | | | 0 | Hard costs | |
| 10 | Shower Glass | | | | 0 | Hard costs | |
| 11 | Washer and Dryer | | | | 0 | Hard costs | |
| 12 | Well and Septic Systems | | | | 0 | Hard costs | |
| 13 | **CONTINGENCY** | 130,000.00 | | | 0 | Contingency | |
| 14 | **BORROWER FINANCED REHAB AMOUNT** | | | | 0 | Borrower Cost | |
| 15 | **CONSTRUCTION MANAGEMENT FEE (FINANCED)** | | | | 0 | Internal Items | |
| 16 | **LENDER CONTINGENCY** | | | | 0 | Contingency | |
| 17 | **MORTGAGE PAYMENT ESCROWS (FINANCED)** | | | | 0 | Internal Items | |
| | **GENERAL CONTRACTOR FEE** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | | |
| 1 | General Contractor Fee: Installment 1 | | | | 0 | Soft costs | |
| 2 | General Contractor Fee: Installment 2 | | | | 0 | Soft costs | |
| 3 | General Contractor Fee: Installment 3 | | | | 0 | Soft costs | |
| 4 | General Contractor Fee: Installment 4 | | | | 0 | Soft costs | |
| | **Grand Total** | **$1,300,000.00** | **$0.00** | **$0.00** | **$0.00** | | |

5/14/2025 3

# Comparable Sales Outline (Sales Comparison Approach)

## Comparable Sale 1




### Location Overview

| | |
|---|---|
| **Street Address** | 10660 East Holly Road |
| **City** | Springfield Township |
| **State** | MI |
| **Zip** | 48350 |
| **Property ID** | 07-03-177-006 |
| **Market** | Oakland |
| **Submarket** | Outlying Oakland County |

### Property Information

| | | | |
|---|---|---|---|
| **Property Name** | Hidden Valley Apartments | **GBA** | 15,600 SF |
| **Condition** | Average | **Site Area** | 149,411 SF |
| **Year Built** | 1975 | **Residential Units** | 22 |
| **# Floors** | 2 | **Comparable Type** | Multifamily |
| **Building Type** | Walk Up | **Commercial Units** | 0 |
| **Building Class** | B | **Average Unit Size** | 625 SF |
| **Zoning** | AI-County | **Land-to-Building Ratio** | 9.58 |
| **Parking** | 50 | | |

### Sale Information

| | | | |
|---|---|---|---|
| **Sale Status** | Transaction | **Per Unit** | $82,955 |
| **Sale Date** | 12/4/2025 | **Per SF** | $117 |
| **Grantee** | N/A | **Cap Rate** | 6.79% |
| **Grantor** | Hidden Valley Apartments Llc | **Property Rights** | Leased Fee Interest |
| **Deed Sale Price** | $1,825,000 | | |

## Appraiser Comments

This is the sale of Hidden Valley Apartments located at 10660 East Holly Road in Springfield Township, Michigan. The property consists of a two-story walk-up building with 22 residential units. The sale price was $1,825,000 with a reported cap rate of 6.79%. The property is situated in the Outlying Oakland County submarket near the city of Oakland. The property offers 50 parking spaces and has a gross building area of 15,600 square feet on a site area of 149,411 square feet. The average unit size is 625 square feet, and the occupancy rate is 100%. We note that we attempted to verify the sale with the listing broker, Brady Williams of Greater Development, but did not receive a response.

## Comparable Sale 2




### Location Overview

| | |
|---|---|
| **Street Address** | 201 East Elizabeth Street |
| **City** | Fenton |
| **State** | MI |
| **Zip** | 48430 |
| **Property ID** | 53-36-506-203 |
| **Market** | Genesee |
| **Submarket** | Fenton/Argentine |

### Property Information

| | | | |
|---|---|---|---|
| **Property Name** | Millpond Manor | **GBA** | 59,340 SF |
| **Condition** | Average | **Site Area** | 111,949 SF |
| **Year Built** | 1996 | **Residential Units** | 65 |
| **# Floors** | 3 | **Comparable Type** | Multifamily |
| **Building Type** | Walk Up | **Commercial Units** | 0 |
| **Building Class** | B | **Average Unit Size** | 747 SF |
| **Zoning** | CBD | **Land-to-Building Ratio** | 1.89 |
| **Parking** | 65 | | |

### Sale Information

| | | | |
|---|---|---|---|
| **Sale Status** | Transaction | **Deed Sale Price** | $5,100,000 |
| **Sale Date** | 10/29/2025 | **Per Unit** | $78,462 |
| **Grantee** | Charger Properties | **Per SF** | $86 |
| **Grantor** | Smith Equities Corp \| P.S. Equities | **Cap Rate** | 6.82% |
| | | **Property Rights** | Leased Fee Interest |
| **Unique Sale ID** | 2.02511E+14 | | |

### Verification Source

| | | | |
|---|---|---|---|
| **Contact Name** | Caleb Smith | **Role** | Broker |
| **Company** | Income Property Organization | **Verification Date** | 9/21/2026 |
| | | **Number** | 248-932-0300 |

## Appraiser Comments

The property located at 201 East Elizabeth Street in Fenton, Michigan, is a multifamily building known as Millpond Manor. This three-story walk-up building, built in 1996, consists of 65 residential units with an average size of 747 square feet each. Situated in the CBD zoning district within the Fenton/Argentine submarket of Genesee County, the property features ample parking for 65 vehicles. The sale of this property to Charger Properties from Smith Equities Corp | P.S. Equities was an arm's length transaction that closed for $5,100,000 on October 29, 2025, with an indicated cap rate of 6.82%. The property boasts a 100% occupancy rate and offers a land-to-building ratio of approximately 1.89. We note that we verified the relevant information with a member of the listing broker's team, Caleb Smith of Income Property Organization.

## Comparable Sale 3




### Location Overview

| | |
|---|---|
| **Street Address** | 3512 Grange Hall Road |
| **City** | Holly Township |
| **State** | MI |
| **Zip** | 48442 |
| **Property ID** | 01-28-427-009 |
| **Market** | Oakland |
| **Submarket** | Downtown Holly |

### Property Information

| | | | |
|---|---|---|---|
| **Property Name** | Holly Ridge | **GBA** | 95,389 SF |
| **Condition** | Average | **Site Area** | 268,765 SF |
| **Year Built** | 1968 | **Residential Units** | 120 |
| **# Floors** | 3 | **Comparable Type** | Multifamily |
| **Building Type** | Walk Up | **Commercial Units** | 0 |
| **Building Class** | C | **Average Unit Size** | 694 SF |
| **Zoning** | AI | **Land-to-Building Ratio** | 2.82 |
| **Parking** | 200 | | |

### Sale Information

| | | | |
|---|---|---|---|
| **Sale Status** | Transaction | **Per Unit** | $85,000 |
| **Sale Date** | 8/15/2025 | **Per SF** | $107 |
| **Grantee** | 633 Properties | **Cap Rate** | N/A |
| **Grantor** | Jacobson Brothers | **Property Rights** | Leased Fee Interest |
| **Deed Sale Price** | $10,200,000 | | |

### Verification Source

| | | | |
|---|---|---|---|
| **Contact Name** | Peter Jankowski | **Role** | Senior Vice President, Investment Sales & Advisory Services |
| **Company** | Friedman Real Estate | | |
| | | **Verification Date** | 9/3/2026 |
| | | **Number** | 248-464-3778 |

### Appraiser Comments

The property located at 3512 Grange Hall Road in Holly Township, Michigan, was recently sold for $10,200,000. The multifamily building, known as Holly Ridge, consists of 120 residential units and offers 200 parking spaces. There are no additional amenities at the subject property. The property, built in 1968, is situated in the Downtown Holly submarket of Oakland County. The sale was confirmed by Peter Jankowski of Friedman Real Estate on September 3, 2026.

## Comparable Sale 4




### Location Overview

| | |
|---|---|
| **Street Address** | 1850 Squire Drive |
| **City** | Bridgeport Township |
| **State** | MI |
| **Zip** | 48601 |
| **Property ID** | 9.11506E+12 |
| **Market** | Saginaw |
| **Submarket** | Midland/Flint |

### Property Information

| | | | |
|---|---|---|---|
| **Property Name** | Country Squire Apartments | **GBA** | 42,648 SF |
| **Condition** | Good | **Site Area** | 8.74 acres |
| **Year Built** | 1972 | **Residential Units** | 63 |
| **# Floors** | 2 | **Comparable Type** | Multifamily |
| **Building Type** | Walk Up | **Commercial Units** | 0 |
| **Building Class** | C | **Average Unit Size** | 650 SF |
| **Zoning** | R-3 | **Land-to-Building Ratio** | 0.00 |
| **Parking** | 51 | | |

### Sale Information

| | | | |
|---|---|---|---|
| **Sale Status** | Transaction | **Deed Sale Price** | $3,150,000 |
| **Sale Date** | 6/26/2025 | **Per Unit** | $50,000 |
| **Grantee** | MDL Realty | **Per SF** | $74 |
| **Grantor** | Ali & Emine Demir | **Cap Rate** | N/A |
| **Unique Sale ID** | 16466 | **Property Rights** | Leased Fee Interest |

### Verification Source

| | | | |
|---|---|---|---|
| **Contact Name** | Colin Soltis | **Role** | Managing Director |
| **Company** | GREA | **Verification Date** | 9/8/2026 |
| | | **Number** | 734-812-1724 |

### Appraiser Comments

This is the sale of a 4 property portfolio which included 1850 Squire Drive, 1410 South Center Road, 3121 Southfield Drive and 2803 South Jefferson Avenue. In total, the portfolio featured 63 residential units and sold for $3,150,000 on June 26, 2025. The properties feature two-story walk-up buildings with 63 total residential units. The total site area is approximately 8.74 acres and the total gross building area is 42,648 square feet. The property is in good condition and features mostly two-bedroom units with some one-bedroom units. The buildings feature laundry facilities. The broker noted that this was a value deal and the property was roughly 15% vacant at the time of sale. The sale was an arms-length transaction between the sellers, Ali & Emine Demir, and the buyer, MDL Realty. The sale was verified by Colin Soltis of GREA on September 8, 2026.

## Comparable Sale 5




### Location Overview

| | |
|---|---|
| **Street Address** | 12911 Fenton Heights Blvd. |
| **City** | Fenton |
| **State** | MI |
| **Zip** | 48430 |
| **Property ID** | 04-11-200-038 |
| **Market** | Livingston |
| **Submarket** | Outlying Livingston County |

### Property Information

| | | | |
|---|---|---|---|
| **Property Name** | Creekside at Fenton Heights Apartments | **GBA** | 24,600 SF |
| | | **Site Area** | 994,475 SF |
| **Condition** | Average | **Residential Units** | 24 |
| **Year Built** | 1989 | **Comparable Type** | Multifamily |
| **# Floors** | 2 | **Commercial Units** | 0 |
| **Building Type** | Walk Up | **Average Unit Size** | 1,000 SF |
| **Building Class** | C | **Land-to-Building Ratio** | 40.43 |
| **Zoning** | RM-1 | | |
| **Parking** | 49 | | |

### Sale Information

| | | | |
|---|---|---|---|
| **Sale Status** | Transaction | **Deed Sale Price** | $2,800,000 |
| **Sale Date** | 11/19/2024 | **Per Unit** | $116,667 |
| **Grantee** | Great Lakes Real Estate Advisors | **Per SF** | $114 |
| | | **Cap Rate** | 7.15% |
| **Grantor** | Sheffer Capital LLC. | **Property Rights** | Leased Fee Interest |
| **Unique Sale ID** | 21564 | | |

### Appraiser Comments

The property is located on 12911 Fenton Heights Blvd. in Tyrone Township, Michigan. The Creekside at Fenton Heights Apartments is a 24-unit multifamily property in a walk-up building. The property was sold on November 19, 2024, for $2,800,000 to Great Lakes Real Estate Advisors. The sale was reported from multiple sources, including CoStar and marketing materials. The property consists of two floors with an average unit size of 1,000 square feet. 16 of the units feature two-bedrooms and two-bathrooms, 4 units feature two-bedrooms and one-bathroom and 4 units feature one-bedroom and one-bathroom. Each unit is metered for their electricity and billed back for their water usage and also features in-unit washer and dryer. The building was constructed in 1989 and has a gross building area of 24,600 square feet. The property is fully occupied with a parking capacity of 49 spaces. We note that we attempted to verify the sale with the listing broker, Brady Williams of Greater Development, but did not receive a response.

## Genesee County Area Analysis

The following analysis includes pertinent aspects of the surrounding region as it pertains to the subject property. This report was compiled using data as of 2026 Q1 unless otherwise noted. Data is from a number of sources including the U.S. Bureau of Labor Statistics ("BLS"), the U.S. Bureau of Economic Analysis ("BEA"), and the U.S. Census Bureau. Monthly data for October 2025 is unavailable due to the 2025 lapse in appropriations. This does not impact the analysis but will show a gap in the employment and unemployment rate charts.




Source: Google Maps

## Genesee County at a Glance

Genesee County, MI, is primarily a mix of urban and suburban areas with some rural pockets. It is located in southeastern Michigan and includes the communities of Flint, Grand Blanc, Davison, and Fenton. These communities offer a range of housing options, including single-family homes, apartments, townhouses, and condominiums. Commercial properties consist of shopping centers, office buildings, industrial sites, and designated commercial zones to accommodate businesses. The economy and labor market in Genesee County have undergone significant transformation in recent decades. While it has faced challenges, it has also seen growth and diversification. The area supports various industries such as healthcare, education, manufacturing, services, and retail. There is a mix of blue-collar and white-collar workers and businesses, with healthcare, education, and manufacturing being notable sectors. The county has a mix of both local and national businesses, with a significant presence of healthcare providers and automotive-related companies. The housing stock in Genesee County caters to both residents and visitors. There is a range of housing options available, from historic homes in Flint's cultural neighborhoods to newer developments in suburban areas. Visitors can find accommodations in hotels, motels, and vacation rentals located throughout the county, particularly in areas near major highways and attractions. Genesee County offers a variety of retailers and businesses to cater to both residents and visitors. There is a mix of local businesses and national tenants, including retail chains, restaurants, entertainment venues, and service providers. Some of the largest retailers and businesses in the area include Meijer, Kroger, Walmart, McLaren Health Care, and various local and regional businesses. Recreational activities in Genesee County include parks, trails, and cultural attractions. The county has numerous parks and outdoor spaces, such as the For-Mar Nature Preserve and Arboretum, Stepping Stone Falls, and Crossroads Village & Huckleberry Railroad. There are also cultural attractions and museums, including the Flint Institute of Arts and the Sloan Museum. In terms of transportation, major roadways like Interstate 69 and Interstate 75 provide access to and through the county. The Mass Transportation Authority (MTA) operates public bus services, connecting Genesee County with other parts of the region. Bishop International Airport (FNT) serves as the major airport for air travel, offering domestic and limited international flights for residents and visitors.

Area Fundamentals

| Attribute | County Level Value | 5 Year Annualized Growth Rate | Relative to Baseline (MSA) |
|---|---|---|---|
| Employment | 168,910 | 0.5% | Faster than MSA |
| GDP | $16.5 billion | -0.2% | Slower than MSA |
| Population | 401,093 | -0.2% | Slower than MSA |
| Per Capita Personal Income | $53,595 | 5.7% | Faster than MSA |

## Labor Market Conditions

The latest data from the 2025 Q3 Quarterly Census of Employment and Wages, Genesee County employed 132,971 employees. Establishments in the Education & Health Services, Trade, Transportation, & Utilities, and Professional & Business Services industries accounted for the top three employers. These industries employ 37,313 (28.0%), 28,524 (21.4%), and 16,202 (12.2%) workers in the County, respectively.

County Employment Composition & Wages by Industry (2025 Q3)




*Source: U.S. Bureau of Labor Statistics*

Unemployment Rate & Annual Employment Growth




*Source: U.S. Bureau of Labor Statistics*

According to the latest data from the Q3 2025 Quarterly Census of Employment and Wages, Genesee County has experienced private employment expand 9.5% (10,153) in total over the last five years. During that time, the Natural Resources & Mining, Construction, and Leisure & Hospitality industries saw the strongest growth, expanding 56.8%, 27.3%, and 19.0%, respectively. Meanwhile, the Information Industry has experienced employment collapse of 9.0% over the previous five years.

Private Employment Growth by Industry (County) (2025 Q3)




*Source: U.S. Bureau of Labor Statistics*

## Economic Production

In the first quarter of 2026, the U.S. economy rebounded from a period of acute softness at the end of 2025. According to the Bureau of Economic Analysis, real GDP expanded at an annualized rate of 2.0% in Q1 2026, up from 0.5% in Q4 2025, supported by equipment investment— p articularly in AI and computing infrastructure – exports, and a recovery in government spending, even as consumer spending decelerated. Inflation pressures re-emerged, as the PCE Price Index, the Federal Reserve's preferred gauge, rose to 4.5% annualized, with core PCE at 4.3%, and the Bureau of Labor Statistics reported that headline CPI reached 3.3% year over year in March, driven by an energy-cost surge tied to the Iran conflict. Against this backdrop, the Federal Reserve held the federal funds rate steady at 3.50%–3.75% at its March and April meetings. Overall, Q1 2026 reflects a late-cycle economy balancing geopolitical disruption, energy-driven inflation, and AI-led capital expenditure.

For the five years prior to the pandemic, Genesee County experienced average annual growth of 3.0% compared to 3.0% for the Metro. In 2024, Genesee County produced about $16.5 billion of output, representing an annual change of 2.0% compared to 1.9% for the Metro.



26-31510-mar Doc 89-4 Filed 10/01/26 Entered 10/01/26 12:19:54 Page 50 of 50