Gross Domestic Product




*Source: U.S. Bureau of Economic Analysis*

## Demographics

Going back ten years, Genesee County's population has compressed 0.2% per annum to the 2025 count of 401,093. Over the past five years, growth has expanded, contracting 0.2% per annum since 2020. This growth rate falls short of the Nation, which has expanded 0.6% per year over the last five years.

Population




*Source: U.S. Census Bureau*

Going back five years, Genesee County residents' per capita personal income has expanded 5.7% per annum to the 2024 level of $53,595. Over the past three years, growth has declined, growing 3.5% per annum since 2021. This growth rate lags the Nation, which has expanded 4.4% per year over the last three years.

Per Capita Personal Income




*Source: U.S. Census Bureau*

## Infrastructure

Transportation Methods

- The major corridors of Genesee County include Interstate 75, a north-south route running through the eastern part of the county, and Interstate 69, also running north-south but located more westward. US Routes in Genesee County include U.S. Route 23, which runs north-south along the western edge of the county, and U.S. Route 10, an east-west route crossing through the southern part. These major highways provide access to neighboring cities and states.
- The inter-modal Flint Amtrak station offers daily service on the Blue Water route west to Chicago and east to Port Huron.
- Genesee County does not have public bus service.
- The nearest major airport is Bishop International Airport (FNT), located approximately 20 miles southeast of Flint and offering domestic connections with some international options.

## Housing

The U.S. residential housing market in the first quarter of 2026 continued to reflect the tension between constrained supply and weak transaction volume. According to the National Association of Realtors, existing-home sales fell 3.6% month over month to a seasonally adjusted annual rate of 3.98 million in March 2026, the lowest pace in nine months, while the national median existing single-family home price rose 0.5% year over year to $404,300 — a deceleration from the 1.2% gain in Q4 2025. Inventory improved to 1.36 million units, or 4.1 months of supply, still below the five-to-six-month range considered balanced. The average 30-year fixed mortgage rate stood at 6.30% in late April 2026, according to Freddie Mac, down from 6.76% a year earlier but well above pandemic-era lows. Overall, early-2026 housing conditions reflect a gradual normalization— improving but still limited inventory, moderating price growth, and buyers constrained by elevated borrowing costs.

In Genesee County, Realtor.com data points to continued growth in values over the past year. As of 06/2026, the median home list price sits at $222,500, an increase of 15.0% compared to an increase of 14.8% for the Flint Metro, and a decrease of 2.5% across the Nation over the past year. The county median list price has experienced an increase of 11.6% over the past 3 months, compared to an increase of 11.6% for the Flint Metro in the same period.

Median Home List Price




*Source: Realtor.com*

## Outlook

The U.S. economy entered 2026 on firmer but fragile footing. According to the Bureau of Economic Analysis, real GDP expanded at a 2.0% annualized rate in Q1 2026, up from 0.5% in Q4 2025, though much of the gain reflected transitory factors rather than durable momentum. The labor market remained stable but soft, with the Bureau of Labor Statistics reporting that the unemployment rate held at 4.3% in April 2026, and the Federal Reserve held the federal funds rate at 3.50%–3.75% through its March and April meetings. On balance, early-2026 conditions point to a recovery that is mechanically firmer than late 2025 but still exposed to geopolitical risk and renewed inflationary pressure.



26-31510-mar Doc 89-5 Filed 10/01/26 Entered 10/01/26 12:19:54 Page 3 of 24

The current unemployment rate in Genesee County of 6.1% is above its five-year average. By contrast, that rate is also above the state rate of 5.0%, and above the national rate of 4.2%. Genesee County continues to experience population loss with one- and five-year annual growth rates of -0.0% and -0.2%. Considering its strong positive growth relative to the nation as a whole over the five years prior to the pandemic, its diversified economy, and despite its declining population, the county is well equipped for near- and long-term growth.



26-31510-mar Doc 89-5 Filed 10/01/26 Entered 10/01/26 12:19:54 Page 4 of 24

# Flint: Multifamily Market Analysis

The information contained in this report was provided using 2026 Q1 CoStar data for the Flint Multifamily Market ("Market").



## Overview

The subject is located within the Flint Market, which comprises 20.4k multifamily units with an inventory mix of roughly 1% Class A, 34% Class B, and 65% Class C. As of Q1 2026, the U.S. multifamily sector is in a softening phase marked by slower demand and more cautious investor sentiment. Cooling employment growth and a pullback from remote work trends have reduced leasing momentum, while the residual impact of substantial prior deliveries continues to pressure vacancies. Although the development pipeline is narrowing after an active period, higher capital costs and tighter lending standards are constraining new starts and reinforcing a more measured investment posture. In Flint, demand has softened over the past year, pushing vacancy up 64 bps year over year to 7.8%, even as values and rents continue to register positive growth.

**Sector Fundamentals**

| | Flint | YoY | QoQ | National | YoY | QoQ |
|---|---|---|---|---|---|---|
| Market Rent/Unit | $1,036 | 3.73% | 1.10% | $1,740 | -0.09% | 0.86% |
| Vacancy Rate | 7.76% | 64 bps | 42 bps | 8.52% | 20 bps | 4 bps |
| Net Absorption Units | -17 | -124.6% | 61.4% | 84,180 | -31.9% | 32.2% |
| Asset Value/Unit | $61,148 | 3.5% | 0.4% | $231,536 | 0.9% | 0.4% |
| Market Cap Rate | 7.85% | -1 bps | 2 bps | 6.16% | 4 bps | 1 bps |
| Transaction Count | 1 | NA | -50% | 2,690 | -1% | -32% |
| Sales Volume | $375,000 | NA | -89% | $23,026,171,904 | -3% | -46% |

The table below presents historical performance of key indicators for multifamily space in the Market including inventory & construction levels, net absorption, vacancy & availability, rental rates, pricing, and cap rates.

Historical Multifamily Performance: Flint Market

| Period | Inventory Units | Under Construction Units | Net Delivered Units 12 Mo | Absorption Units 12 Mo | Vacancy Rate | Market Effective Rent/Unit | Asset Value/Unit | Market Cap Rate |
|---|---|---|---|---|---|---|---|---|
| 2026 Q1 | 20,352 | 417 | 140 | 0 | 7.8% | $1,036 | $61,148 | 7.85% |
| 2025 Q4 | 20,278 | 491 | 66 | 86 | 7.3% | $1,025 | $60,877 | 7.83% |
| 2024 | 20,212 | 557 | 128 | 83 | 7.5% | $988 | $58,387 | 7.86% |
| 2023 | 20,084 | 267 | 48 | 83 | 7.3% | $963 | $58,703 | 7.66% |
| 2022 | 20,036 | 176 | 120 | -541 | 7.5% | $942 | $65,084 | 6.73% |
| 2021 | 19,916 | 120 | 14 | 120 | 4.2% | $904 | $66,506 | 6.35% |
| 2020 | 19,902 | 124 | 62 | 581 | 4.7% | $825 | $53,880 | 7.20% |
| 2019 | 19,840 | 76 | 92 | 37 | 7.3% | $772 | $47,638 | 7.80% |
| 2018 | 19,748 | 0 | 0 | 15 | 7.1% | $733 | $42,838 | 8.17% |
| 2017 | 19,748 | 0 | 25 | -132 | 7.2% | $701 | $37,791 | 8.61% |
| 2016 | 19,723 | 36 | 102 | -65 | 6.4% | $684 | $35,340 | 8.80% |

## Supply & Demand

Developers have been active for much of the past decade, adding, net of demolitions, 629 units and expanding inventory by 3.2%. More recently, demand has eased from the elevated levels seen in 2021 and the first half of 2022. Combined with inventory growth, vacancy has risen 64 bps over the past year from 7.1% to 7.8%, remaining above the 10-year average of 6.4% and below the National average by 76 bps. In 2026 Q1, 17 units were vacated, lifting vacancy by 42 bps quarter over quarter. First-quarter net move-outs of 17 units represent a deterioration from the -44 units absorbed in 2025 Q4 and a moderation from the 69 units absorbed in the same quarter last year.

Vacancy Rates

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 Q4 | 2026 Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| National | 6.6% | 6.8% | 6.6% | 6.6% | 6.8% | 5.1% | 6.6% | 7.8% | 8.3% | 8.5% | 8.5% |
| Market | 6.4% | 7.2% | 7.1% | 7.3% | 4.7% | 4.2% | 7.5% | 7.3% | 7.5% | 7.3% | 7.8% |
| Class A | 12.2% | 15.7% | 14.3% | 9.4% | 5.2% | 3.4% | 2.9% | 4.0% | 1.9% | 5.0% | 4.3% |
| Class B | 4.0% | 4.5% | 3.8% | 5.5% | 1.6% | 1.8% | 3.6% | 3.0% | 4.1% | 3.8% | 4.8% |
| Class C | 7.3% | 8.1% | 8.2% | 7.9% | 5.9% | 5.0% | 9.2% | 9.1% | 8.9% | 8.8% | 9.0% |

Absorption & Vacancy Rates




*Source: CoStar*

## Rents

At $1,036/unit, Flint Market rents are roughly 40% below the National average of $1,740/unit. Pricing varies by quality segment, with Class A units averaging $1,697/unit, Class B at $1,176/unit, and Class C at $950/unit. Rents have grown 5.37% per annum over the past decade, outpacing the National average of 2.99% per annum.

Market Rents

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 Q4 | 2026 Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| National | $1,346 | $1,378 | $1,422 | $1,473 | $1,485 | $1,633 | $1,695 | $1,711 | $1,727 | $1,725 | $1,740 |
| Market | $684 | $701 | $733 | $772 | $825 | $904 | $942 | $963 | $988 | $1,025 | $1,036 |
| Class A | $1,274 | $1,266 | $1,247 | $1,354 | $1,452 | $1,545 | $1,538 | $1,596 | $1,606 | $1,628 | $1,697 |
| Class B | $768 | $787 | $825 | $868 | $936 | $1,030 | $1,063 | $1,090 | $1,116 | $1,168 | $1,176 |
| Class C | $628 | $644 | $675 | $709 | $753 | $825 | $866 | $883 | $909 | $939 | $950 |

Prior to the pandemic, the Flint Multifamily Market experienced softening rent growth. In 2019 Q4, annual rent growth in the Market softened below the previous quarter, but was above the historical average, with annual growth of 5.19%. Despite concerns over the pandemic, quarterly rent growth improved in 2020 Q2, increasing 1.6% in 2020 Q2. By the end of 2020, rents increased 6.96% from the 2019 Q4 rent level of $772/unit. From 2019 Q4 to 2021 Q4, rents increased 17.20%. Quarterly rent growth in 2026 Q1 improved, increasing 1.10%. Despite positive rent growth over the past year and quarter, annual growth slowed to 3.73%.

Market Effective Rent/Unit - Annual & Quarterly Growth




*Source: CoStar*

## Construction & Future Supply

Developers have added 640 units to the Market over the past ten years, expanding inventory by 3.2%. Despite elevated construction and debt costs, they remain active with 417 units underway, equal to 2.0% of existing inventory. Given the current pace of construction relative to demand, the active pipeline will likely place additional upward pressure on vacancy in the near term.



26-31510-mar Doc 89-5 Filed 10/01/26 Entered 10/01/26 12:19:54 Page 7 of 24

Under Construction Units - Share of Inventory




*Source: CoStar*

## Capital Markets

Investors have not been very active over the past three years, with few transactions closing. Over the past year, there were 4 closed transactions across 194 units for a total sales volume of $4.5 million. As of 2026 Q1, CoStar reports 1 sale totaling $375k, compared to $3.3 million in the previous quarter.

Sales Volume & Transaction Count




*Source: CoStar*

Market pricing, based on the estimated price movement of all properties in the Market, is currently $61,148/unit. Values have increased 3.5% over the past year and 0.4% in 2026 Q1. Capitalization rates compressed 1 bps over the past year to 7.8% and increased 2 bps in 2026 Q1.

Asset Value & Market Cap Rates




*Source: CoStar*

## Outlook

Multifamily conditions in the Flint Market indicate softening demand alongside rising inventory levels. With vacancy expanding and additional supply under construction, near-term pressure on occupancies is expected to persist. Quarterly rent growth increased 1.10% in 2026 Q1, but annual growth slowed to 3.73%, looking ahead to the near term, it is likely that tenant demand remains negative. An active pipeline will likely add upward pressure on vacancy rates, slowing rent growth.

## Appendix

Flint Multifamily Market Overview

| Submarket | Inventory Units | Vacancy Rate | Under Construction Units | Market Effective Rent/Unit | Asset Value/Unit | Market Cap Rate |
|---|---|---|---|---|---|---|
| Grand Blanc/Goodrich | 5,126 | 4.9% | 89 | $1,187 | $77,562 | 7.32% |
| Burton/Davison | 3,829 | 2.7% | 0 | $1,040 | $57,687 | 7.57% |
| Northwest Flint/Flushing | 3,059 | 12.3% | 0 | $880 | $48,450 | 7.97% |
| South Flint/Grand Blanc | 2,224 | 15.9% | 0 | $876 | $46,447 | 7.83% |
| Fenton/Argentine | 1,600 | 4.8% | 328 | $1,267 | $91,605 | 7.41% |
| Central Flint | 1,382 | 8.9% | 0 | $896 | $47,544 | 9.24% |
| North Genesee County | 774 | 10.7% | 0 | $958 | $47,763 | 8.72% |
| Southeast Genesee County | 771 | 5.4% | 0 | $1,146 | $60,577 | 7.81% |
| Mt Morris/Beecher | 744 | 13.2% | 0 | $858 | $39,697 | 8.95% |
| Northeast Flint/Genesee | 448 | 12.9% | 0 | $856 | $47,650 | 8.77% |
| Flushing | 395 | 3.8% | 0 | $905 | $41,096 | 9.21% |



26-31510-mar Doc 89-5 Filed 10/01/26 Entered 10/01/26 12:19:54 Page 9 of 24

# Qualifications

## Ross Wigon, MAI

Senior Vice President

### Experience

Ross Wigon is a Senior Vice President at Bowery Valuation who joined the firm in February 2019. He has worked in the real estate appraisal industry since 2015 and has experience appraising multifamily, mixed-use, office, retail and industrial properties in New York, New Jersey, Connecticut, Pennsylvania, Maryland, Florida, Texas, Indiana, Arkansas and Tennessee.

Prior to joining Bowery, Ross served as an Associate at BBG based in New York.

### Education

| | |
|---|---|
| Boston University,<br>Questrom School of Business | Bachelor of Science in Business Administration |

### Certifications & Professional Designations

| | |
|---|---|
| Appraisal Institute | MAI, Designated Member<br><br>Ross is currently certified by the Appraisal Institute's voluntary program of continuing education for its designated members. |
| Certified General Real Estate Appraiser | State of California (# 3010784)<br>State of Connecticut (# RCG.0001665)<br>State of Louisiana (# APR.05139-CGA)<br>State of Maryland (# 34697)<br>State of Massachusetts (# 1000273)<br>State of New Jersey (# 42RG00279600)<br>State of New York (# 46000053177)<br>State of Ohio (# 2022004071)<br>State of Pennsylvania (# GA004601) |

## Brandon Fonte

Vice President

### Experience

Brandon Fonte is a Vice President at Bowery Valuation who joined the firm in July 2023. Brandon is actively engaged in appraising various commercial, multifamily, and mixed-use properties in New York.

Prior to joining Bowery, Brandon worked as an Acquisitions Analyst at Acumen Cos., based in Washington D.C., where he underwrote various potential acquisitions of several different asset classes.

### Education

| | |
|---|---|
| Lehigh University | Bachelor of Science in Finance, minor in Real Estate |

### Certifications & Professional Designations

| | |
|---|---|
| Certified General Real Estate Appraiser | State of New York |

# Licenses


GRETCHEN WHITMER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
BUREAU OF PROFESSIONAL LICENSING
CERTIFIED GENERAL REAL ESTATE APPRAISER LICENSE



ROSS WIGON

| LICENSE NO. | ORIGINAL ISSUE DATE | EXPIRATION DATE | | |
|---|---|---|---|---|
| 1205078223 | 02/14/2023 | 07/31/2028 | 26267090906 | THIS DOCUMENT IS DULY ISSUED UNDER THE LAWS OF THE STATE OF MICHIGAN |

# Letter of Engagement

bowery

## Engagement Letter For Professional Valuation Service

**Date of Agreement:**
9/30/2026

### Parties To Agreement:

**Client:**
Discount Warehouses, LP (the "Client")

**Appraisers:**
Bowery Valuation ("Bowery Valuation")
30 Cooper Square Floor 8
New York, NY 10003
Phone: 212.634.9397

Pursuant to the terms of this agreement ("Agreement") between Bowery Valuation and the Client, Bowery Valuation is hereby engaged to complete an appraisal assignment (the "Appraisal Report") as follows:

### Property Identification

6914 Clio Court (the "Property")
Flint, MI 48504

### Property Type(s)

Multifamily

### Interest Valued

Leased Fee Interest

### Intended Users

The Intended Users of the Appraisal Report are the Client with its affiliates, and its capital partners, as specified by Client. This appraisal is not intended for any other use or user.

### Intended Use

The Intended Use of the Appraisal Report is for the purpose of providing a loan.

### Type Of Value / Value Premise(s)

The Appraisal Report shall provide the current Market Value As Is, as well as the Prospective Market Value Upon Stabilization.

### Date(s) Of Value

The Appraisal Report shall include the current date (date of transmittal), the date of site inspection/As Is value and other dates specified herein associated with retrospective or prospective value scenarios per assignment value premises requested.

bowery

Payment To Bowery Valuation

$ 0

Payment Due Date

Bowery Valuation shall invoice the Client for services rendered pursuant to this Agreement based upon the fees specified in this Agreement. The fee is due prior to the start of the Appraisal Report.

Delivery date

1 business days from the date payment is received and confirmed by Bowery Valuation. This delivery date is contingent upon timely receipt of pertinent due diligence information requested herein (Exhibit A). In the event of delays, Bowery Valuation will promptly inform the client.

Delivery Method

The Appraisal Report will be delivered as PDF via email.

Hypothetical Conditions, Extraordinary Assumptions

Appraisal limiting conditions and assumptions, including any necessary extraordinary assumptions or hypothetical conditions, will be stated, within the Appraisal Report, and used in accordance with USPAP requirements. Use of or reliance on all extraordinary assumptions and hypothetical conditions will be discussed with the client during the appraisal process.

Applicable Requirements Other Than The Uniform Standards Of Professional Appraisal Practice (USPAP)

Standards of Professional Practice and Code of Professional Ethics of the Appraisal Institute and all applicable state licensing regulations.

**IF** client is a federally regulated institution, This appraisal shall also prepared in compliance with Title XI (with amendments) of the Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA), as well as the Interagency Appraisal and Evaluation Guidelines dated December 2, 2010

Anticipated Scope Of Work

**Site inspection:**

Full interior and exterior inspection where possible. Bowery Valuation will inform the Client of the level of inspection made possible and limitations if any that may impede the appraisal process.

Valuation Approaches

As part of this Appraisal Report, Bowery appraiser(s) shall develop all approaches necessary to provide a credible opinion of value. All three approaches will be considered and used as/where applicable: The Sales Comparison Approach,the Cost Approach, and the Income Capitalization Approach.

## Appraisal Report Type

**Report option as per USPAP:**

Appraisal Report option in accordance with Standard Rule 2-2(a) of USPAP

## Property Access, If Applicable

Client shall provide primary contact information for arranging access to the Property, as well as for obtaining requested information and materials in Exhibit "A".

## Contract For Sale

If the property appraised is currently under contract for sale, Client shall provide an executed copy of said contract including all addenda to the Appraiser(s).

## Proposed Improvements

If the property appraised consists of proposed (not yet constructed/partially constructed) improvements, Client shall provide plans, specifications, detailed costs/budget or other documentation sufficient to identify the extent and character of the proposed improvements to the Appraiser(s).

## Additional Documentation

Client agrees to provide Appraisers with additional documentation as needed and as available. Examples of these documents are listed in the due diligence section at the end of this letter.

## When Bowery Valuation's Obligations Are Complete

Bowery Valuation's obligations pursuant to this Agreement are complete when the Appraisal Report in the form specified in this Agreement is delivered to Client pursuant to this Agreement. Appraisers agree to be responsive to Client's reasonable legitimate inquiries regarding the contents of the Appraisal Report after initial delivery.

## Confidentiality

Bowery Valuation shall not provide a copy of the written Appraisal Report to, or disclose the results of the appraisal prepared in accordance with this Agreement to, any party other than Client, unless Client authorizes, except as stipulated in the Confidentiality Section of the Ethics Rule of the Uniform Standards of Professional Appraisal Practice (USPAP).

## Data Usage

Notwithstanding anything to the contrary, Client acknowledges and agrees that Bowery Valuation (i) will have access to certain diligence data in connection with the engagement (e.g. address, unit number) that does not itself identify the individual owner ("Diligence Data") and (ii) Bowery Valuation may use, share, and distribute, such Diligence Data in whole or in part without restriction for business purposes.

## Use Of Employees Or Independent Contractors

Bowery Valuation may use employees or independent contractors at Bowery Valuation's discretion to complete the assignment, unless otherwise agreed by the parties. Notwithstanding the foregoing sentence, Bowery Valuation shall sign the written Appraisal Report and take full responsibility for the services provided as a result of this Agreement.

## Services Not Provided

The fees set forth in this Agreement apply to the appraisal services rendered by Bowery Valuation as set forth in this

bowery

Agreement. Unless otherwise specified herein, Bowery Valuation's services for which the fees in this Agreement apply shall not include meetings with persons other than Client or Client's agents or professional advisors; Appraisers' deposition(s) or testimony before judicial, arbitration or administrative tribunals; or any preparation associated with such depositions or testimony. Any additional services performed by Bowery Valuation not set forth in this Agreement will be performed on terms and conditions set forth in an amendment to this Agreement, or in a separate agreement.

### Testimony Or Other Proceedings

Unless otherwise stated in this Agreement, Client agrees that Appraisers' assignment pursuant to this Agreement shall not include Appraisers' participation in or preparation for, whether voluntarily or pursuant to subpoena, any oral or written discovery; sworn testimony in a judicial, arbitration or administrative proceeding; or attendance at any judicial, arbitration or administrative proceeding relating to this assignment.

### Changes To Agreement

Any changes to the assignment as outlined in this Agreement shall necessitate a new Agreement. The identity of the Client, intended users, or intended use; the date of value; type of value; or property appraised cannot be changed without a new Agreement.

### Cancellation

The Client may cancel this Agreement at any time prior to Bowery Valuation's delivery of the Appraisal Report upon written notification to Bowery Valuation. Work completed on assignment, billed at $500 per hour, prior to Bowery Valuation's receipt of written cancellation notice, may be collected unless otherwise agreed upon by all parties, in writing.

### Governing Law And Jurisdiction

This Agreement shall be governed by the law of the state in which Bowery Valuation's office as specified in this Agreement is located, exclusive of that state's choice of law rules. The parties agree that any legal proceeding brought by either party to interpret or enforce this Agreement, or to enforce an arbitration award entered pursuant to this Agreement, shall be brought in a state or federal court having jurisdiction over the location of Bowery Valuation's office as specified in this Agreement, and the parties hereby waive any objections to the personal jurisdiction of said court.

### Appraiser Independence

Appraisers cannot provide a value opinion that is contingent on a predetermined amount. Appraisers cannot guarantee the outcome of the assignment in advance. Appraisers cannot ensure that the opinion of value developed as a result of this Assignment will serve to facilitate any specific objective of Client or others or advance any particular cause. Appraisers' opinion of value will be developed competently and with independence, impartiality and objectivity.

### Notices

Any notice or request required or permitted to be given to any party shall be given in writing and shall be delivered to the receiving party by: a) registered or certified mail, postage prepaid; (b) overnight courier, such as Federal Express, United Parcel Service or equivalent; or (c) hand delivery. The address for delivery of any notice shall be the address for the party as specified in this Agreement, or at such other address as party may designate by written notice to the other party in conformance with this paragraph. Unless otherwise specified herein, notice shall be effective the date it is postmarked or given to a third party for delivery to the receiving party, whether or not the receiving party signs for or accepts delivery of such notice.

bowery

## No Third-Party Beneficiaries

Nothing in this Agreement shall create a contractual relationship between Bowery Valuation or Client and any third party, or any cause of action in favor of any third party unless otherwise noted herein. This Agreement shall not be construed to render any person or entity a third party beneficiary of this Agreement, including, but not limited to, any third parties identified herein.

## Mediation And Arbitration

In the event of a dispute concerning the subject matter of this agreement, the parties shall in good faith attempt to resolve such dispute by negotiation between the parties' principals, or, if such negotiation is unsuccessful, by mediation conducted by a third-party mediator. If such mediation results in an impasse, the parties shall submit their dispute to binding arbitration. Such mediation or, if necessary, binding arbitration shall be conducted pursuant to the mediation procedures or the commercial arbitration rules of the american arbitration association. Any arbitration shall be conducted in the city in which bowery valuation's office as specified herein is located. The parties shall share equally the costs of any mediation. In the event of binding arbitration, the arbitrators shall, in addition to any relief appropriate to be awarded to the prevailing party, enter an award in favor of the prevailing party for that party's costs of the arbitration, including the party's reasonable attorneys' fees and arbitration expenses incurred in prosecuting or defending the arbitration proceeding. Subject to the right of the prevailing party to recover its share of the costs of the arbitration services pursuant to the arbitrator's award, the costs of the arbitration services shall be borne equally by the parties. If the prevailing party seeks judicial confirmation of any arbitration award entered pursuant to this agreement, the court shall, in addition to any other appropriate relief, enter an award to the prevailing party in such confirmation proceeding for its reasonable attorneys' fees and litigation expenses incurred in confirming or successfully opposing the confirmation of such an award.

## Special Or Consequential Damages

Neither party shall under any circumstances be liable to the other party for special, exemplary, punitive or consequential damages, including, without limitation, loss of profits or damages proximately caused by loss of use of any property, whether arising from either party's negligence, breach of the Agreement or otherwise, whether or not a party was advised, or knew, of the possibility of such damages, or such possibility was foreseeable by that party. In no event shall Appraisers be liable to Client for any amounts that exceed the fees and costs paid by Client to Appraisers pursuant to this Agreement.

## Assignment

Neither party may assign this Agreement to a third party without the express written consent of the other party, which the non-assigning party may withhold in its sole discretion. In the event this Agreement is assigned by mutual consent of the parties, it shall become binding on the assigning party's permitted assigns.

## Severability

In the event any provision of this Agreement shall be determined to be void or unenforceable by any court of competent jurisdiction, then such determination shall not affect any other provision of this Agreement and all such other provisions shall remain in full force and effect.

bowery

## Duty To Indemnify

A breaching party (the "Breaching Party") agrees to defend, indemnify and hold harmless the non-breaching party (the "Non-Breaching Party) from any damages, losses or expenses, including attorneys' fees and litigation expenses at trial or on appeal, arising from allegations asserted against the Non-Breaching Party by any third party that if proven to be true would constitute a breach by the Breaching Party of any of the Breaching Party's obligations, representations or warranties made in this Agreement, or any violation by the Breaching Party of any federal, state or local law, ordinance or regulation, or common law (a "Claim"). In the event of a Claim, the Non-Breaching Party shall promptly notify the Breaching Party of such Claim, and shall cooperate with the Breaching Party in the defense or settlement of any Claim. The Breaching Party shall have the right to select legal counsel to defend any Claim, provided that the Non-Breaching Party shall have the right to engage independent counsel at the Non-Breaching Party's expense to monitor the defense or settlement of any Claim. The Breaching Party shall have the right to settle any Claim, provided that the Non-Breaching Party shall have the right to approve any settlement that results in any modification of the Non-Breaching Party's rights under this Agreement, whose approval will not be unreasonably withheld, delayed or conditioned.

## Representations And Warranties

Each Party represents and warrants to the other that (1) it has all right, power and authority to enter into this Agreement; and (2) it's duties and obligations under this Agreement do not conflict with any other duties or obligations assumed by Client under any agreement between Client and any other party; and Client represents and warrants to Bowery Valuation that Client has not engaged Bowery Valuation, nor will Client use Bowery Valuation's Appraisal Report, for any purposes that violate any federal, state or local law, regulation or ordinance or common law.

## Extent Of Agreement

This agreement represents the entire and integrated agreement between the client and bowery valuation and supersedes all prior negotiations, representations or agreements, either written or oral. This agreement may be amended only by a written instrument signed by both client and bowery valuation. This agreement includes the appendices (if any), which are incorporated into, and made a part of this agreement.

## Expiration Of Agreement

This agreement is valid only if signed by both an agent for bowery valuation and client within five (5) days of the date of agreement specified.

## Agreed And Accepted

bowery

| As Agent for Bowery: | By Client: |
| --- | --- |
| (Signature) | (Signature) |
| David Savoff | Barry Cohen |
| Sep 30, 2026 | Sep 30, 2026 |

**EXHIBIT A Data Requested**

Please provide the following information/documentation upon receipt of this engagement letter if applicable and available.

- Survey and/or Plat Map
- Copy of Title Policy
- Copy of latest Deed and Legal Description
- Site plan
- Building Plans/Floor plans (includes square footage)
- Unit Mix (includes unit sizes and asking rents)
- Detailed rent roll with square footage breakdown (if applicable)
- Executed Lease Agreements (if applicable)
- Occupancy History (last 3 to 5 years)
- Three year historical operating statements and current budget
- Other property information (marketing brochures, broker package, other details/data for consideration)
- Current tax bill
- Recent Capital Expenditures/Construction costs (if constructed within last 3 years)
- Current listing information, executed contract of sale including all addenda, and/ or recent acquisition details, including the deed if a sale has occurred within the past three (3) years
- Past third-party reports – appraisals, environmental reports, BPOs, market studies
- If the property to be appraised involves proposed improvements, Client shall provide plans, specifications, or other documentation sufficient to identify the extent and character of the proposed improvements. This should also include a detailed cost budget.

Additional information may be requested during the course of the assignment.

## Glossary of Terms

Unless otherwise noted, The Dictionary of Real Estate Appraisal, 7th edition (Chicago: Appraisal Institute, 2022) is the source of the following definitions.

**As Is Market Value** The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal date, according to the Interagency Appraisal and Evaluation Guidelines (Federal Deposit Insurance Corporation: 2010). Note: The use of the "as is" phrase is specific to appraisal regulations pursuant to FIRREA applying to appraisals prepared for regulated lenders in the United States.

**Condominium** A multiunit structure, or a unit within such a structure, with a condominium form of ownership.

**Deferred Maintenance** Items of wear and tear on a property that should be fixed now to protect the value or income-producing ability of the property, such as a broken window, a dead tree, a leak in the roof, or a faulty roof that must be completely replaced. These items are almost always curable.

**Depreciation** A loss in property value from any cause; the difference between the cost of an improvement on the effective date of the appraisal and the market value of the improvements on the same date.

**Direct Capitalization** A method used to convert an estimate of a single year's net operating income expectancy into an indication of value in one direct step, either by dividing the income estimate by an appropriate rate or by multiplying the income estimate by an appropriate factor. This technique employs capitalization rates and multipliers extracted from sales. Only the first year's income is considered. Yield and value change are implied, but not identified overall. This method is most useful when the property is already operating on a stabilized basis, according to The Appraisal of Real Estate, 14th Edition (Appraisal Institute: 2013).

**Discounted Cash Flow** The procedure in which a discount rate is applied to a set of projected income streams and a reversion. The analysis specifics the quantity and timing of the reversion, and discounts each to its present value at a specified yield rate.

**Effective Date** (1) The date on which the appraisal or review applies. (2) In a lease document, the date upon which the lease goes into effect.

**Effective Gross Income** The anticipated income from all operations of real property adjusted for vacancy and collection losses.

**Entrepreneurial Profit** (1) A market-derived figure that represents the amount an entrepreneur receives for his or her contribution to a project and risk; the difference between the total cost of a property (cost of development) and its market value (property value after completion), which represents the entrepreneur's compensation for the risk and expertise associated with development. An entrepreneur is motivated by the prospect of future value enhancement (i.e., the entrepreneurial incentive). An entrepreneur who successfully creates value through new development, expansion, renovation, or an innovative change of use is rewarded by entrepreneurial profit. Entrepreneurs may also fail and suffer losses. (2) In economics, the actual return on successful management practices, often identified with coordination, the fourth factor of production following land, labor, and capital; also called entrepreneurial return or entrepreneurial reward.

**Equity Dividend** The portion of net income that remains after debt service is paid; this is returned to the equity position.

| | |
|---|---|
| **Excess Land** | Land that is not needed to serve or support the existing use. The highest and best use of the excess land may or may not be the same as the highest and best use of the improved parcel. Excess land has the potential to be sold separately and is valued separately. Dictionary of RE Appraisal, pp. 80-81. |
| **Exposure Time** | (1) The time a property remains on the market. (2) The estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal. Note: Exposure time is a retrospective. |
| **Extraordinary Assumption** | An assumption, directly related to a specific assignment, as of the effective date of the assignment results, which, if found to be false, could alter the appraiser's opinions or conclusions. |
| **Fee Simple Interest** | Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat. |
| **Financial Feasibility** | An analysis to determine which of those uses deemed possible and legal can provide a net return to the owner of the site. |
| **Gross Building Area** | Total floor area of a building, excluding unenclosed areas, measured from the exterior of the walls of the above grade area. This includes mezzanines and basements if and when typically included in the market area of the type of property involved. |
| **Highest and Best Use** | (1) The reasonably probable use of property that results in the highest value. The four criteria that the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity. (2) The use of an asset that maximizes its potential and that is possible, legally permissible, and financially feasible. The highest and best use may be for continuation of an asset's existing use or for some alternative use. This is determined by the use that a market participant would have in mind for the asset when formulating the price that it would be willing to bid, according to David Parker's International Valuation Standards (John Wiley & Sons, Ltd: 2016). (3) The highest and most profitable use for which the property is adaptable and needed or likely to be needed in the reasonably near future, according to the Uniform Appraisal Standards for Federal Land Acquisitions (The Appraisal Foundation: 2016). |
| **Hypothetical Condition** | A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results but is used for the purpose of analysis. |
| **Insurable Value** | A type of value for insurance purposes. |
| **Leased Fee Interest** | The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversionary right when the lease expires. |
| **Leasehold Interest** | The right held by the lessee to use and occupy real estate for a stated term and under the conditions specified in the lease. |
| **Legally Permissible Use** | An investigation into existing zoning regulations, lease terms, and deed restrictions on the site to determine which uses are legally permitted. |

| | |
|---|---|
| **Liquidation Value (also known as Disposition Value)** | The most probable price that a specified interest in real property should bring under the following conditions: • Consummation of a sale within a short time period. • The property is subjected to market conditions prevailing as of the date of valuation. • Both the buyer and seller are acting prudently and knowledgeably. • The seller is under extreme compulsion to sell. • The buyer is typically motivated. • Both parties are acting in what they consider to be their best interests. • A normal marketing effort is not possible due to the brief exposure time. • Payment will be made in cash in US dollars or in terms of financial arrangements comparable thereto. • The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. |
| **Marketing Time** | An opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal. Marketing time differs from exposure time, which is always presumed to precede the effective date of an appraisal. |
| **Market Rent** | The most probable rent that property should bring in a competitive and open market reflecting the conditions and restrictions of a specified lease agreement, including the rental adjustment and revaluation, permitted uses, use restrictions, expense obligations, term, concessions, renewal and purchase options, and tenant improvements (TIs). |
| **Net Operating Income** | The anticipated net income remaining after all operating expenses are deducted from effective gross income. |
| **Net Rentable Area** | For office or retail buildings, the tenant's pro rata portion of the entire office floor, excluding elements of the building that penetrate through the floor to the areas below. The rentable area of a floor is computed by measuring to the inside finished surface of the dominant portion of the permanent building walls, excluding any major vertical penetrations of the floor. Alternatively, the amount of space on which the rent is based; calculated according to local practice. |
| **Physically Possible Use** | An analysis to determine those uses of the subject which can be deemed physically possible. |
| **Potential Gross Income** | The total potential income attributable to the real property at full occupancy before operating expenses are deducted. It may refer to the level of rental income prevailing in the market or that contractually determine by existing leases. |
| **Property Rights Appraised** | The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversionary right when the lease expires. |
| **Prospective Opinion of Value** | A value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as being effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not yet achieved sellout or a stabilized level of long-term occupancy. |
| **Replacement Cost for Insurance Purposes** | The estimated cost, at current prices as of the effective date of valuation, of a substitute for the building being valued, using modern materials and current standards, design, and layout for insurance coverage purposes guaranteeing that damaged property is replaced with new property (i.e., depreciation is not deducted). |
| **Replacement Costs** | The estimated cost to construct, at current prices as of a specific date, a substitute for a building or other improvements, using modern materials and current standards, design, and layout. |

| | |
|---|---|
| **Reproduction Costs** | The estimated cost to construct, at current prices as of the effective date of the appraisal, an exact duplicate or replica of the building being appraised, using the same materials, construction standards, design, layout, and quality of workmanship and embodying all the deficiencies, super-adequacies, and obsolescence of the subject building. |
| **Retrospective Value Opinion** | A value opinion effective as of a specified historical date. The term retrospective does not define a type of value. Instead, it identifies a value opinion as being effective at some specific prior date. Value as of a historical date is frequently sought in connection with property tax appeals, damage models, lease renegotiation, deficiency judgments, estate tax, and condemnation. Inclusion of the type of value with this term is appropriate, e.g., "retrospective market value opinion". |
| **Reversion** | A lump-sum benefit an investor expects to receive upon the termination of the investment. |
| **Stabilized Income** | (1) An estimate of income, either current or forecasted, that presumes the property is at stabilized occupancy. (2) The forecast of the subject property's yearly average income (or average- equivalent income) expected for the economic life of the subject property. (3) Projected income that is subject to change but has been adjusted to reflect an equivalent, stable annual income. |
| **Stabilized Occupancy** | (1) The occupancy of a property that would be expected at a particular point in time, considering its relative competitive strength and supply and demand conditions at the time, and presuming it is priced at market rent and has had reasonable market exposure. A property is at stabilized occupancy when it is capturing its appropriate share of market demand. (2) An expression of the average or typical occupancy that would be expected for a property over a specified projection period or over its economic life. |
| **Surplus Land** | Land that is not currently needed to support the existing use but cannot be separated from the property and sold off for another use. Surplus land does not have an independent highest and best use and may or may not contribute value to the improved parcel. Dictionary of RE Appraisal, pp. 227-228. |
| **Yield Capitalization** | The capitalization method used to convert future benefits into present value by discounting each future benefit at an appropriate yield rate. This method explicitly considers a series of cash flows (net income over a holding period) over time together with any reversion value or resale proceeds. Since this technique explicitly reflects the investment's income pattern, it is especially suited to multi-tenant properties with varying leasing schedules as well as properties that are not operating at stabilized occupancy, according to The Appraisal of Real Estate, 14th Edition (Appraisal Institute: 2013). |