UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Discount Warehouses, LP

Debtor.
_______________________________/

Case No. 26-31510-MAR
Chapter 11 proceeding

Judge: Mark A. Randon

**DECLARATION OF BARRY COHEN UNDER 28 U.S.C. §1746 IN SUPORT OF FINAL ORDER GRANTING AUTHORITY TO USE CASH COLLATERAL AND IN OPPOSITION TO MOTION TO DISMISS**

Barry Cohen states for his declaration as follows:

1. I am the controlling partner of Discount Warehouses, LP.

2. At this Court's prior hearing Discount Warehouse's motion to authorize the use of cash collateral my understanding that one concern the Court had related to our ability to generate sufficient monthly revenues from Clio Gardens.

3. While our ultimate plan is predicated on obtaining financing to complete our renovations, we have made significant progress during the course of this case.

4. Our current rent roll shows gross rents per month of $30,577. I have provided this rent roll to the US Trustee and Churchill's counsel, and am happy to provide the same to the Court.

5. Our total deposits in September, 2026 were $29,634.80. See attached exhibit one.

6. I also understand that Churchill MRA Funding was concerned that our appraisal was not current. We have submitted a new appraisal showing an "as is" value of $4.9 million and as "as completed" value of $6.5 million.

The declarant states the above is true and correct to the best of his knowledge, information and belief.

Dated October 2, 2026

/s/ Barry Cohen
Barry Cohen

J.P.Morgan

Printed from J.P. Morgan Online

| |
|---|
| 2,630.00 + |
| 2,582.90 + |
| 3,420.00 + |
| 1,900.00 + |
| 560.00 + |
| 1,705.00 + |
| 1,754.00 + |
| 8,352.50 + |
| 2,161.00 + |
| 479.50 + |
| 1,507.00 + |
| 2,582.90 + |
| 29,634.80 * |

Overview / Account: BUS COMPLETE CHK ([redacted])

BUS COMPLETE CHK (...8270)
DISCOUNT WAREHOUSES, LP, A NEVADA

# $2,657.75

Present balance

| $27.75 | $0.00 | $27.75 | Business Checking |
|---|---|---|---|
| Available balance | Available credit | Available plus credit | Type |

## Transactions

Showing: All transactions

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Pending | ONLINE TRANSFER TO CHK ...[redacted] TRANSACTION#: 31020090090 09/30 | Account transfer | −$6,000.00 | — |
| | DEPOSIT | Other | $2,630.00 | — |
| | ORIG CO NAME:SHELTER OF FLINT ORIG ID:1382620824 DESC DATE:260929 CO ENTRY DESCR:LANDLORDS SEC:CCD TRACE#:27248447283 6478 EED:260930 IND ID: IND NAME:Clio | ACH credit | $2,582.90 | — |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| | Gardens Apartment TRN: [redacted] | | | |
| Sep 29, 2026 | Online Transfer to CHK ...[redacted] transaction#: [redacted]/29 | Account transfer | −$2,500.00 | $3,444.85 |
| | DEPOSIT ID NUMBER [redacted] | Other | $3,420.00 | $5,944.85 |
| Sep 28, 2026 | DEPOSIT ID NUMBER [redacted] | Other | $1,900.00 | $2,524.85 |
| Sep 25, 2026 | Online Transfer to CHK ...3385 transaction#: [redacted] | Account transfer | −$1,700.00 | $624.85 |
| | DEPOSIT | Other | $560.00 | $2,324.85 |
| Sep 22, 2026 | DEPOSIT ID NUMBER [redacted] | Other | $1,705.00 | $1,764.85 |
| Sep 15, 2026 | Online Transfer to CHK ...[redacted] transaction#: [redacted] | Account transfer | −$1,800.00 | $59.85 |
| Sep 14, 2026 | DEPOSIT ID NUMBER 621542 | Other | $1,754.00 | $1,859.85 |
| Sep 9, 2026 | Online Transfer to CHK ...3385 transaction#: 30744842010 09/09 | Account transfer | −$8,300.00 | $105.85 |
| Sep 8, 2026 | Online Transfer to CHK ...[redacted] transaction#: [redacted] | Account transfer | −$2,700.00 | $8,405.85 |
| | DEPOSIT ID NUMBER [redacted] | Other | $8,352.50 | $11,105.85 |
| Sep 4, 2026 | ORIG CO NAME:BUILDIUM ORIG ID:[redacted] DESC DATE:260903 CO | ACH debit | −$561.00 | $2,753.35 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| | ENTRY DESCR:FUNDING SEC:CCD TRACE#:09[redacted] EED:[redacted] IND ID:ACH-[redacted]424E3 IND NAME:CLIO GARDENS APARTMENT TRN: 24[redacted] | | | |
| | ORIG CO NAME:FLINT H 8 ORIG ID:9737032001 DESC DATE:260904 CO ENTRY DESCR:HCV OPERATSEC:CCD TRACE#:[redacted]00 [redacted] EED:[redacted] IND ID: IND NAME:DISCOUNT WAREHOUSES 2000[redacted]000326 [redacted]2 TRN: 246[redacted] | ACH credit | $2,161.00 | $3,314.35 |
| Sep 3, 2026 | ORIG CO NAME:BUILDIUM ORIG ID:[redacted] DESC DATE:260902 CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:09[redacted] EED:[redacted] IND ID:ACH-0902-F2EE4 IND NAME:CLIO GARDENS APARTMENT TRN: 245[redacted] | ACH credit | $561.00 | $1,153.35 |
| | DEPOSIT ID NUMBER 604979 | Other | $479.50 | $592.35 |
| Sep 2, 2026 | Online Transfer to CHK ...[redacted] transaction#: 306[redacted]02 | Account transfer | −$1,100.00 | $112.85 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| | Online Transfer to CHK [redacted] transaction#: 3022[redacted]/02 | Account transfer | −$350.00 | $1,212.85 |
| | ORIG CO NAME:MICHIGAN STATE H ORIG ID:[redacted] DATE:Sep 26 CO ENTRY DESCR:Vendor PmtSEC:CCD TRACE#:07[redacted] EED:26[redacted] IND ID:M04[redacted]29 IND NAME:Discount Warehouses 37[redacted]49 TRN: 244[redacted]TC | ACH credit | $1,507.00 | $1,562.85 |
| Sep 1, 2026 | Online Transfer to CHK [redacted] transaction#: [redacted]/01 | Account transfer | −$5,700.00 | $55.85 |
| | ORIG CO NAME:SHELTER OF FLINT ORIG ID:13[redacted]24 DESC DATE:[redacted]31 CO ENTRY DESCR:LANDLORDS SEC:CCD TRACE#:[redacted]71 5561 EED:260901 IND ID: IND NAME:Clio Gardens Apartment TRN: 243[redacted]TC | ACH credit | $2,582.90 | $5,755.85 |
| Aug 31, 2026 | MONTHLY SERVICE FEE | Fee | −$15.00 | $3,172.95 |
| | DEPOSIT ID NUMBER [redacted] | Other | $3,087.00 | $3,187.95 |
| Aug 25, 2026 | WITHDRAWAL 08/25 | Misc. debit | −$27,202.00 | $100.95 |