**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>Discount Warehouses, LP,<br><br>Debtor. | Case No. 26-31510<br>Chapter 11<br>Hon. Mark A. Randon |

# UNITED STATES TRUSTEE'S OBJECTION TO MOTION FOR ENTRY OF FINAL ORDER AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL PURSANT TO § 363 AND GRANTING ADEQUATE PROTECTION PURSANT TO § 361

**ANDREW R. VARA,** United States Trustee, states:

1. On June 26, 2026, Discount Warehouses, LP filed a voluntary petition for relief in this Court under Chapter 11 of Title 11 of the Bankruptcy Code.

2. The Debtor operates an apartment complex known as "Clio Gardens Apartments," located at 6914 Clio Court, Flint, Michigan 48504 (the "Property"), which is the Debtor's primary asset and sole business. The Debtor is a Nevada limited partnership controlled by Barry Cohen.

3. The Debtor sought approval to use cash collateral within days of the bankruptcy filing (the "Cash Collateral Motion"; Docket No. 6). A final order to use cash collateral has not been entered because the Debtor has not been able to establish that (1) that the Debtor can be profitable and (2) the Debtor's primary secured creditor, Churchill MRA Funding I, LLC ("Churchill") is adequately protected.

4. The Debtor has filed several "monthly" budgets that did not accurately reflect actual and necessary expenditures. It only recently filed a 13-week budget (the "Budget"; Docket No. 95).

5. The Budget shows the Debtor is losing money. At the end of the 13-week period the Debtor's cash flow is a $3,955.00 loss.

6. Under the terms of the loan from Churchill, the interest-only payments are more than $20,000.00. The Debtor's budget includes only two payments to Churchill. It provides for a $10,000.00 payment in November and a $15,000.00 payment in December.

7. The debt owed to Churchill continues to increase exponentially because the Debtor cannot make any payments toward the principal and is falling short on the interest payment.

8. The Debtor must establish that creditors are adequately protected. The Debtor has not satisfied this burden. 11 U.S.C § 363(p)(1).

9. Furthermore, even if the Debtor was able to satisfy Churchill with some interest payments, the Debtor has not shown it can be profitable, and that the use of cash collateral is necessary for a successful reorganization.

10. The Motion must be denied.

WHEREFORE, the U.S. Trustee requests that this Court issue an order denying the Cash Collateral Motion and granting such other relief as this Court deems appropriate, fair and just.

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
Regions 3 and 9

By: /s/ Kelley Callard
Trial Attorney
Office of the U.S. Trustee
211 West Fort St - Suite 700
Detroit, Michigan 48226
(313) 226-6773
Kelley.Callard@usdoj.gov
[P68537]

Dated: October 15, 2026

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>Discount Warehouses, LP,<br><br>Debtor. | Case No. 26-31510<br>Chapter 11<br>Hon. Mark A. Randon |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I filed I electronically filed the documents specified in paragraph 1 below using the ECF System, which will send notification of such filing to all counsel of record. I hereby further certify that on October 15, 2026, I served copies as follows:

1. Documents Served: *United States Trustee's Objection to Entry of Final Order Authorizing the Debtor to use Cash Collateral Pursuant to § 363 and Granting Adequate Protection Pursuant to § 361*

2. Served Upon: Discount Warehouses, LP
7065 W. Ann Road, Suite # 130-683
Las Vegas, NV 89130

3. Method of Service: First Class Mail

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
Regions 3 and 9

By: /s/ Edward M. Dorda
Edward.M.Dorda@usdoj.gov
Paralegal Specialist
Office of the U.S. Trustee
211 West Fort Street - Suite 700
Detroit, Michigan 48226
313.226.7999

Dated: October 15, 2026