UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Discount Warehouses, LP

Debtor.
_______________________________/

Case No. 26-31510-MAR
Chapter 11 proceeding

Judge: Mark A. Randon

**DECLARATION OF BARRY COHEN UNDER 28 U.S.C. §1746 REGARDING 13 WEEK PROJECTION AND IN SUPPORT OF CONTINUED USE OF CASH COLLATERAL**

Barry Cohen states for his declaration as follows:

1. I am the controlling partner of Discount Warehouses, LP.

2. The 13-week budget filed with this Court on October 12, 2026 showed rental payments over that period of $90,000.00 and costs of $94,955.00 during the 13 weeks beginning October 5, 2026. A prior 13-week projection was submitted to Churchill Funding MRA I LLC and the US Trustee via email on August 19, 2026.

3. The DIP account balance on the Friday before the 13-week period described above began, October 2, 2026, was $21,339.47 none of which was spent before the 13-week period beginning October 5, 2026. See exhibit one.

4. I am attaching a revised 13-week budget showing funds in the DIP account on October 2, 2026, and funds estimated to be available on January 4, 2027, at the end of the period. None of the financial information in the 13 week budget has changed other than including the beginning and estimated ending cash amounts. See revised projection attached as exhibit two.

5. Adding the existing account balance to the funds anticipated during the 13 week projected period results in a total of $111,339.47 against expected expenses of $94,955.00.

6. Discount Warehouses has made all adequate protection payments required by this Court.

7. Discount Warehouses has been and is operating at a positive cash flow. In addition, Discount Warehouses has filed with this Court a current appraisal showing an "as is" value of $4.9 million (see docket 89) supported the concurrence filed by 364 Capital's counsel at docket 91. The attached pro forma (exhibit 3) also support the conclusion that Churchill is adequately protected.

8. If this Court grants our motion for Debtor in Possession financing I anticipate that new units will come online increasing revenues by the end of or soon after the end of the 13 week period.

The declarant states the above is true and correct to the best of his knowledge, information and belief.

Dated October 16, 2026

/s/ Barry Cohen
Barry Cohen

# Exhibit One

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| | ORIG CO NAME:CONSUMERS ENERGY ORIG ID:2380442310 DESC DATE:261004 CO ENTRY DESCR:ENERGYBILLSE C:WEB TRACE#:021000029295305 EED:261006 IND ID:103049007620 IND NAME:Discount Warehouses L DIRECT DEBITING TRN: 2799295305TC | ACH debit | **−$391.86** | $22,568.67 |
| | ORIG CO NAME:CONSUMERS ENERGY ORIG ID:2380442310 DESC DATE:261004 CO ENTRY DESCR:ENERGYBILLSE C:WEB TRACE#:021000029295304 EED:261006 IND ID:103048967212 IND NAME:Discount Warehouses L DIRECT DEBITING TRN: 2799295304TC | ACH debit | **−$578.94** | $22,960.53 |
| Oct 5, 2026 | Online Transfer to CHK ...8270 transaction#: 31094455636 10/05 | Account transfer | **−$1,000.00** | $23,539.47 |
| | Online Transfer from CHK ...8270 transaction#: 31074475273 | Account transfer | **$3,200.00** | $24,539.47 |
| Oct 2, 2026 | ONLINE DOMESTIC WIRE FEE | Fee | **−$25.00** | $21,339.47 |

# Exhibit Two

# DISCOUNT WAREHOUSES | 13-WEEK CASH FLOW PROJECTION

**Case No. 26-31510 | October 5, 2026 – January 4, 2027**

| PERIOD | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 |
|---|---|---|---|---|---|
| **Dates** | **Oct 5–12** | **Oct 13–19** | **Oct 20–26** | **Oct 27–Nov 2** | **Nov 3–9** |
| | | | | | |
| **BEGINNING CASH** | **$21,339.47** | **$16,364.47** | **$6,714.47** | **$8,514.47** | **$10,254.47** |
| | | | | | |
| **CASH RECEIPTS** | | | | | |
| Total Rent | $4,000.00 | $4,000.00 | $3,000.00 | $6,000.00 | $14,000.00 |
| **TOTAL CASH RECEIPTS** | **$4,000.00** | **$4,000.00** | **$3,000.00** | **$6,000.00** | **$14,000.00** |
| | | | | | |
| **OPERATING EXPENSES** | | | | | |
| Internet | $250.00 | - | - | - | - |
| Telephone | $200.00 | - | - | - | - |
| Software | $300.00 | - | - | - | - |
| Property Insurance | $1,200.00 | - | $1,200.00 | - | - |
| Consulting | $300.00 | $300.00 | - | - | $600.00 |
| Trash Removal | $375.00 | - | - | $375.00 | - |
| Dumpster Rental | - | - | - | $385.00 | - |
| Utilities | $3,000.00 | - | - | $3,500.00 | $3,000.00 |
| Landscaping | $350.00 | $350.00 | - | - | - |
| Apartment Turnover | $3,000.00 | $3,000.00 | - | - | $4,000.00 |
| **TOTAL OPERATING EXPENSES** | **$8,975.00** | **$3,650.00** | **$1,200.00** | **$4,260.00** | **$7,600.00** |
| | | | | | |
| **ADEQUATE PROTECTION** | | | | | |
| Adequate Protection Payment | - | $10,000.00 | - | - | - |
| | | | | | |
| **TOTAL CASH DISBURSEMENTS** | **$8,975.00** | **$13,650.00** | **$1,200.00** | **$4,260.00** | **$7,600.00** |
| | | | | | |
| **NET CASH FLOW** | **($4,975.00)** | **($9,650.00)** | **$1,800.00** | **$1,740.00** | **$6,400.00** |
| **ENDING CASH** | **$16,364.47** | **$6,714.47** | **$8,514.47** | **$10,254.47** | **$16,654.47** |

| Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | 13-WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Nov 10–16** | **Nov 17–23** | **Nov 24–30** | **Dec 1–7** | **Dec 8–14** | **Dec 15–21** | **Dec 22–28** | **Dec 29–Jan 4** | **Entire period** |
| | | | | | | | | |
| **$16,654.47** | **$7,904.47** | **$9,004.47** | **$11,119.47** | **$19,519.47** | **$5,769.47** | **$6,869.47** | **$8,984.47** | **$21,339.47** |
| | | | | | | | | |
| | | | | | | | | |
| $5,000.00 | $3,000.00 | $6,000.00 | $16,000.00 | $5,000.00 | $3,000.00 | $6,000.00 | $16,000.00 | $91,000.00 |
| **$5,000.00** | **$3,000.00** | **$6,000.00** | **$16,000.00** | **$5,000.00** | **$3,000.00** | **$6,000.00** | **$16,000.00** | **$91,000.00** |
| | | | | | | | | |
| | | | | | | | | |
| $250.00 | - | - | - | $250.00 | - | - | - | $750.00 |
| $200.00 | - | - | - | $200.00 | - | - | - | $600.00 |
| $300.00 | - | - | - | $300.00 | - | - | - | $900.00 |
| - | $1,200.00 | - | - | - | $1,200.00 | - | - | $4,800.00 |
| - | - | - | $600.00 | - | - | - | $600.00 | $2,400.00 |
| - | - | - | - | - | - | - | - | $750.00 |
| - | - | $385.00 | - | - | - | $385.00 | - | $1,155.00 |
| - | - | $3,500.00 | $3,000.00 | - | - | $3,500.00 | $3,000.00 | $22,500.00 |
| - | $700.00 | - | - | - | $700.00 | - | - | $2,100.00 |
| $3,000.00 | - | - | $4,000.00 | $3,000.00 | - | - | $4,000.00 | $24,000.00 |
| **$3,750.00** | **$1,900.00** | **$3,885.00** | **$7,600.00** | **$3,750.00** | **$1,900.00** | **$3,885.00** | **$7,600.00** | **$59,955.00** |
| | | | | | | | | |
| | | | | | | | | |
| $10,000.00 | - | - | - | $15,000.00 | - | - | - | $35,000.00 |
| | | | | | | | | |
| **$13,750.00** | **$1,900.00** | **$3,885.00** | **$7,600.00** | **$18,750.00** | **$1,900.00** | **$3,885.00** | **$7,600.00** | **$94,955.00** |
| | | | | | | | | |
| **($8,750.00)** | **$1,100.00** | **$2,115.00** | **$8,400.00** | **($13,750.00)** | **$1,100.00** | **$2,115.00** | **$8,400.00** | **($3,955.00)** |
| **$7,904.47** | **$9,004.47** | **$11,119.47** | **$19,519.47** | **$5,769.47** | **$6,869.47** | **$8,984.47** | **$17,384.47** | **$17,384.47** |

# Exhibit Three

# Clio Gardens Apartments – Pro Forma

## Income:

| | | |
|---|---|---|
| 4@ 1BD/1BA @ $ 856 | $ 3,424 | |
| 56@ 2BD/2BA @ $ 1,033 | $ 57,848 | |
| 24@ 3BD/2BA @ $ 1,272 | $ 30,528 | |
| Total Scheduled Income | $ 91,800 x 12 | $ 1,101,600 |
| Less: Vacancy (5.0 %): | | ($ 55,080) |
| Concessions/Bad Debt (2%): | | ($ 22,032) |
| Adjusted Annual Rental Income: | | $ 1,024,488 |

## Expenses:

| | | |
|---|---|---|
| Payroll: | $ 45,000 | |
| Activities/Supplies: $ 1,000/mo. x 12 | $ 12,000 | |
| Repairs/Maintenance Supplies: $ 4,000/mo. x 12 | $ 48,000 | |
| Real Estate Taxes: | $ 25,000 | |
| Utilities (water/sewer/exterior lighting): | $ 66,000 | |
| Property Insurance: | $ 30,000 | |
| Telephone: $ 300/mo. x 12 | $ 3,600 | |
| Landscape Maintenace: $ 700/mo. x12 | $ 8,400 | |
| Property Management (5 % Adj. Income): | $ 40,261 | |
| Trash Disposal: | $ 18,000 | |
| Replacement Reserve ($ 300 per unit): | $ 25,200 | |
| Total Expenses: | | $ 321,461 |
| **Net Operating Income (NOI):** | | **$ 703,027** |